UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60159-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEON COHEN LEVY and
MAURICIO COHEN ASSOR,

        Defendants.
_____/

## ORDER

This matter comes before the Court upon Defendants Leon Cohen Levy and Mauricio Cohen Assor's Motion to Enjoin Government Counsel from Impermissible Invading the Defense Camp and for Related Relief [D.E. 47], upon referral by the Honorable William J. Zloch. *See* D.E. 48. In view of the fact that this matter is set for Calendar Call on July 9, 2010, with a trial period beginning July 12, 2010, *see* D.E. 45, and, further, based on the nature of the relief sought, the Court finds good cause to expedite a response in this matter. Consequently, the Government shall file its response to Defendants' Motion by **Tuesday, June 15, 2010,** and the Court shall hold a hearing in this matter on **Friday, June 18, 2010,** at **2:00 p.m.**

    **DONE AND ORDERED** this 9th day of June, 2010.

                                                _____
                                                ROBIN S. ROSENBAUM
                                                UNITED STATES MAGISTRATE JUDGE

cc:   Hon. William J. Zloch
       Counsel of Record