UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60159-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEON COHEN LEVY and
MAURICIO COHEN ASSOR,

        Defendants.
_____/

## **ORDER**

This matter comes before the Court upon the Government's Motion for Determination of Whether Certain Communications Fall Within the Attorney-Client Privilege [D.E. 87], upon referral by the Honorable William J. Zloch. *See* D.E. 90. The Court has reviewed the Kramer documents submitted on August 25, 2010, for *in camera* inspection by the Court.

In order to conduct the crime-fraud analysis on certain of these documents, the Court requires additional information from the Government. Specifically, the Government shall prepare a filing identifying each and every entity and individual that it asserts is involved in any alleged crime(s) or fraud(s) so the Court may evaluate the documents at issue to determine whether any privileged documents are related to such alleged crime(s) or fraud(s). Additionally, the Government shall briefly explain how each entity and individual whom the Government claims to have been involved in any such crime(s) or fraud(s) was involved. The Government shall file this brief by no later than **Monday, August 30, 2010, at 12:00 p.m.**

Additionally, counsel for the Government shall ensure that counsel for American Leisure Resorts receives a copy of this Order by **Friday, August 27, 2010**. Counsel for the Government shall file a Notice of Compliance stating that it has timely ensured service on counsel for American Leisure Resorts by **Friday, August 27, 2010.**

**DONE AND ORDERED** this 26th day of August 2010.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. William J. Zloch
      Counsel of Record