UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60159-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON COHEN LEVY and
MAURICIO COHEN ASSOR,

    Defendants.
_____/

**ORDER**

  This matter comes before the Court upon the Government's Motion for Determination of Whether Certain Communications Fall Within the Attorney-Client Privilege [D.E. 87], upon referral by the Honorable William J. Zloch.  *See* D.E. 90.  The Court has reviewed the Notice of Filing by Non-party American Leisure Resorts, Inc., Regarding Assertions of Privilege [D.E. 123].  In order for the Court to complete its evaluation of American Leisure Resorts, Inc.'s ("ALR") claims of privilege as they pertain to documents in Groups 1 and 3, ALR shall submit for *in camera* review all documents where the exclusive recipients included attorneys, their agents who are specified as such in D.E. 123, ALR, its agents who are specified as such in D.E. 123, or some combination of these groups that includes attorneys or their agents.  ALR shall submit these documents to me at Room 310-A, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301, by **5:00 p.m., Monday, August 30, 2010**.

  Counsel for the Government shall ensure that counsel for American Leisure Resorts receives

a copy of this Order on the day that counsel for the Government receives it. Counsel for the Government shall file a Notice of Compliance stating that it has timely ensured service on counsel for American Leisure Resorts by **Monday, August 30, 2010**

**DONE AND ORDERED** this 29th day of August 2010.

                                            ROBIN S. ROSENBAUM
                                            UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William J. Zloch
        Counsel of Record