UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60159-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEON COHEN LEVY and
MAURICIO COHEN ASSOR,

        Defendants.
_____/

**ORDER**

      This matter comes before the Court upon the Government's Motion for Determination of Whether Certain Communications Fall Within the Attorney-Client Privilege [D.E. 87], upon referral by the Honorable William J. Zloch. *See* D.E. 90. The Court has reviewed the Government's Second Supplemental Memorandum in Support of the Motion for Determination of Whether Certain Communications Fall within the Attorney-Client Privilege [D.E. 127].

      The Government's document concedes that the Government's earlier filings "omitted several attorneys and entities" that the defendants use in their alleged "ongoing schemes to conceal their assets and income from the IRS and to perpetrate a fraud on the court in New York and Florida." Because at the August 25, 2010, hearing, Defendants acknowledged for purposes of resolving this Motion only that the Government had met the relatively low threshold set by the first prong of the crime-fraud exception for crimes and frauds that the Government had relied upon as of the hearing, the Court seeks to find out whether that remains the case with respect to any new activity identified

in the Government's most recent filing.  Towards that end, Defendants shall file a notice with the Court stating its position with regard to whether the Government's most recent identification of alleged fraud and crimes satisfies the first prong of the crime-fraud exception.  Should Defendants assert that the Government's most recent descriptions of alleged fraud and crimes do not meet the first prong of the crime-fraud exception, Defendants shall briefly explain why.  Defendants shall file this notice by no later than **5:00 p.m., Tuesday, August 31, 2010**.

Counsel for the Government shall ensure that counsel for American Leisure Resorts receives a copy of this Order on the day that counsel for the Government receives it.  Counsel for the Government shall file a Notice of Compliance stating that it has timely ensured service on counsel for American Leisure Resorts by **Monday, August 30, 2010**

**DONE AND ORDERED** this 30th day of August 2010.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. William J. Zloch
      Counsel of Record