UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60159-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEON COHEN LEVY and
MAURICIO COHEN ASSOR,

        Defendants.
_____/

## ORDER

    This matter comes before the Court upon the Government's Motion for Determination of Whether Certain Communications Fall Within the Attorney-Client Privilege [D.E. 87], upon referral by the Honorable William J. Zloch. *See* D.E. 90. ALR shall submit for *in camera* review all documents from Exhibit B to D.E. 105 where the exclusive recipients included attorneys, their agents who are specified as such in D.E. 123, ALR, its agents who are specified as such in D.E. 123, or some combination of these groups that includes attorneys or their agents, that are not already being produced in a redacted form as a result of the hearing on August 25, 2010 (*i.e.*, Exhibit B to D.E. 105, documents numbered 8-10, 19, 46, 49, 61-79, and 83). ALR need not produce e-mails received by attorney John Gleason from ecourts@courts.state.ny.us (*i.e.*, Exhibit B to D.E. 105, documents numbered 33, 35, and 37), as the Government has decided not to pursue such documents. ALR shall submit the requested documents to me at Room 310-A, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301, by **12:00 p.m., Wednesday, September 1, 2010**.

Counsel for the Government shall ensure that counsel for American Leisure Resorts receives a copy of this Order on the day that counsel for the Government receives it. Counsel for the Government shall file a Notice of Compliance stating that it has timely ensured service on counsel for American Leisure Resorts by **Tuesday, August 31, 2010**

**DONE AND ORDERED** this 31st day of August 2010.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. William J. Zloch
      Counsel of Record