UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

10-60159-CR-ZLOCH/ROSENBAUM

THE UNITED STATES OF AMERICA, )
                              )
            PLAINTIFF,        )
                              )
     VS.                      )
                              )
MAURICIO COHEN ASSOR, A/K/A   )      THIS VOLUME:
MAURICIO COHEN, AND LEON      )      PAGES 1-166
COHEN LEVY, A/K/A LEON COHEN, )
                              )
            DEFENDANTS.       )
_____ )

        TRANSCRIPT OF JURY TRIAL HAD BEFORE THE HONORABLE
WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA,
ON MONDAY, SEPTEMBER 20, 2010, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   JEFFREY A. NEIMAN, A.U.S.A.
                      500 EAST BROWARD BLVD., 7TH FLOOR
                      FORT LAUDERDALE, FL 33394
                      954 356-7255

CARL SCHANZLEH

OFFICIAL COURT REPORTER

U. S. COURTHOUSE

299 E. BROWARD BLVD., 202B

FORT LAUDERDALE, FLORIDA 33301

954 769-5488

```
 1   APPEARANCES CONTINUED:

 2   FOR THE GOVERNMENT: MARK F. DALY, ESQ.
                         U. S. DEPARTMENT OF JUSTICE
 3                       TAX DIVISION/NCES
                         P. O. BOX 972
 4                       BEN FRANKLIN STATION
                         WASHINGTON, D. C. 20044
 5
     FOR THE DEFENDANTS: MICHAEL S. PASANO, AND
 6                       MARISSEL DESCALZO, ESQS.
                         CARLTON FIELDS
 7                       100 SE 2ND STREET, SUITE 4000
                         P. O. BOX 019101
 8                       MIAMI, FL 33131-9101
                         305 530-0050
 9

10

11                       TABLE OF CONTENTS

12   WITNESSES:                  DIRECT  CROSS REDIRECT RECROSS

13   HABIB LEVY SIBONY ................ 8      94

14                       INDEX TO EXHIBITS

15   EXHIBITS                    MARKED FOR       RECEIVED
                               IDENTIFICATION   IN EVIDENCE
16

17   DESCRIPTION             PAGE     LINE     PAGE     LINE

18   GOVERNMENT 250                             10       11

19   GOVERNMENT 251, 252, 253, 254              36       14

20   GOVERNMENT 267                             38       11

21   DEFENDANT 68                              101       25

22   GOVERNMENT 247, 249                        38       15

23   DEFENDANT 69                              117        9

24   DEFENDANT 32                              118       12

25   DEFENDANT 33                              120        8
```

| | | |
|---|---|---|
| DEFENDANT 34, 70 | 137 | 2 |
| DEFENDANT 2 | 150 | 5 |
| GOVERNMENT 197 | 156 | 6 |

```
 1  (FORT LAUDERDALE, BROWARD COUNTY, FLORIDA;  MONDAY,

 2  SEPTEMBER 20, 2010, IN OPEN COURT.)

 3          THE COURT:  GOOD MORNING.  PLEASE BE SEATED.

 4          CALLING CASE NUMBER 10-60159-CRIMINAL.

 5          COUNSEL, WOULD YOU NOTE YOUR APPEARANCES.

 6          MR. NEIMAN:  GOOD MORNING, YOUR HONOR.  JEFFREY NEIMAN

 7  AND MARK DALY ON BEHALF OF THE UNITED STATES.

 8          THE COURT:  GOOD MORNING.

 9          MR. PASANO:  GOOD MORNING, YOUR HONOR.  MIKE PASANO

10  AND MARISSEL DESCALZO ON BEHALF OF MAURICIO COHEN AND LEON

11  COHEN WHO ARE IN COURT.

12          THE COURT:  GOOD MORNING, COUNSEL.

13          LET THE RECORD REFLECT THAT MAURICIO COHEN AND LEON

14  COHEN ARE PRESENT AND IN THE COURTROOM, AND THE RECORD SHOULD

15  REFLECT THAT BOTH OF THE COURT INTERPRETERS ARE PRESENT.

16          HAS THE WITNESS ARRIVED?

17          MR. NEIMAN:  YOUR HONOR, MY UNDERSTANDING IS HE WAS

18  COMING UP THE STAIRS A MINUTE AGO.  I DON'T HAVE CONFIRMATION

19  THAT HE IS OUTSIDE, BUT HE IS CLOSE.

20          THE COURT:  LET'S TAKE UP THE MATTER OF THE

21  CROSS-EXAMINATION ON THE ISSUE OF BIAS OR PREJUDICE THAT THE

22  DEFENSE WANTED TO GET INTO.  DOES THE GOVERNMENT STILL CONTEST

23  THAT?

24          MR. NEIMAN:  YOUR HONOR, THE GOVERNMENT WILL TAKE THE

25  POSITION THAT WHILE -- IT IS SLIGHTLY RELEVANT AND, THEREFORE,
```

1  WOULD ASK THAT THE COURT LIMIT WHATEVER CROSS-EXAMINATION

2  WITHIN THE CONFINES OF THE MAXWELL CASE CITED IN THE

3  GOVERNMENT'S SUPPLEMENTAL BRIEF.

4          THE COURT:  WELL, THE WITNESS IS NOT IN THE COURTROOM.

5          MR. PASANO:  EXACTLY WHAT DID YOU WANT TO GO INTO IN

6  THAT AREA?

7          AND, YOUR HONOR, MY PLAN IS TO KEEP IT SURGICAL, MAYBE

8  TOO EASY A TERM TO USE.  I SIMPLY SEEK TO ESTABLISH, AND WILL

9  ASK THE WITNESS IF HE KNEW THIS WOMAN PATRICIA PETETIN.  IF, IN

10  FACT, HE HAD A RELATIONSHIP WITH HER.

11          IF AT SOME POINT DURING THAT RELATIONSHIP HE WAS

12  CONFRONTED BY LEON AND MAURICIO COHEN, THAT THEY TRIED TO

13  DISSUADE HIM FROM CONTINUING THAT RELATIONSHIP, AND THAT HE WAS

14  UPSET FOR THAT INTERFERENCE.  I'M NOT GOING TO TALK BEYOND

15  THAT.

16          THE COURT:  I WILL PERMIT THAT.  I WOULD PERMIT THAT.

17          ANYTHING ELSE EITHER SIDE WISHES TO BRING UP?

18          MR. PASANO:  YOUR HONOR, JUST ONE MATTER.  AND WE ARE

19  TRYING TO WORK WITH THE PROSECUTORS AND THE MARSHALS ON THIS.

20          THE PROBLEM IS AT THE BROWARD JAIL IN TERMS OF THE

21  CLIENTS ACCESS TO THEIR OWN MATERIALS TO HELP WORK ON THIS CASE

22  CONTINUE TO BE NONEXISTENT.  TWO WEEKS AGO THE FILES FROM THE

23  FDC WERE BROUGHT OVER, THE MARSHALS DELIVERED TO THEM AS WE

24  REQUESTED TO THE BROWARD JAIL.  THE BROWARD JAIL REFUSED AT

25  THAT TIME AND THROUGHOUT ALL OF LAST WEEK TO GIVE THE CLIENTS

 1  ACCESS TO THOSE MATERIALS.

 2        AND AS LATE AS ON SATURDAY THIS PAST WEEK WHEN

 3  MISS DESCALZO AND I WENT TO SEE THE CLIENTS, THEY CONTINUE TO

 4  BE WITHOUT ANY OF THE MATERIALS THAT WERE BROUGHT FROM FDC,

 5  WHICH FOR THREE MONTHS WE WORKED WITH THEM --

 6        THE COURT:  LET ME JUST STOP YOU THERE.  LET ME ASK

 7  THE DEPUTY WHO IS IN CHARGE UPSTAIRS?

 8        THE DEPUTY MARSHAL:  KEATH --

 9        THE COURT:  ASK HIM TO BE DOWN HERE AT -- WELL,

10  WHENEVER WE RECESS FOR LUNCH.  TELL HIM TO BE DOWN HERE AT

11  CERTAINLY NO LATER THAN QUARTER OF TWELVE.

12        THE DEPUTY MARSHAL:  YES, JUDGE.

13        THE COURT:  WE NEED TO TAKE CARE OF THIS PROBLEM.

14        MR. PASANO:  THANK YOU, YOUR HONOR.

15        THE COURT:  HAS THE WITNESS ARRIVED?

16        THE AGENT:  THEY ARE WALKING IN THE FRONT DOOR NOW.

17        THE COURT:  MAKE SURE HE IS OUT THERE.

18        MR. NEIMAN:  WILL DO, YOUR HONOR.

19        MADAM INTERPRETERS, DO YOU WANT TO COME FORWARD?

20        MR. LEVY, IF YOU WILL STEP UP TO THE PODIUM, PLEASE --

21  I MEAN UP TO THE WITNESS STAND.  I AM SORRY.

22        MR. NEIMAN:  YOUR HONOR, OBVIOUSLY THE GOVERNMENT

23  CAN'T SPEAK TO THE WITNESS ABOUT TESTIMONY, BUT I DID WANT TO

24  INFORM HIS COUNSEL AS TO THE COURT'S RULING.  SHE WOULD LIKE A

25  MOMENT TO CONSULT WITH HER CLIENT IN LIGHT OF THE COURT'S

1   RULING.  I IMAGINE SHE JUST WANTS TO TELL HIM BASICALLY, OR IF

2   THE COURT WANTS TO INFORM HIM, ONE WAY OR THE OTHER.

3          THE COURT:  WELL, I MEAN, WHY WOULD HE BE ENTITLED TO

4   THAT WHEN ANY OTHER WITNESS WOULDN'T BE ENTITLED TO ANY ADVANCE

5   NOTICE OF HOW CROSS-EXAMINATION WAS GOING TO GO?

6          MR. NEIMAN:  FAIR ENOUGH, YOUR HONOR.

7          THE COURT:  ALL RIGHT.  IS THE GOVERNMENT READY?

8          MR. NEIMAN:  YES, YOUR HONOR.

9          THE COURT:  IS THE DEFENSE READY?

10          MR. PASANO:  YES, SIR.

11          THE COURT:  ALL RIGHT.  BRING IN THE JURY.

12          [THE JURY RETURNS TO THE COURTROOM]

13          THE COURT:  MEMBERS OF THE JURY, PLEASE BE SEATED.

14          GOOD MORNING MEMBERS OF THE JURY.

15          MEMBERS OF THE JURY, YOU WILL RECALL THAT ON FRIDAY,

16   FRIDAY AFTERNOON, WE CALLED SOME WITNESSES OUT OF TURN TO

17   ACCOMMODATE THEIR SCHEDULES.  WE ARE NOW BACK WITH THE WITNESS

18   MR. HABIB LEVY.

19          THE GOVERNMENT MAY CONTINUE WITH ITS DIRECT

20   EXAMINATION.

21          MR. LEVY, I REMIND YOU THAT YOU ARE STILL UNDER OATH

22   FROM YOUR EARLIER TESTIMONY.

23          MR. NEIMAN:  THANK YOU, YOUR HONOR.

24

25

```
 1                      HABIB LEVY SIBONY,

 2   BEING PREVIOUSLY DULY SWORN, WAS EXAMINED AND TESTIFIED FURTHER

 3   AS FOLLOWS:

 4                   DIRECT EXAMINATION CONTINUED

 5   BY MR. NEIMAN:

 6   Q.  GOOD MORNING, MR. LEVY.

 7   A.  GOOD MORNING.

 8   Q.  MR. LEVY, WHEN YOU LAST TESTIFIED ON THURSDAY, YOU HAD

 9   EXPLAINED TO THE JURY ABOUT A CONVERSATION YOU HAD WITH YOUR

10   BANKER AT HSBC NAMED MONICA CALABRESE.

11           DO YOU REMEMBER TESTIFYING THAT SHE HAD PROVIDED YOU

12   SOME DOCUMENTS RELATED TO AN ENTITY CALLED FIRST HOTELS?

13   A.  I DO REMEMBER.

14   Q.  AND I HAD SHOWN YOU GOVERNMENT EXHIBITS 5O AND 51, WHICH

15   WERE A SIGNATURE CARD AND AN ACCOUNT OPENING APPLICATION FOR

16   THAT ENTITY -- THE ENTITY FIRST HOTELS.

17   A.  I REMEMBER.

18   Q.  DID SHE PROVIDE YOU -- IF I CAN HAND YOU WHAT'S BEEN MARKED

19   AS GOVERNMENT'S EXHIBIT 52.

20           MR. NEIMAN:  IF WE COULD BRING IT UP ON THE SCREEN.

21   IT IS IN EVIDENCE.

22           IF I MAY APPROACH, YOUR HONOR?

23           THE COURT:  GO RIGHT AHEAD.  FEEL FREE TO DO SO.

24   BY MR. NEIMAN:

25   Q.  IS THIS ANOTHER DOCUMENT THAT MISS CALABRESE PROVIDED TO
```

1    YOU?

2    A.   YES, SIR.

3    Q.   PRIOR TO MISS CALABRESE PROVIDING YOU THIS DOCUMENT, HAD

4    YOU EVER SEEN IT BEFORE?

5    A.   NEVER.

6    Q.   THE DOCUMENT SAYS THAT HABIB LEVY SIBONY IS THE HUNDRED

7    PERCENT OWNER OF FIRST HOTELS AND ESTATES INVESTMENTS, INC.

8         ARE YOU IN FACT THE OWNER OF FIRST HOTELS AND RESORTS

9    INVESTMENT, INC.?

10   A.   NO, SIR.

11   Q.   IF WE COULD LOOK AT THE BOTTOM HALF OF THE DOCUMENT, I KNOW

12   IT IS FAINT, BUT IS THAT YOUR SIGNATURE ON GOVERNMENT EXHIBIT

13   52?

14   A.   NO, SIR.

15   Q.   IS THAT YOUR HANDWRITING TO THE RIGHT OF WHAT PURPORTS TO

16   BE YOUR SIGNATURE?

17   A.   NO, SIR.

18   Q.   DO YOU RECOGNIZE THAT HANDWRITING?

19   A.   YES, SIR.

20   Q.   HOW DO YOU RECOGNIZE THAT HANDWRITING?

21   A.   I HAVE SEEN IT SEVERAL TIMES.

22   Q.   AND WHOSE HANDWRITING IS IT?

23   A.   MAURICIO COHEN.

24        MR. NEIMAN:  YOUR HONOR, IF I CAN MOVE INTO EVIDENCE

25   GOVERNMENT EXHIBIT 250, WHICH IS A NEW EXHIBIT.  IT IS NOT ON

```
 1  THE LIST, AND I PREVIOUSLY PROVIDED IT TO DEFENSE COUNSEL.

 2           THE COURT:  HAS THE DEFENSE SEEN THIS?

 3           MR. PASANO:  WE DID THIS MORNING, YOUR HONOR.

 4           THE COURT:  ANY OBJECTION?

 5           MR. PASANO:  NO, SIR.

 6           THE COURT:  GOVERNMENT'S TWO FIVE ZERO, 250, IS IN

 7  EVIDENCE.

 8           THIS IS A NEW EXHIBIT?

 9           MR. NEIMAN:  IT IS, YOUR HONOR.

10           THE COURT:  ALL RIGHT.

11           [GOVERNMENT'S EXHIBIT 250 WAS MARKED AND RECEIVED IN

12  EVIDENCE].

13           MR. NEIMAN:  IT IS A LETTER DATED 7/21/09.

14           THE COURT:  ALL RIGHT.  THANK YOU.

15           THE COURT:  SEVEN --

16           MR. NEIMAN:  7/21/09.

17           THE COURT:  THANK YOU.

18  BY MR. NEIMAN:

19  Q.  MR. LEVY, IS THIS YOUR HANDWRITING?

20  A.  NO.

21  Q.  IF YOU COULD LOOK AT THE SIGNATURE.

22  A.  YES, SIR.

23  Q.  LOOK AT THE --  IF YOU COULD LOOK AT ONE, TWO, AND THREE,

24  THE ACCOUNTS LISTED THERE HABIB LEVY, SARA COHEN, SEASHORE

25  INVESTMENTS, AND VILLA SARA, INC.
```

 1 | A.  YES, SIR.

 2 | Q.  ARE THOSE YOUR ACCOUNTS?

 3 | A.  YES, SIR.

 4 | Q.  AND THE ADDRESS LISTED THERE, THE COLLINS AVENUE ADDRESS,

 5 | IS THAT YOUR ADDRESS IN BAL HARBOR, FLORIDA?

 6 | A.  YES, SIR.

 7 |         THE COURT:  EXCUSE ME FOR JUST A MINUTE BECAUSE I

 8 | MISSED THIS.

 9 |         BUT, MR. LEVY, IS THAT YOUR HANDWRITING?

10 |         THE WITNESS:  NO, SIR.

11 |         THE COURT:  ALL RIGHT.  GO AHEAD.

12 | BY MR. NEIMAN:

13 | Q.  IS THAT YOUR SIGNATURE?

14 | A.  YES, SIR.

15 | Q.  THAT IS YOUR SIGNATURE?

16 | A.  YES, SIR, IT IS MY SIGNATURE.

17 | Q.  CAN YOU EXPLAIN -- IF WE COULD BRING UP GOVERNMENT EXHIBIT

18 | 52, PLEASE.  IF WE COMPARE -- 50 WOULD PROBABLY HAVE ABETS

19 | SIGNATURE.

20 |         MR. LEVY, IF YOU COULD PLEASE EXPLAIN WHAT YOU SEE IS

21 | THE DIFFERENCES BETWEEN WHAT YOU SAY IS YOUR SIGNATURE IN

22 | GOVERNMENT EXHIBIT 250 AND WHAT YOU SAY IS NOT YOUR SIGNATURE

23 | IN GOVERNMENT EXHIBIT 51.

24 | A.  THE CIRCLE TO THE RIGHT ALWAYS CLOSES.  AND ON THE OTHER

25 | ONE IT KEEPS ON GOING.  THE LINES AT THE BOTTOM ARE ALWAYS

1  NORMALLY TOGETHER.  AND ON THE OTHER ONE THEY'RE NOT.  AND IN

2  ALL MY SIGNATURES, THERE IS A DOT I PUT UNDERNEATH THAT DOESN'T

3  APPEAR ON THE OTHER SIGNATURE.

4  Q.  AFTER RECEIVING THESE DOCUMENTS FROM MONICA CALABRESE, WHAT

5  DID YOU DO?

6  A.  I SPOKE WITH MAURICIO COHEN, AND I ASKED HIM WHAT WAS THIS

7  ALL ABOUT.

8  Q.  WHEN YOU SAY THIS, WHAT DO YOU MEAN?

9  A.  TO THE OPENING OF THIS ACCOUNT.

10  Q.  IN THIS ACCOUNT, BEING THE FIRST HOTELS ACCOUNT?

11  A.  THE FIRST HOTELS ACCOUNT, YES.

12  Q.  AND WHAT DID MR. COHEN SAY, MAURICIO COHEN SAY?

13  A.  MR. COHEN SAID THAT I -- THAT HE HAD OPENED IT BECAUSE THAT

14  I SHOULD -- THAT HE SHOULD APOLOGIZE, BUT HE HAD TO OPEN IT

15  BECAUSE OF A MORTGAGE REASON.  I ASKED HIM IN A STRONG VOICE

16  ABOUT IT, AND HE SAID THAT HE WOULD TAKE ME OFF THAT ACCOUNT

17  IMMEDIATELY.

18  Q.  DID MR. MAURICIO COHEN SAY ANYTHING ABOUT WHETHER OR NOT

19  YOU SHOULD CONTACT HSBC?

20  A.  MR. COHEN ASKED ME NOT TO CONTACT THE HSBC BECAUSE IT WOULD

21  CREATE A LOT OF PROBLEMS FOR HIM.  I THOUGHT OF THIS AS AN

22  ISOLATED EVENT, AND I DIDN'T WANT TO CAUSE PROBLEMS NEITHER FOR

23  HIM OR FOR MY SISTER, SO I JUST LET IT GO.  AS LONG AS HE WOULD

24  TAKE MY NAME OFF THOSE ACCOUNTS.

25  Q.  DID HE TELL YOU WHO IF ANYONE -- WHAT NAME IF ANY HE WOULD

1  PUT ON THE ACCOUNTS INSTEAD OF YOURS?

2  A.  YES.  HE SAID HE WOULD PUT HIS DAUGHTER'S NAME ON IT.

3  Q.  AND WHAT IS HIS DAUGHTERS NAME?

4  A.  LEA.

5  Q.  DID YOU CONTACT HSBC?

6  A.  LATER ON I DID NOT CONTACT WITH HSBC ANYMORE.

7  Q.  WHY?

8  A.  WELL, THE REASON WAS THAT I DID NOT WANT TO CAUSE PROBLEMS

9  TO MR. MAURICIO.

10  Q.  WERE YOU EVER CONTACTED BY ANYONE AT HSBC AGAIN REGARDING

11  THIS FIRST HOTELS AND RESORTS INVESTMENT ACCOUNT?

12  A.  YES, MONICA CALABRESE.

13  Q.  IN ADDITION TO THE FIRST PHONE CALL WHICH WE ALREADY TALKED

14  ABOUT, DID YOU RECEIVE ANY ADDITIONAL INFORMATION FROM MONICA

15  REGARDING THE FIRST HOTELS ACCOUNT?

16  A.  YES.

17  Q.  WHAT?

18          WHAT DID SHE SAY?

19          MR. PASANO:  OBJECTION TO THE HEARSAY, YOUR HONOR.

20          MR. NEIMAN:  AFFECT ON THE LISTENER TO THE EXTENT THAT

21  IT CAUSED HIM TO DO OTHER -- TAKE OTHER ACTION.

22          MR. PASANO:  IN WHICH CASE I WOULD THEN ASK FOR A

23  DATE, YOUR HONOR.

24          THE COURT:  YOU ASKED FOR -- I'M SORRY?

25          MR. PASANO:  A DATE AS TO WHEN THIS SO-CALLED

1   CONVERSATION OCCURRED.

2   BY MR. NEIMAN:

3   Q.   WHEN DID THE SECOND CONVERSATION TAKE PLACE WITH MISS

4   CALABRESE?

5   A.   I DON'T REMEMBER EXACTLY, MAYBE A COUPLE WEEKS LATER.

6   Q.   WHAT DID YOU TELL HER?

7   A.   WELL, I TALKED TO HER.  I TOLD HER THAT THAT ACCOUNT WAS --

8   BELONGED TO A SISTER, AND I JUST DID NOT WANT TO CREATE ANY

9   MORE PROBLEMS FOR MY SISTER OR FOR MAURICIO.

10   Q.   IN YOUR CONVERSATION WITH MAURICIO COHEN REGARDING THE

11   FIRST HOTELS ACCOUNT, DID HE EVER MENTION AN ACCOUNT NAMED

12   WHITEBURY?

13          THE INTERPRETER:  DID HE?

14          MR. NEIMAN:  DID MAURICIO EVER MENTION AN ACCOUNT

15   NAMED WHITEBURY?

16          THE WITNESS:  NO.

17   BY MR. NEIMAN:

18   Q.   DID YOU EVER GIVE PERMISSION TO MAURICIO COHEN TO USE A

19   PHOTOCOPY OF YOUR PASSPORT AS PROOF OF IDENTIFICATION WHEN

20   OPENING THE FIRST HOTELS HSBC BANK ACCOUNT?

21   A.   NO, SIR.

22   Q.   HAVE YOU EVER PROVIDED MAURICIO COHEN WITH A COPY OF YOUR

23   PASSPORT?

24   A.   YES, ON SEVERAL OCCASIONS.

25   Q.   WHY?

 1 | A.  MR. MAURICIO COHEN WOULD TELL ME THAT THE BOAT THAT HE HAD

 2 | IN FRANCE WAS ON MY NAME, AND THAT HE NEEDED A COPY OF MY

 3 | PASSPORT.  TO HAND THEM OVER TO THE MARITIME AUTHORITIES IN

 4 | FRANCE IN CASE THEY NEEDED IT.

 5 | Q.  AND DID YOU PROVIDE A COPY OF YOUR PASSPORT TO MAURICIO

 6 | COHEN?

 7 | A.  YES, SIR.

 8 | Q.  ON HOW MANY OCCASIONS?

 9 | A.  ON SEVERAL OCCASIONS.

10 | Q.  WHAT WAS THE NAME OF THE BOAT WHICH YOUR NAME WAS ON PAPER

11 | THE OWNER OF?

12 | A.  SONIA C.

13 | Q.  CAN YOU DESCRIBE THE SONIA C, IF YOU'VE SEEN IT?

14 | A.  YES, I COULD DESCRIBE IT.

15 | Q.  PLEASE DO SO.

16 | A.  IT'S A BOAT OF APPROXIMATELY 20 METERS.  VERY LUXURIOUS.

17 | Q.  AND WHO IS SONIA?

18 | A.  MY SISTER.

19 | Q.  AT ONE POINT WERE YOU IN FACT A PART OWNER OF THE BOAT THE

20 | SONIA C?

21 | A.  AT THE BEGINNING WE HAD AN AGREEMENT BETWEEN MAURICIO AND

22 | ME THAT I WOULD BE PART OWNER, AND I HAD A VERY SMALL PART ON

23 | IT.

24 | Q.  DID THERE COME A TIME WHEN YOU WERE NO LONGER A PART OWNER

25 | OF THE SONIA C?

 1  A.  NO, BECAUSE IT WAS AN ORAL AGREEMENT, THERE WAS NOTHING IN

 2  WRITING.

 3  Q.  DID YOU EVER USE THE SONIA C?

 4  A.  NO, SIR.

 5  Q.  IF YOU COULD PLEASE TAKE A LOOK AT GOVERNMENT EXHIBIT 50,

 6  WHICH IS IN EVIDENCE.  WHAT IS GOVERNMENT EXHIBIT 50?

 7  A.  A COPY OF MY PASSPORT.

 8  Q.  IS THIS WHAT YOU PROVIDED TO MAURICIO COHEN?

 9  A.  IT COULD BE ONE OF THEM, YES.

10  Q.  IF I COULD SHOW YOU WHAT'S BEEN MARKED AS GOVERNMENT'S

11  EXHIBIT 53.  THE DOCUMENT IS TITLED CORPORATE BANKING

12  RESOLUTIONS.

13       WHAT IS THE NAME OF THE ENTITY AT THE TOP IN WHICH IS

14  LISTED ON GOVERNMENT'S EXHIBIT 53?

15  A.  FIRST HOTELS RESORT INVESTMENT.

16  Q.  HAVE YOU EVER SEEN THIS DOCUMENT BEFORE?

17  A.  NEVER.

18  Q.  WHAT ARE THE THREE NAMES LISTED?

19  A.  SONIA LEVY SIBONY, MAURICIO COHEN, HABIB LEVY SIBONY.

20  Q.  IS THIS YOUR HANDWRITING?

21  A.  NO, SIR.

22  Q.  DOWN AT THE NEXT PART, PARAGRAPH NUMBER FOUR, WHERE IT SAYS

23  THAT THE PERSONS THEN HOLDING THE FOLLOWING OFFICES ARE THE

24  FOLLOWING NAMED SIGNATORIES.  WHOSE NAME IS LISTED?

25  A.  HABIB LEVY SIBONY.

1   Q.  DID YOU EVER PROVIDE THIS INFORMATION TO HSBC?

2   A.  NO, SIR.

3   Q.  DID YOU EVER GIVE PERMISSION TO MAURICIO COHEN TO USE YOUR

4   NAME IN PROVIDING THIS DOCUMENT TO HSBC?

5   A.  NO, SIR.  NO.

6   Q.  IF YOU COULD TURN TO THE SECOND PAGE.  THERE IS A NAME

7   LISTED ABOUT TWO THIRDS OF THE WAY DOWN.  DO YOU SEE WHERE IT

8   SAYS KAREN MC INTYRE?

9   A.  YES, SIR.

10  Q.  AND IT SAYS DIRECTOR, PRESIDENT, AND SECRETARY?

11  A.  YES, SIR.

12  Q.  HAVE YOU EVER MET A KAREN MC INTYRE?

13  A.  NEVER IN MY LIFE.

14  Q.  HAVE YOU EVER SPOKEN TO A KAREN MC INTYRE?

15  A.  NO, SIR, NEVER.

16  Q.  HAVE YOU EVER COMMUNICATED WITH A KAREN MC INTYRE?

17  A.  NO, SIR, NEVER.

18  Q.  DO YOU KNOW WHO KAREN MC INTYRE IS?

19  A.  I HAVE NO IDEA.

20  Q.  I HAND YOU WHAT'S BEEN MARKED AS GOVERNMENT'S EXHIBIT 54.

21        THIS IS A DOCUMENT TITLED GENERAL POWER OF ATTORNEY.

22  A.  YES, SIR.

23  Q.  IF YOU LOOK AT THE FIRST PARAGRAPH, WHO IS THIS GENERAL

24  POWER OF ATTORNEY FOR?

25        WHAT ENTITY, I'M SORRY.

1   A.  FIRST HOTELS RESORTS INVESTMENT.

2   Q.  HAVE YOU EVER SEEN THIS DOCUMENT BEFORE?

3   A.  NO, NEVER.

4   Q.  WHO IS LISTED AS THE GENERAL POWER OF ATTORNEY ACCORDING TO

5   GOVERNMENT EXHIBIT 54?

6   A.  MR. MAURICIO COHEN ASSOR AND MRS. SONIA LEVY SIBONY.

7   Q.  DO YOU SEE ON GOVERNMENT EXHIBIT 54 THERE IS AN ADDRESS

8   LISTED FOR FIRST HOTELS?

9   A.  YES, SIR.

10  Q.  HAVE YOU EVER BEEN TO THAT ADDRESS?

11  A.  NEVER.

12  Q.  DO YOU KNOW WHAT IF ANYTHING IS AT THAT ADDRESS?

13  A.  NO, NO.  I'VE NEVER BEEN TO THAT ADDRESS.

14  Q.  IS YOUR WIFE LISTED, SARA, ON THE GENERAL POWER OF ATTORNEY

15  FOR FIRST HOTELS?

16  A.  NO, SIR.

17  Q.  I AM GOING TO HAND YOU WHAT'S BEEN MARKED AS GOVERNMENT'S

18  EXHIBITS 55 AND 56.

19          HAVE YOU EVER SEEN ANY OF THESE DOCUMENTS BEFORE?

20  A.  NO, SIR.

21  Q.  STARTING WITH GOVERNMENT EXHIBIT 55, WHO IS GRANTED GENERAL

22  POWER OF ATTORNEY FOR FIRST HOTELS AND RESORTS INVESTMENTS,

23  INC.?

24  A.  LEON COHEN.

25  Q.  ARE ANY OF YOUR FOUR CHILDREN LISTED AS POWER OF ATTORNEYS

1  FOR FIRST HOTELS AND INVESTMENTS, INC. ON GOVERNMENT 55?

2  A.  NO, SIR.

3  Q.  IF WE COULD LOOK AT THE SECOND PAGE, PLEASE, OF GOVERNMENT

4  EXHIBIT 55.  WHO IS THIS DOCUMENT NOTARIZED BY?

5  A.  APPARENTLY CHRISTANE BOVET.

6  Q.  AND WHO SIGNED THE DOCUMENT AS THE DIRECTOR, PRESIDENT, AND

7  SECRETARY?

8  A.  KAREN -- AND I CAN'T SEEM TO READ THE REST.

9  Q.  KAREN MC INTYRE?

10  A.  YES, SIR.

11  Q.  AND LOOKING AT THE NOTARY, DO YOU SEE WHAT CITY THIS WAS

12  NOTARIZED IN?

13  A.  REPUBLIC OF CANTON OF GENEVA.

14  Q.  IS GENEVA IN SWITZERLAND?

15  A.  YES, SIR.

16  Q.  IF WE COULD LOOK AT GOVERNMENT'S EXHIBIT 56, PLEASE.

17  A.  YES.

18  Q.  HAVE YOU EVER SEEN THIS DOCUMENT BEFORE?

19  A.  NO, NEVER.

20  Q.  WHO IS GIVEN POWER OF ATTORNEY OVER FIRST HOTELS ACCORDING

21  TO GOVERNMENT 56?

22  A.  HABIB LEVY SIBONY.

23  Q.  AND LOOKING AT THE SECOND PAGE, WHO SIGNS AS THE DIRECTOR,

24  PRESIDENT, AND SECRETARY OF FIRST HOTELS?

25  A.  KAREN MC INTYRE.

 1  Q.  AND LOOKING AT THE ENTIRE PAGE TWO, IS GOVERNMENT EXHIBIT

 2  56 NOTARIZED LIKE GOVERNMENT EXHIBIT 55 WAS?

 3  A.  NO, SIR.

 4  Q.  CAN I HAND YOU WHAT'S BEEN MARKED AS GOVERNMENT EXHIBIT 57.

 5        DO YOU KNOW WHAT A FORM W-8 IS?

 6  A.  YES, SIR.

 7  Q.  WHAT IS A FORM W-8?

 8  A.  THIS ONE -- COULD YOU PLEASE REPEAT THE QUESTION.

 9  Q.  WHAT IS A FORM W-8?

10  A.  IT'S A DOCUMENT FROM THE U.S. GOVERNMENT WHERE FOREIGNERS

11  INDICATE THAT THEY DO NOT RESIDE IN THE U.S.  THAT THE BANKS

12  NORMALLY ASK US TO SIGN.

13  Q.  ARE YOU A U.S. TAXPAYER?

14  A.  NO, SIR.

15  Q.  WHY NOT?

16  A.  BECAUSE I DO NOT RESIDE IN THE UNITED STATES, AND I HAVE

17  NEVER STAYED MORE THAN FOUR MONTHS A YEAR IN THE COUNTRY.

18  Q.  AND IS THERE A REASON WHY YOU DON'T RESIDE IN THE UNITED

19  STATES?

20  A.  NO, THERE'S NO PARTICULAR REASON.

21  Q.  DO YOU KNOW WHETHER OR NOT MAURICIO COHEN KNEW THAT YOU

22  WERE NOT A U.S. TAXPAYER?

23  A.  OF COURSE.

24  Q.  IF WE COULD LOOK AT THE BOTTOM OF GOVERNMENT EXHIBIT 57.

25  DID YOU SIGN THIS W-8BEN FOR FIRST HOTELS?

1   A.   NO, SIR.

2   Q.   IS THAT YOUR HANDWRITING?

3   A.   NO, SIR.

4   Q.   DO YOU RECOGNIZE THE HANDWRITING?

5   A.   IN THIS DOCUMENT THERE ARE SEVERAL HANDWRITINGS.

6   Q.   DO YOU RECOGNIZE THE HANDWRITING WHICH HAS THE DATE TO THE

7   RIGHT OF YOUR NAME?

8   A.   YES, I DO RECOGNIZE IT.

9   Q.   WHOSE HANDWRITING IS THAT?

10  A.   MAURICIO COHEN.

11  Q.   IF WE COULD LOOK AT THE SECOND PAGE OR ATTACHMENT A TO THE

12  W-8BEN.

13        IS THIS YOUR SIGNATURE AT THE BOTTOM?

14  A.   NO, SIR.

15  Q.   DO YOU KNOW WHETHER OR NOT MAURICIO COHEN OWNED A

16  CONDOMINIUM IN NEW YORK CITY?

17  A.   YES, SIR.

18  Q.   HOW DO YOU KNOW THIS?

19  A.   HE TOLD ME SO, AND I WAS THERE.

20  Q.   WHAT DID HE TELL YOU?

21  A.   THAT HE HAD PURCHASED AN APARTMENT IN NEW YORK, IN NEW YORK

22  CITY.

23  Q.   WHERE WAS THE APARTMENT?

24  A.   AT TRUMP WORLD ACROSS FROM THE UNITED NATIONS I BELIEVE IT

25  IS.

```
 1   Q.  HAVE YOU VISITED THE APARTMENT?

 2   A.  YES, ON SEVERAL OCCASIONS.

 3   Q.  CAN YOU PLEASE DESCRIBE IT.

 4   A.  IT IS A LUXURIOUS APARTMENT.

 5   Q.  CAN YOU PLEASE ELABORATE A LITTLE MORE, PLEASE?

 6   A.  A VERY BIG APARTMENT, APPROXIMATELY TEN THOUSAND SQUARE

 7   FEET, AND VERY LUXURIOUS.

 8   Q.  HOW WAS IT DECORATED?

 9   A.  IN A LUXURIOUS WAY.

10   Q.  WHEN DID YOU VISIT THE APARTMENT?

11   A.  I VISITED A FEW TIMES.  I DON'T REMEMBER THE SECOND TIME

12   WELL, BUT THE FIRST TIME WAS FOR THE -- LIKE GRAND OPENING OF

13   THE APARTMENT.

14   Q.  DO YOU KNOW -- DID MAURICIO COHEN TELL YOU HOW HE PAID FOR

15   THE APARTMENT?

16   A.  NO.  NO, NOT AT ALL.

17   Q.  I'M HANDING YOU WHAT'S BEEN MARKED AS GOVERNMENT EXHIBITS

18   214 AND 215.

19           BEGINNING WITH GOVERNMENT EXHIBIT 214, HAVE YOU SEEN

20   THIS DOCUMENT BEFORE?

21   A.  NO, SIR.

22   Q.  WHAT IS GOVERNMENT EXHIBIT 214 TITLED?

23   A.  MORTGAGE NOTE, LIBOR.

24   Q.  AND IS THIS NOTE BETWEEN FIRST HOTELS AND RESORTS

25   INVESTMENTS, INC. AND HSBC BANK USA?
```

1  A.  YES, SIR.

2  Q.  AND HOW MUCH IS THIS LOAN FOR?

3  A.  SEVEN MILLION TWO HUNDRED THOUSAND DOLLARS.

4  Q.  DID YOU EVER AUTHORIZE THIS LOAN TO BE TAKEN OUT ON BEHALF

5  OF FIRST HOTELS?

6  A.  NO, SIR.

7  Q.  DID YOU KNOW ABOUT THIS LOAN?

8  A.  NO, SIR.

9  Q.  DID YOU HAVE ANY CONVERSATIONS WITH MAURICIO COHEN ABOUT

10  THIS LOAN?

11  A.  NO, SIR.  NO, SIR.

12  Q.  WERE YOU EVER TOLD THAT A 7.2 MILLION DOLLAR LOAN HAD BEEN

13  TAKEN OUT IN YOUR NAME, OR IN A COMPANY WHO YOU ARE LISTED AS

14  THE BENEFICIAL OWNER OF?

15  A.  NO, SIR.  NO.

16  Q.  TAKING A LOOK AT GOVERNMENT EXHIBIT 215.  YOU SEE THIS IS A

17  CONDOMINIUM UNIT DEED?

18  A.  YES, SIR.

19  Q.  WHO IS LISTED AS THE RECORD AND RETURN TO FOR THE ADDRESS?

20  A.  HSBC, CLAUDIA MANDEL, 452 FIRST AVENUE, NEW YORK, NEW YORK.

21  Q.  DO YOU KNOW WHO CLAUDIA MANDEL IS?

22  A.  NO IDEA.

23  Q.  HAVE YOU EVER TALKED TO HER?

24  A.  NEVER.

25  Q.  HAVE YOU COMMUNICATED WITH HER IN ANY WAY?

1    A.   NEVER.

2    Q.   YOU EVER PROVIDE THESE DOCUMENTS TO HER?

3    A.   NEVER.   NEVER.

4    Q.   IF WE COULD PLEASE TURN TO THE FOURTH PAGE OF THIS

5    DOCUMENT.   UNDERNEATH DONALD TRUMP'S SIGNATURE, WHOSE SIGNATURE

6    APPEARS?

7    A.   WAIT A MINUTE I AM NOT ON THAT PAGE YET.   THEY DON'T HAVE

8    NUMBERS.

9    Q.   I'M SORRY.   IT ENDS IN ONE THREE THREE SEVEN.

10   A.   CORRECT.   YES.

11   Q.   WHO SIGNS AS THE PURCHASER, IF YOU CAN READ THE

12   HANDWRITING?

13   A.   IT SAYS AT THE BOTTOM DONALD TRUMP.

14   Q.   AND WHOSE SIGNATURE APPEARS BELOW DONALD TRUMP'S?

15   A.   NO, I CAN'T READ IT.

16   Q.   HAVE YOU EVER MET A MAN NAMED ROBERT HARRISON?

17   A.   NEVER.

18   Q.   HAVE YOU EVER SPOKE TO A MAN NAMED ROBERT HARRISON?

19   A.   NEVER.

20   Q.   DO YOU KNOW WHO ROBERT HARRISON IS?

21   A.   I HAVE NO IDEA.

22   Q.   MR. LEVY, CHANGING SUBJECTS, DO YOU HAVE BANK ACCOUNTS AT

23   HSBC IN SWITZERLAND?

24   A.   YES, SIR.

25   Q.   WERE YOU EVER CONTACTED BY A BANKER AT HSBC SWITZERLAND

1  REGARDING THE DISCLOSURE OF CERTAIN OF YOUR ACCOUNTS?

2  A.  YES, SIR.

3  Q.  AFTER BEING TOLD -- OR WHAT WERE YOU TOLD?

4  A.  I WAS TOLD THAT A PETITION FROM A JUDGE IN LICHTENSTEIN, A

5  SWISS JUDGE, HE HAD REQUESTED INFORMATION ABOUT MY ACCOUNTS

6  FROM HSBC.

7  Q.  WHEN WAS THIS, APPROXIMATELY?

8  A.  I DON'T REMEMBER EXACTLY.  I BELIEVE IT WAS IN 2008 OR

9  2009.  I AM NOT SURE.

10 Q.  WAS IT BEFORE OR AFTER YOU HAD RECEIVED THE PHONE CALL FROM

11 MONICA CALABRESE ABOUT FIRST HOTELS?

12 A.  AFTER.  I'M SURE.

13 Q.  AND AFTER BEING TOLD THAT YOUR ACCOUNTS WERE BEING TURNED

14 OVER TO A SWISS JUDGE, WHAT DID YOU DO?

15 A.  I WENT TO THE -- I TRAVELED TO GENEVA TO TALK TO THE PEOPLE

16 AT THE BANK TO ASK WHAT THE REASONS COULD BE FOR A JUDGE FROM

17 LICHTENSTEIN AND SWITZERLAND TO REQUEST MY ACCOUNTS.

18        MR. PASANO:  YOUR HONOR, AT THIS POINT I'LL OBJECT TO

19 HEARSAY WITH REGARDS TO WHAT ELSE IF ANYTHING THE BANKER SAID.

20 BY MR. NEIMAN:

21 Q.  AFTER BEING TOLD WHY YOUR ACCOUNT MAY BE TURNED OVER, DID

22 YOU CONTACT MAURICIO COHEN?

23 A.  I DON'T REMEMBER.

24 Q.  DO YOU REMEMBER WHETHER OR NOT YOU HAD A CONVERSATION WITH

25 MAURICIO COHEN REGARDING YOUR ACCOUNTS BEING TURNED OVER TO A

1  SWISS JUDGE?

2  A.  YES, SIR.

3  Q.  WHAT DID YOU SAY TO MAURICIO COHEN?

4  A.  I ASKED MAURICIO COHEN IF HE KNEW WHY THEY WERE VERIFYING

5  MY ACCOUNTS.

6  Q.  AND WHAT DID HE SAY?

7  A.  HE EXPLAINED TO ME THAT THAT WAS DUE TO A LAWSUIT HE HAD

8  FROM A SWISS -- CORRECTION, FROM A FRENCH BANK IN NEW YORK.

9  THAT THE FRENCH BANK HAD SENT MY NAME ON THE FIRST HOTELS AND

10  THAT'S WHY MY NAME AND MY COMPANIES HAD BEEN INCLUDED IN THE

11  LAWSUIT, BECAUSE THEY HAD ALSO REQUESTED ALL OF MAURICIO'S

12  ACCOUNTS WITH MINE.

13  Q.  AT THE END OF THE DAY, WERE YOUR ACCOUNTS TURNED OVER TO

14  THE LICHTENSTEIN JUDGE?

15  A.  I SUPPOSE SO.

16  Q.  WERE YOU HELD LIABLE AT ALL IN THIS CIVIL LAWSUIT?

17      MR. PASANO:  OBJECTION, YOUR HONOR.  I COULD EXPLAIN,

18  IF THE COURT WANTS TO HEAR.

19      MR. NEIMAN:  I'LL WITHDRAW THE QUESTION.

20  BY MR. NEIMAN:

21  Q.  MR. LEVY, YOU MENTIONED EARLIER THAT YOU'RE IN THE DIAPER

22  BUSINESS?

23  A.  ALL MY LIFE.

24  Q.  CAN YOU PLEASE EXPLAIN WHAT YOUR BUSINESS WAS LIKE IN

25  VENEZUELA?

 1  A.  A FACTORY WITH SEVERAL MACHINES WHERE DISPOSABLE DIAPERS

 2  ARE MANUFACTURED, AND SO ARE SANITARY NAPKINS AND ADULT

 3  DIAPERS.

 4  Q.  WHAT WAS THE NAME OF YOUR COMPANY?

 5  A.  BEFORE OR NOW?

 6  Q.  BEFORE.

 7  A.  INDUSTRIA MAMMI.  MAMI, M-A-M-I.  CORRECTION, M-A-M-M-I.

 8  Q.  WHEN DID YOU START INDUSTRIA MAMMI?

 9  A.  IN 1983.

10  Q.  DID THERE COME A TIME WHEN YOU ASKED FOR INVESTORS IN YOUR

11  BUSINESS?

12  A.  YES, SIR.

13  Q.  DID YOU EVER ASK MAURICIO COHEN TO BECOME AN INVESTOR?

14  A.  YES, SIR.

15  Q.  WHY DID YOU ASK MAURICIO COHEN?

16  A.  BECAUSE HE WAS A CLOSE RELATIVE, AND I NEEDED INVESTORS AT

17  THAT TIME.

18  Q.  DID YOU THINK MAURICIO COHEN COULD AFFORD TO INVEST?

19  A.  YES, SIR.

20  Q.  WHY?

21  A.  BECAUSE AT THAT POINT I THOUGHT HE WAS A PERSON WITH THE

22  NECESSARY RESOURCES TO BE ABLE TO INVEST.

23  Q.  DO YOU MEAN WEALTH?

24  A.  YES.

25  Q.  DID HE MAKE AN INVESTMENT?

1   A.  YES, SIR.

2   Q.  HOW MUCH?

3   A.  APPROXIMATELY SEVEN HUNDRED THOUSAND DOLLARS.

4   Q.  AND WHAT YEAR APPROXIMATELY WAS THIS INVESTMENT MADE?

5        IN WHAT YEAR DID MAURICIO COHEN MAKE THE SEVEN HUNDRED

6   THOUSAND DOLLAR INVESTMENT?

7        THE COURT:  I AM SORRY, EXCUSE ME.  WAS THAT SEVEN

8   HUNDRED THOUSAND?

9        THE INTERPRETER:  YES, SIR, YOUR HONOR.

10        THE COURT:  THANK YOU.

11        THE WITNESS:  I DON'T REMEMBER WELL.

12  BY MR. NEIMAN:

13  Q.  DO YOU KNOW WHETHER OR NOT MAURICIO COHEN MADE THE

14  INVESTMENT IN HIS OWN NAME?

15  A.  NO.

16  Q.  WHOSE NAME DID HE MAKE THE INVESTMENT IN?

17  A.  I BELIEVE HE DID IT IN THE NAME OF A VENEZUELAN

18  CORPORATION.

19  Q.  DID THERE COME A TIME WHEN MAURICIO COHEN SOLD HIS

20  INVESTMENT IN YOUR DIAPER BUSINESS?

21  A.  YES, SIR.

22  Q.  PLEASE EXPLAIN HOW THAT CAME ABOUT.

23  A.  WELL, IN THE YEAR '89, A VERY IMPORTANT AMERICAN MULTI

24  NATIONAL WAS INTERESTED IN BUYING 50 PERCENT OF THE

25  CORPORATION.  IN FACT I SOLD THEM 25 PERCENT OF MY SHARES, AND

 1 | MAURICIO COHEN SOLD THEM 25 PERCENT OF HIS SHARES.

 2 | Q.  WERE YOU AND MAURICIO COHEN 50/50 PARTNERS?

 3 | A.  YES, SIR.

 4 | Q.  SO THERE CAME A TIME WHEN YOU SOLD 25 PERCENT OF YOUR

 5 | SHARES AND MAURICIO COHEN SOLD 25 PERCENT OF HIS -- I'M SORRY

 6 | 25 PERCENT OF THE COMPANY, AND HE SOLD -- LET ME START OVER.

 7 | WHAT WAS THE -- WHAT DID THIS MULTI NATIONAL COMPANY

 8 | PURCHASE FROM YOU AND MAURICIO COHEN?

 9 | A.  THE AMERICAN COMPANY MADE A PURCHASE IN TWO -- ON TWO

10 | TIMES.  FIRST THEY WERE ASSOCIATED WITH US 50 PERCENT.  AND

11 | THEN THE SECOND STAGE, TWO YEARS LATER THEY PURCHASED THE 50

12 | PERCENT -- THE OTHER 50 PERCENT.

13 | Q.  AND DID THERE COME A TIME WHEN MAURICIO COHEN SOLD HIS

14 | PORTION OF YOUR BUSINESS?

15 | A.  YES.  HE SOLD 25 PERCENT TO PROCTOR AND GAMBLE, AND HE SOLD

16 | ME THE OTHER 25 PERCENT LATER ON.

17 | Q.  HOW MUCH MONEY DID MAURICIO COHEN MAKE ON HIS SEVEN HUNDRED

18 | THOUSAND DOLLAR INVESTMENT IN YOUR DIAPER BUSINESS?

19 | A.  I DON'T REMEMBER EXACTLY, BUT I BELIEVE BETWEEN FIVE AND

20 | SEVEN MILLION DOLLARS.

21 | Q.  AND AFTER YOU SOLD YOUR SHARES TO PROCTOR AND GAMBLE, WHO

22 | HAD MORE WEALTH, YOU OR MAURICIO COHEN?

23 | A.  MAURICIO.

24 | Q.  HAVE YOU EVER VISITED MAURICIO COHEN'S OFFICES IN PARIS?

25 | A.  YES, SIR.

1    Q.   WHERE IN PARIS ARE THEY LOCATED?

2    A.   I DO NOT REMEMBER THE AVENUE EXACTLY, BUT IT WAS -- HIS

3    OFFICES WERE LOCATED AT THE FLATOTELS, THE MOST IMPORTANT ONE

4    HE HAD.

5    Q.   WHY WERE HIS OFFICES LOCATED AT THE FLATOTEL?

6            MR. PASANO:  OBJECTION, YOUR HONOR.  SPECULATION.

7    BY MR. NEIMAN:

8    Q.   DID HE EVER TELL YOU WHY HIS OFFICES WERE AT THE FLATOTEL?

9    A.   NO, SIR.

10   Q.   WHAT WAS YOUR UNDERSTANDING AS TO WHY HIS OFFICES WERE AT

11   THE FLATOTEL?

12           MR. PASANO:  OBJECTION.  FOUNDATION, YOUR HONOR.

13           THE COURT:  LACK OF FOUNDATION.

14   BY MR. NEIMAN:

15   Q.   DID YOU EVER HAVE CONVERSATIONS WITH MAURICIO COHEN ABOUT

16   WHAT HIS ROLE WAS AT FLATOTEL?

17   A.   I'VE ALWAYS ASSUMED THAT THE HOTEL WAS HIS.

18           MR. PASANO:  OBJECTION, YOUR HONOR, AND MOVE TO

19   STRIKE.

20           THE COURT:  SUSTAINED.

21   BY MR. NEIMAN:

22   Q.   DID MAURICIO COHEN, FROM YOUR OBSERVATIONS, ALWAYS SEEM TO

23   BE THE ONE IN CONTROL AT FLATOTEL?

24           MR. PASANO:  OBJECTION.  LEADING, YOUR HONOR.

25           THE COURT:  REFRAIN FROM LEADING THE WITNESS.

1           MR. NEIMAN:  HIT ONE OF THOSE WALLS, YOUR HONOR.

2    BY MR. NEIMAN:

3    Q.  WHILE IN PARIS DID YOU EVER MEET AN INDIVIDUAL NAMED

4    ALLEGRA AICH?

5    A.  ALLEGRA, YES.  YES, I DID KNOW HIM.

6    Q.  HIM OR HER?

7    A.  HER.

8    Q.  HOW DO YOU KNOW ALLEGRA AICH?

9    A.  ALLEGRA AICH WAS MAURICIO COHEN'S EMPLOYEE.  BESIDES BEING

10   MY SISTER'S AND -- BESIDES BEING A DISTANT RELATIVE OF MY

11   SISTER AND ME.

12   Q.  WHEN YOU SAY DISTANT, WHAT DO YOU MEAN; HOW DISTANT?

13   A.  SHE IS A VERY DISTANT COUSIN.  SHE IS THE DAUGHTER OF ONE

14   OF MY MOTHER'S COUSINS.

15   Q.  DO YOU KNOW WHAT MISS AICH DID FOR WORK?

16   A.  NOT EXACTLY.  I KNEW SHE WORKED WITH MAURICIO COHEN.

17   Q.  DO YOU KNOW AN ALBERT ISRAEL?

18   A.  YES, SIR.

19   Q.  WHO IS ALBERT ISRAEL?

20   A.  MAURICIO'S EMPLOYEE.

21   Q.  DO YOU KNOW A ROBERT -- LET ME ASK A DIFFERENT QUESTION.

22          DO YOU KNOW WHAT ALBERT ISRAEL DID FOR MAURICIO COHEN?

23   A.  NO, SIR.

24   Q.  DO YOU KNOW A ROBERT MARABOUEF, M-A-R-A-B-O-U-E-F?

25   A.  YES, SIR.

```
 1  Q.  WHO IS ROBERT MARABOUEF?

 2  A.  ALSO AN EMPLOYEE OF MR. MAURICIO COHEN.

 3  Q.  DID MAURICIO COHEN HAVE A PERSONAL SECRETARY IN PARIS?

 4  A.  YES, SIR.

 5  Q.  WHAT WAS HER NAME?

 6  A.  JOELLE.

 7  Q.  DO YOU REMEMBER HER LAST NAME?

 8  A.  JOELLE HABIB.

 9  Q.  AND DO YOU KNOW WHAT, AS MAURICIO COHEN'S PERSONAL

10  SECRETARY, JOELLE HABIB DID?

11  A.  SHE WAS HIS PERSONAL SECRETARY.  I IMAGINE SHE WAS IN

12  CHARGE OF HIS BUSINESS -- CORRECTION, HIS MATTERS.

13  Q.  DID JOELLE HABIB HAVE A SISTER?

14  A.  YES, SIR.

15  Q.  WHAT WAS HER NAME?

16  A.  PATRICIA.

17  Q.  DO YOU KNOW PATRICIA?

18  A.  YES, SIR.

19  Q.  HOW DO YOU KNOW PATRICIA?

20  A.  SHE WAS INTRODUCED TO ME BY MAURICIO COHEN.

21  Q.  DID YOU EVER HAVE A RELATIONSHIP WITH PATRICIA?

22  A.  YES, SIR.

23  Q.  DID THAT RELATIONSHIP CAUSE A STRAIN OR ANY PROBLEMS

24  BETWEEN YOU AND MAURICIO AND LEON COHEN?

25  A.  NO, NOT AT ALL.
```

 1  Q.  YOU MENTIONED EARLIER THAT YOU HAD AN ACCOUNT AT HSBC IN

 2  THE NAME OF SEASHORE FINANCE.  DO YOU RECALL THAT?

 3  A.  YES, SIR.

 4  Q.  WHO WAS THE BENEFICIAL OWNER OF THE ACCOUNT AT HSBC IN THE

 5  NAME OF SEASHORE?

 6  A.  THE BENEFICIAL OWNERS ARE MY FOUR CHILDREN WITH EACH ONE

 7  WITH 25 PERCENT PARTICIPATION.

 8  Q.  IF I CAN SHOW YOU WHAT'S BEEN MARKED AS GOVERNMENT'S

 9  EXHIBIT 217.

10          THE COURT:  I AM SORRY, THE EXHIBIT NUMBER AGAIN?

11          MR. NEIMAN:  217, YOUR HONOR.

12          THE COURT:  THANK YOU.

13          MR. NEIMAN:  AND 155-B I'M ALSO GOING TO APPROACH

14  WITH.

15          THE COURT:  155-B AS IN BRAVO.

16  BY MR. NEIMAN:

17  Q.  IF YOU COULD LOOK AT GOVERNMENT EXHIBIT 217.  AND WHAT IS

18  GOVERNMENT EXHIBIT 217?

19  A.  IT'S A BENEFICIAL OWNERSHIP LETTER.

20  Q.  WHERE WAS SEASHORE FINANCED INCORPORATED?

21  A.  BRITISH VIRGIN ISLAND.

22  Q.  WHY DO YOU HAVE AN ACCOUNT IN THE NAME OF A COMPANY

23  INCORPORATED IN THE BRITISH VIRGIN ISLANDS?

24  A.  WELL, WE CANNOT HAVE ACCOUNTS IN DOLLARS IN VENEZUELA.  AND

25  MY WIFE AND I HAD DECIDED A LONG TIME AGO THAT WE WERE GOING TO

1  GIVE OUR ASSETS TO OUR CHILDREN WHILE WE WERE STILL ALIVE.  AND

2  THAT'S WHY WE OBTAINED THAT VEHICLE, IN ORDER TO DO THIS.

3  Q.  ARE YOU OBLIGATED TO REPORT THE INCOME EARNED ON THIS

4  SEASHORE FINANCE ACCOUNT IN THE UNITED STATES ON YOUR

5  VENEZUELAN TAX RETURN?

6  A.  THE VENEZUELAN LEGISLATION FORCE US VENEZUELAN CITIZENS TO

7  REPORT DIVIDENDS THAT ARE EARNED OVERSEAS.  SEASHORE NEVER MADE

8  A DISTRIBUTION OF DIVIDENDS, SO WE WERE NEVER -- WE NEVER HAD

9  TO REPORT THAT INCOME.

10       NEVERTHELESS, THE PEOPLE WHO SHOULD REPORT THAT SHOULD

11  BE MY CHILDREN AND NOT I.

12  Q.  DO YOU KNOW WHETHER OR NOT VENEZUELAN LAW IS THE SAME AS

13  UNITED STATES LAW?

14  A.  NO, SIR.

15  Q.  LOOKING AT GOVERNMENT EXHIBIT 217, AND IF WE COULD LOOK AT

16  THE BOTTOM THIRD, PLEASE.  IS THAT YOUR SIGNATURE?

17  A.  YES, SIR.

18  Q.  IS SEASHORE FINANCE A REGISTERED OR A BEARER SHARER

19  COMPANY?

20  A.  REGISTERED.

21  Q.  DO YOU KNOW WHAT A BEARER SHARER CORPORATION IS?

22  A.  IT IS A CORPORATION -- IT IS A CORPORATION WITH BEARER

23  SHARES.

24  Q.  AND DO YOU KNOW WHAT BEARER SHARERS ARE?

25  A.  IT'S I IMAGINE THAT WHOEVER HOLDS THOSE SHARES IS THE OWNER

 1   OF THE CORPORATION.

 2   Q.  WHY DO YOU USE A REGISTERED CORPORATION FOR SEASHORE VERSUS

 3   A BEARER SHARER CORPORATION?

 4   A.  FOR THE SAME REASON I EXPLAINED BEFORE, BECAUSE WE WANTED

 5   TO GIVE ALL OF OUR ASSETS TO OUR CHILDREN WHILE WE WERE STILL

 6   ALIVE IN CASE ANYTHING SHOULD HAPPEN TO US.

 7   Q.  IF WE CAN LOOK AT THE SECOND PAGE OF GOVERNMENT EXHIBIT

 8   217.

 9        WHAT BOX IS CHECKED NEXT TO SEASHORE FINANCE WHERE IT

10   SAYS BEARER OR REGISTERED?

11   A.  BEARER.

12   Q.  IS THAT CORRECT?

13   A.  THAT WAS A MISTAKE OF WHOEVER FILLED THIS PAGE.

14   Q.  IS THAT YOUR SIGNATURE AT THE BOTTOM?

15   A.  YES, SIR.

16   Q.  WHY DID YOU SIGN THE FORM IF THERE WAS A MISTAKE?

17   A.  THE TRUTH IS I DIDN'T PAY ATTENTION.

18   Q.  IF YOU COULD LOOK AT GOVERNMENT EXHIBIT 155-B.  DID YOU

19   PROVIDE HSBC WITH THE ACTUAL REGISTERED SHARES OF SEASHORE

20   FINANCE CORP?

21   A.  YES.

22   Q.  IS THAT WHAT'S CONTAINED IN GOVERNMENT EXHIBIT 155-B?

23   A.  YES.

24   Q.  WHO MADE THE INVESTMENT DECISIONS ON YOUR HSBC BANK

25   ACCOUNTS?

1  A.  ME.  MYSELF.

2  Q.  AND HOW WOULD YOU COMMUNICATE THOSE DECISIONS TO HSBC?

3  A.  IN THREE WAYS.  BY PHONE, EXECUTIVES FROM THE BANK WOULD

4  VISIT ME IN VENEZUELA, AND I WOULD VISIT THE BANK IN NEW YORK.

5       MR. NEIMAN:  YOUR HONOR, THE UNITED STATES WOULD MOVE

6  INTO EVIDENCE GOVERNMENT'S EXHIBITS 251, 252, 253, AND 254,

7  WHICH ARE NEW ADDITIONS TO THE EXHIBIT LIST, AND I WILL EXPLAIN

8  AT A BREAK IF THAT'S OKAY WITH YOUR HONOR.

9       THE COURT:  ANY OBJECTION?

10       MR. PASANO:  NO OBJECTION TO THE DOCUMENTS, YOUR

11  HONOR.

12       THE COURT:  GOVERNMENT'S TWO FIVE ONE, TWO FIVE TWO,

13  TWO FIVE THREE, AND TWO FIVE FOUR ARE IN EVIDENCE.

14       [GOVERNMENT'S EXHIBITS 251, 252, 253, AND 254 WERE

15  MARKED AND RECEIVED IN EVIDENCE].

16  BY MR. NEIMAN:

17  Q.  IF YOU COULD TAKE A MOMENT, MR. LEVY, AND PLEASE LOOK AT

18  GOVERNMENT'S EXHIBITS 251, 252, 253 AND 254.

19  A.  YES.

20  Q.  WHAT ARE GOVERNMENT EXHIBITS 251, 2 -- WHAT ARE

21  GOVERNMENT'S EXHIBIT 251.  WE'LL START ONE AT A TIME.

22  A.  THIS IS AN ORDER I'M GIVING TO THE BANK TO ISSUE A CHECK

23  FOR TWO THOUSAND DOLLARS TO MY SON JOSEPH LEVY.

24  Q.  IS THIS AN EXAMPLE OF YOU TELLING THE BANK WHAT TO DO WITH

25  YOUR HSBC ACCOUNT?

 1 A.  YES, SIR.  THE BANK ALWAYS REQUIRED OF ME A WRITTEN

 2 CONFIRMATION.

 3 Q.  AND IS THAT YOUR SIGNATURE?

 4 A.  YES, SIR.

 5 Q.  WHY DID YOU SIGN THIS YOURSELF?

 6 A.  I DON'T KNOW IF THIS IS FROM MY PERSONAL ACCOUNT.  IF IT'S

 7 FROM MY PERSONAL ACCOUNT, I WAS ABLE TO GET FROM THIS MONEY TO

 8 USE IT.

 9 Q.  AND WHAT IS GOVERNMENT EXHIBIT 252?

10 A.  THIS IS A CANCELLATION ORDER OF A LOAN.

11 Q.  IS THAT YOUR SIGNATURE?

12 A.  YES, SIR.

13 Q.  IS THIS ANOTHER EXAMPLE OF YOU COMMUNICATING WITH THE BANK

14 ABOUT YOUR HSBC ACCOUNT?

15 A.  YES, SIR.

16 Q.  AND CAN THE SAME BE SAID FOR GOVERNMENT EXHIBITS 253 AND

17 254?

18 A.  EXACTLY THE SAME.

19         THE COURT:  ARE 253 AND 254 ALSO CANCELLATION ORDERS?

20         THE WITNESS:  THE 53 IS AN ORDER TO ISSUE A CHECK.

21 AND THE 54 IS A TRANSFER ORDER.

22         THE COURT:  THANK YOU VERY MUCH.

23         MR. NEIMAN:  AND, YOUR HONOR, THE UNITED STATES WOULD

24 ALSO MOVE INTO EVIDENCE GOVERNMENT EXHIBIT 267, WHICH ARE HSBC

25 RECORDS OF SEASHORE FINANCE.

```
 1              THE COURT:  JUST 257?

 2              MR. NEIMAN:  267, YOUR HONOR.

 3              THE COURT:  TWO SIX SEVEN.

 4              MR. NEIMAN:  IT'S A COMPOSITE.

 5              MR. PASANO:  NO OBJECTION, YOUR HONOR.

 6              THE COURT:  JUST A MOMENT.  IS THAT A NEW EXHIBIT?

 7              MR. NEIMAN:  IT IS, YOUR HONOR.

 8              THE COURT:  ALL RIGHT.  TWO SIX SEVEN IS IN EVIDENCE.

 9              [GOVERNMENT'S EXHIBIT 267 WAS MARKED AND RECEIVED IN

10    EVIDENCE].

11              THE COURT:  THIS IS A COMPOSITE EXHIBIT OF BANK

12    RECORDS?

13              MR. NEIMAN:  HSBC NEW YORK BANK RECORDS OF SEASHORE

14    FINANCE?

15              THE COURT:  THANK YOU.

16    BY MR. NEIMAN:

17    Q.  MR. LEVY, DID THERE COME A TIME WHEN MAURICIO COHEN LEFT

18    PARIS?

19    A.  YES, SIR.

20    Q.  APPROXIMATELY WHEN?

21    A.  IT'S HARD TO REMEMBER, BUT AROUND THE YEAR 2000, 2001.

22    Q.  AND WHERE DID HE MOVE?

23    A.  TO MIAMI.

24    Q.  WHO DID HE MOVE WITH?

25    A.  WITH HIS WIFE.
```

1  Q.  DID MAURICIO COHEN EVER TELL YOU WHY HE LEFT PARIS AND WAS

2  MOVING TO MIAMI?

3  A.  YES, SIR.

4  Q.  WHAT DID HE SAY?

5  A.  HE SAID HE DIDN'T FEEL COMFORTABLE IN PARIS, BECAUSE HE

6  SAID THERE WAS ANTI-SEMITISM IN FRANCE.

7  Q.  DID HE MENTION ANYTHING ABOUT HIS BUSINESSES IN PARIS?

8  A.  NO, HE DIDN'T MENTION ANYTHING ABOUT HIS BUSINESSES.

9          THE COURT:  AND I AM SORRY, BUT MR. LEVY, WHEN DID

10  MR. MAURICIO COHEN LEAVE FRANCE?

11          THE WITNESS:  I DON'T REMEMBER EXACTLY.  I DON'T KNOW

12  ABOUT HIS MOVING, BUT IT WAS AROUND THE YEAR 2000, 2001.

13          THE COURT:  THANK YOU.

14  BY MR. NEIMAN:

15  Q.  DID YOU COME TO VISIT MAURICIO COHEN'S RESIDENCE IN MIAMI?

16  A.  YES, SIR.

17  Q.  WHERE WAS IT LOCATED?

18  A.  AT FISHER ISLAND IN MIAMI.

19  Q.  HOW MANY TIMES HAVE YOU VISITED THE RESIDENCE AT FISHER

20  ISLAND?

21  A.  SEVERAL TIMES.

22  Q.  WHAT DID IT LOOK LIKE?

23  A.  AS ALL THE HOUSES IN FISHER ISLAND, LUXURIOUS.

24  Q.  HOW BIG WAS IT?

25  A.  IT WAS QUITE LARGE.  IT WOULD HAVE SEVEN THOUSAND TO EIGHT

1   THOUSAND SQUARE FEET APPROXIMATELY.

2   Q.  DID IT HAVE A VIEW?

3   A.  IT WAS RIGHT BY THE SEA.

4   Q.  HOW WAS IT DECORATED?

5   A.  IN A VERY LUXURIOUS WAY.

6   Q.  HOW DID IT COMPARE TO MAURICIO COHEN AND YOUR SISTER'S HOME

7   IN PARIS?

8   A.  IN THE SAME CATEGORY.

9   Q.  DO YOU KNOW WHETHER OR NOT MAURICIO COHEN HAD HOMES

10  ANYWHERE OTHER THAN PARIS AND FISHER ISLAND?

11  A.  THE ONE IN NEW YORK.

12  Q.  ANYWHERE ELSE?

13  A.  NO.

14  Q.  DOES MAURICIO COHEN HAVE A RESIDENCE IN SPAIN?

15  A.  YES, SIR.

16  Q.  WHAT DOES THE SPAIN RESIDENCE LOOK LIKE?

17          ONLY IF YOU HAVE BEEN THERE.  IF YOU HAVEN'T BEEN

18  THERE, PLEASE LET ME KNOW.

19  A.  I HAVE BEEN THERE.

20  Q.  CAN YOU PLEASE DESCRIBE THE SPAIN RESIDENCE.

21  A.  IT'S ALSO VERY LUXURIOUS.

22  Q.  HOW BIG IS IT?

23  A.  VERY BIG.

24  Q.  DID MAURICIO COHEN EVER TELL YOU THE HISTORY OF THE HOME IN

25  SPAIN?

1  A.  YES, SIR.

2  Q.  WHAT DID HE SAY?

3  A.  THAT WAS A HOUSE THAT USED TO BELONG TO A VENEZUELAN

4  DICTATOR CALLED PEREZ JIMENEZ.

5  Q.  IF I CAN SHOW YOU WHAT'S BEEN MARKED AS GOVERNMENT EXHIBIT

6  127.

7           THE COURT:  127?

8           MR. NEIMAN:  YES, YOUR HONOR.  I BELIEVE THAT IS IN

9  EVIDENCE.

10          THE COURT:  YES.  THAT'S FINE.

11  BY MR. NEIMAN:

12  Q.  IF YOU COULD TAKE A LOOK AT THE PICTURES IN GOVERNMENT

13  EXHIBIT 127.

14  A.  YES, SIR.

15  Q.  WHAT ARE THE PICTURES, OR WHAT IS CONTAINED WITHIN

16  GOVERNMENT EXHIBIT 127?

17  A.  THIS IS MAURICIO COHEN'S HOME IN FISHER ISLAND.

18  Q.  AND LOOKING AT THE FIRST PICTURE, WHAT IS THIS IN THE FIRST

19  PICTURE?

20  A.  THIS IS THE ENTRANCE HALL AND THE LIVING ROOM I BELIEVE.

21  Q.  IF WE CAN LOOK AT THE NEXT PICTURE, PLEASE.  WHAT IS THE

22  NEXT PICTURE?

23  A.  IT'S ALSO PART OF MR. MAURICIO COHEN'S HOUSE ON FISHER

24  ISLAND.

25  Q.  HOW ABOUT THE THIRD PICTURE, PLEASE?

1  A.  THE SAME.

2  Q.  AND THE FOURTH PICTURE?

3  A.  MR. COHEN'S BEDROOM IN FISHER ISLAND.

4  Q.  IS THERE ANOTHER -- IS THERE A FIFTH PICTURE?

5  A.  YES.

6  Q.  WHAT IS CONTAINED IN THE NEXT PICTURE?

7  A.  IT IS A BATHROOM, BUT I NEVER SAW IT.

8  Q.  AND THE -- IS THERE ANOTHER ONE?  I'M SORRY, HOW MANY MORE?

9  A.  IT'S THE DINING ROOM AT MR. COHEN'S HOUSE.

10  Q.  AND WHAT IS THE LAST PICTURE IN GOVERNMENT EXHIBIT 127?

11  A.  I BELIEVE IT'S THE KITCHEN AT MR. COHEN'S HOUSE.

12  Q.  DO YOU KNOW WHAT KIND OF CAR MAURICIO COHEN DROVE ON FISHER

13  ISLAND, OR WHEN HE LIVED IN MIAMI?

14  A.  I ONLY SAW HIM WITH ONE CAR.

15  Q.  AND WHAT CAR DID HE DRIVE?

16  A.  A BENTLEY.

17  Q.  DID THERE COME A TIME WHEN MAURICIO COHEN AND YOUR SISTER

18  LEFT MIAMI AND FISHER ISLAND, AND YOUR SISTER LEFT MIAMI?

19  A.  YES, SIR.

20  Q.  WHEN WAS THAT APPROXIMATELY?

21  A.  2008, 2009.  2008, YES.

22  Q.  DID MAURICIO COHEN TELL YOU WHY HE WAS LEAVING SOUTH

23  FLORIDA?

24  A.  NO, SIR.

25  Q.  WHERE DID HE MOVE TO?

1  A.  TO MADRID.

2  Q.  FROM ABOUT 2000, 2001, UNTIL 2008, 2009, DID YOU KNOW YOUR

3  SISTER AND MAURICIO COHEN TO LIVE ANYWHERE OTHER THAN SOUTH

4  FLORIDA?

5  A.  I COULDN'T TELL YOU EXACTLY OR RESPOND TO THAT QUESTION,

6  BECAUSE I WOULD TALK TO THEM ON THE PHONE AND I DIDN'T KNOW

7  EXACTLY WHERE THEY WERE MOVING ABOUT.

8  Q.  DID YOU EVER VISIT THEM IN ANY HOMES OTHER THAN THE FISHER

9  ISLAND HOME FROM 2000 TO 2008?

10  A.  I DON'T REMEMBER.

11  Q.  IF I CAN HAND YOU WHAT'S BEEN MARKED AS GOVERNMENT EXHIBIT

12  123.  123 I BELIEVE IS IN EVIDENCE.

13       DO YOU RECOGNIZE THE HANDWRITING ON GOVERNMENT EXHIBIT

14  123?

15  A.  YES, IT'S MR. COHEN'S HANDWRITING.

16  Q.  MAURICIO COHEN'S HANDWRITING?

17  A.  YES, MAURICIO COHEN.

18  Q.  AND LOOKING AT THE BOTTOM LEFT, THE VERY BOTTOM, DOES THIS

19  DOCUMENT SAY NON-IMMIGRANT VISA APPLICATION?

20  A.  YES, SIR.

21  Q.  HAVE YOU EVER SEEN THIS DOCUMENT BEFORE?

22  A.  NEVER.

23  Q.  IF I COULD JUST DIRECT YOUR ATTENTION TO A FEW AREAS ON

24  THIS FORM.

25  A.  YES.

1  Q.  WHOSE NON-IMMIGRANT VISA APPLICATION IS THIS, IF YOU COULD

2  LOOK AT BOX NUMBER ONE, PLEASE.

3  A.  MAURICIO COHEN ASSOR.

4  Q.  AND IF WE COULD LOOK ON THE RIGHT SIDE -- KEEP GOING DOWN,

5  PLEASE, I'M SORRY.  JUST TO THE BOTTOM HALF OF THAT, PLEASE.

6        UNDER BOX 24 IT SAYS PRESENT OCCUPATION.  WHAT IS

7  LISTED?

8  A.  MYSELF.

9  Q.  WHAT IS LISTED IN THE BOX ABOVE THAT AS PRESENT OCCUPATION?

10  A.  INVESTOR.

11  Q.  AND IN BOX 25 IT SAYS, WHO WILL FURNISH FINANCIAL SUPPORT

12  INCLUDING TICKETS.  WHO IS LISTED?

13  A.  MYSELF.

14  Q.  AND BOX 26, WHAT IS THE ADDRESS LISTED?

15  A.  SEVEN TWO ONE THREE FISHER ISLAND DRIVE, FISHER ISLAND.

16  Q.  IS THAT THE ADDRESS YOU VISITED THAT WE JUST LOOKED AT THE

17  PICTURES FROM?

18  A.  YES, I BELIEVE SO.

19  Q.  GOING BACK UP TO BOX -- THE TOP QUADRANT, BOX NUMBER NINE.

20  IT SAYS HOME ADDRESS.  WHAT CITY IS LISTED AS THE HOME ADDRESS?

21  A.  MONTE CARLO, MONACO.

22  Q.  DO YOU KNOW WHETHER OR NOT YOUR SISTER AND MAURICIO COHEN

23  EVER LIVED IN MONTE CARLO, MONACO?

24  A.  I DON'T KNOW.

25  Q.  DID MAURICIO COHEN EVER TELL YOU WHY HE LISTED MONACO AS

1   HIS RESIDENCE?

2   A.   AT SOME POINT HE MENTIONED THAT HE WAS GOING TO BECOME A

3   RESIDENT OF MONACO, BECAUSE AT MONACO YOU DID NOT HAVE TO PAY

4   TAXES.

5   Q.   IF WE CAN TURN TO THE SECOND PAGE OF GOVERNMENT EXHIBIT

6   123.

7            DO YOU RECOGNIZE THE PHOTOGRAPH ON THE BOTTOM

8   RIGHT-HAND CORNER?

9   A.   YES.   IT'S THE PICTURE OF MAURICIO COHEN.

10  Q.   AND IN BOX 33, I'M SORRY -- IT READS IN BOX 33, PLEASE LIST

11  THE COUNTRIES WHERE YOU HAVE LIVED FOR MORE THAN SIX MONTHS

12  DURING THE LAST FIVE YEARS.   BEGIN WITH YOUR PRESENT RESIDENCE.

13  A.   IT SAYS MONTE CARLO, MONACO.

14  Q.   AND WHAT IS LISTED AS THE APPROXIMATE DATES ON THE FAR

15  RIGHT-HAND SIDE?

16  A.   1995, RIGHT?

17  Q.   IF THAT'S WHAT THE DOCUMENT SAYS.

18  A.   YES.

19  Q.   AND LOOKING AT THE SIGNATURE, WHAT IS THE DATE?

20  A.   JUNE 4TH, 2001.

21  Q.   AND I KNOW THE PRINT IS SMALL, BUT DOES IT NOT SAY IN BOX

22  35 I CERTIFY THAT I HAVE READ AND UNDERSTOOD ALL THE QUESTIONS

23  SET FORTH IN THIS APPLICATION, AND THE ANSWERS I HAVE FURNISHED

24  ON THIS FORM ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

25  AND BELIEF.

```
 1            I UNDERSTAND THAT ANY FALSE OR MISLEADING STATEMENT
 2   MAY RESULT IN A PERMANENT REFUSAL OF A VISA OR DENIAL OF ENTRY
 3   INTO THE UNITED STATES.
 4            AND THEN IT CONTINUES ON AND IT SAYS, I UNDERSTAND
 5   THAT POSSESSION OF A VISA DOES NOT ENTITLE THE BEARER TO ENTER
 6   THE UNITED STATES OF AMERICA UPON ARRIVAL AT PORT OF ENTRY IF
 7   HE OR SHE IS FOUND INADMISSIBLE.  IS THAT WHAT BOX 35 SAYS?
 8   A.  YES.  YES, SIR.
 9   Q.  THEN UNDERNEATH THE SIGNATURE THERE'S A LINE THAT SAYS
10   SIGNATURE OF PERSON PREPARING FORM, AND THEN IN PARENS IT SAYS,
11   IF OTHER THAN APPLICANT.  DO YOU SEE THAT?
12   A.  THE FORM WAS FILLED BY MR. MAURICIO.
13   Q.  IS THERE ANY NAME UNDERNEATH MAURICIO'S NAME AS SOMEONE WHO
14   FILLED OUT THIS FORM ON HIS BEHALF?
15   A.  NO.
16   Q.  DID MAURICIO COHEN EVER TELL YOU WHETHER OR NOT HE OWNED A
17   HOME IN MONACO?
18   A.  YES, SIR.
19   Q.  WHAT DID HE SAY?
20   A.  THAT HE HAD AN APARTMENT IN MONACO.
21   Q.  DID YOU EVER VISIT THE APARTMENT IN MONACO?
22   A.  NEVER.
23   Q.  I'M GOING TO HAND YOU WHAT'S BEEN MARKED AS GOVERNMENT
24   EXHIBIT 124.  IF WE CAN PUBLISH JUST THE FRONT PAGE, PLEASE.
25            IF WE CAN ACTUALLY PUBLISH THE SECOND PAGE, PLEASE.
```

1  I'M SORRY.

2           ON THE SECOND PAGE DOES IT SAY ON THE TOP RIGHT-HAND

3  CORNER APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST

4  STATUS?

5  A.  YES, SIR.

6  Q.  AND WHO IS THE APPLICANT UNDERNEATH THAT?

7  A.  MAURICIO COHEN ASSOR.

8  Q.  AND IF I COULD PLEASE DIRECT YOUR ATTENTION TO -- IT'S THE

9  PAGE NUMBER THAT YOU SEE AT THE BOTTOM, IT SAYS PAGE NUMBERS?

10  A.  YES.

11  Q.  PAGE NUMBER 10 OF 83.  DO YOU HAVE A BETTER COPY THAN WHAT

12  WE'RE SEEING ON THE SCREEN?

13           THE COURT:  WHY DON'T YOU HELP THE WITNESS.

14  BY MR. NEIMAN:

15  Q.  ARE YOU ABLE TO MAKE OUT FEATURES ON THE COPY YOU HAVE?

16  A.  I CANNOT SEE IT QUITE WELL.

17  Q.  HOW ABOUT ON THE NEXT PAGE?

18  A.  IT SEEMS TO BE MAURICIO COHEN, BUT I COULD NOT GUARANTEE

19  IT.

20  Q.  OKAY.  LET'S LOOK AT PAGE WHAT'S LABELED 13 AT THE BOTTOM.

21  A.  YES.

22  Q.  IT SAYS FAMILY NAME MAURICIO GIVEN NAME COHEN ASSOR; IS

23  THAT CORRECT?

24  A.  YES, SIR.

25  Q.  AND THE ADDRESS LISTED, IS IT 7213 FISHER ISLAND BOULEVARD?

1  A.  YES, SIR.

2  Q.  IS THAT THE SAME ADDRESS THAT WE LOOKED AT BEFORE ON

3  GOVERNMENT EXHIBIT 123 AND THAT YOU HAD VISITED MAURICIO COHEN

4  AT?

5  A.  YES, SIR.

6  Q.  AND IF WE COULD COME BACK TO THE FULL DOCUMENT ON THE

7  BOTTOM RIGHT-HAND CORNER, IS THERE AN APPROVED STAMP?

8  A.  YES.

9  Q.  AND WHAT IS THE DATE ON THAT STAMP?

10  A.  OCTOBER 6, 2005.

11  Q.  AND THEN IF WE COULD LOOK AT THE PAGE NUMBERED 17 AT THE

12  BOTTOM.  IF WE CAN BLOW UP THE SIGNATURE, PLEASE.

13          DO YOU RECOGNIZE THAT SIGNATURE?

14  A.  YES, SIR.

15  Q.  WHOSE SIGNATURE IS THAT?

16  A.  IT'S MAURICIO COHEN'S SIGNATURE.

17  Q.  AND WHAT IS THE DATE?

18  A.  12/6/04.

19  Q.  IF WE CAN PLEASE BACK OUT OF THE DOCUMENT AND SHOW THE TOP

20  THIRD.  ACTUALLY WE JUST BLOW UP THE APPLICANT'S RESIDENCE FOR

21  THE LAST FIVE YEARS.

22          DO YOU SEE IT SAYS APPLICANT'S RESIDENCE LAST FIVE

23  YEARS, LIST PRESENT ADDRESS FIRST?

24  A.  YES.  YES, SIR.

25  Q.  AND WHAT IS THE -- IS THE ADDRESS LISTED 7213 FISHER ISLAND

1  BOULEVARD, FISHER ISLAND FLORIDA FROM THE USA FROM JUNE 2001 TO

2  PRESENT TIME?

3  A.  YES, SIR.

4  Q.  AND THEN IT'S LISTED FOR A MONACO ADDRESS FROM NOVEMBER

5  1999 UNTIL JUNE 2001; IS THAT CORRECT?

6  A.  YES, SIR.

7  Q.  AND IF WE CAN JUST GO BELOW THIS SECTION.  WHAT IS LISTED

8  AS THE FULL NAME AND ADDRESS OF EMPLOYER?

9  A.  AMERICAN LEISURE RESORT, FISHER ISLAND, FLORIDA.

10  Q.  AND WHAT IS THE OCCUPATION LISTED?

11  A.  FINANCIAL MANAGER.

12  Q.  AND FROM WHAT YEAR TO WHEN?

13  A.  NOVEMBER 2001 TO THE PRESENT TIME.

14        MR. NEIMAN:  YOUR HONOR, IF I MAY HAVE JUST A QUICK

15  MOMENT?

16        THE COURT:  YOU MAY.

17        MR. NEIMAN:  THANK YOU.

18  BY MR. NEIMAN:

19  Q.  HAVE YOU EVER -- LET ME ASK A DIFFERENT QUESTION.

20        DO YOU KNOW WHERE LEON COHEN LIVED BEGINNING AROUND

21  2000?

22  A.  I DON'T REMEMBER.

23  Q.  DID THERE COME A TIME WHEN YOU KNEW LEON COHEN TO LIVE IN

24  SOUTH FLORIDA?

25  A.  YES, SIR.

 1 | Q.  APPROXIMATELY WHEN DID YOU LEARN THAT HE WAS LIVING IN

 2 | SOUTH FLORIDA?

 3 | A.  I DON'T REMEMBER.

 4 | Q.  I'M GOING TO HAND YOU WHAT'S BEEN MARKED AS GOVERNMENT

 5 | EXHIBIT 125.

 6 |         MR. NEIMAN:  IF I MAY APPROACH THE WITNESS ONE MORE

 7 | TIME, YOUR HONOR?

 8 | BY MR. NEIMAN:

 9 | Q.  IF YOU CAN TURN TO PLEASE PAGE 4.

10 | A.  YES.

11 | Q.  I'M SORRY.  WHAT DOES THE TOP RIGHT-HAND CORNER SAY; DOES

12 | THAT SAY APPLICATION FOR NATURALIZATION?

13 | A.  YES, SIR.

14 | Q.  AND WHOSE APPLICATION IS THIS?

15 | A.  HERE IT SAYS LEON COHEN LEVY.

16 | Q.  AND IF YOU CAN BACK OUT IN THE FULL DOCUMENT, IS THERE A

17 | STAMP THAT SAYS APPROVED?

18 | A.  YES, SIR.

19 | Q.  AND WHAT IS THE DATE?

20 | A.  MAY 6, 2003.

21 | Q.  AND IF WE COULD LOOK AT THE FIRST PAGE, PLEASE.  IF WE

22 | COULD LOOK AT THE TOP.  IS THIS DOCUMENT TITLED CERTIFICATE OF

23 | NATURALIZATION?

24 | A.  YES, SIR.

25 |         THE COURT:  WHAT PAGE IS THAT?

 1              MR. NEIMAN:  IT'S PAGE 2 OF GOVERNMENT EXHIBIT 124.

 2  125, YOUR HONOR, I'M SORRY.

 3              THE COURT:  THANK YOU.

 4  BY MR. NEIMAN:

 5  Q.  AND FOR WHOM IS THIS CERTIFICATE OF NATURALIZATION?

 6  A.  FOR LEON COHEN LEVY.

 7  Q.  IF WE COULD PLEASE LOOK AT PAGE 3.  WHAT IS LISTED AS THE

 8  ADDRESS OF LEON COHEN LEVY?

 9  A.  5930 NORTH BAY ROAD, MIAMI BEACH.

10  Q.  AND IF WE COULD LOOK AT PAGE 6, PLEASE.  IF WE COULD LOOK

11  AT THE -- PART SIX, NUMBER A, WHERE HE LIVED.  DOES IT NOT

12  SAY -- PART SIX, QUESTION A, DOES IT SAY WHERE HAVE YOU LIVED

13  DURING THE LAST FIVE YEARS?

14              BEGIN WITH WHERE YOU LIVE NOW, AND THEN LIST EVERY

15  PLACE YOU LIVED FOR THE LAST FIVE YEARS.

16  A.  YES, SIR.

17  Q.  WHAT IS LISTED AS THE FIRST ENTRY?

18  A.  4304 FISHER ISLAND DRIVE, MIAMI.

19  Q.  I THINK YOU'RE LOOKING AT A DIFFERENT PART, MR. LEVY.

20              HAVE YOU SEEN THESE DOCUMENTS BEFORE?

21  A.  NEVER.

22  Q.  IF WE COULD LOOK AT --

23              THE COURT:  SHOW THE WITNESS.

24  BY MR. NEIMAN:

25  Q.  DOES IT NOT LIST UNDERNEATH PART SIX, QUESTION A, CURRENT

 1  HOME ADDRESS SAME AS PART FOUR-A?

 2  A.  CAN YOU REPEAT THAT, PLEASE.

 3       THE COURT:  THE QUESTION IS:  IS THAT WHAT IT READS,

 4  IS THAT HOW IT READS.

 5       READ IT AGAIN FOR HIM, MADAM INTERPRETER.

 6       IS THAT HOW IT READS.

 7       THE WITNESS:  IT SAYS 135 WEST 52ND STREET, NEW YORK,

 8  NEW YORK.

 9  BY MR. NEIMAN:

10  Q.  AND RIGHT ABOVE IT DOES IT SAY CURRENT HOME ADDRESS, SAME

11  AS PART FOUR-A?

12  A.  YES.

13  Q.  AND IF WE LOOK AT PART FOUR-A, WHICH IS ON THE PREVIOUS

14  PAGE, DOES IT SAY 5930 NORTH BAY ROAD?

15  A.  YES, SIR.

16  Q.  AND GOING BACK TO THE NEXT -- THE PREVIOUS PAGE, WHAT DOES

17  IT LIST AS HIS PREVIOUS ADDRESS OTHER THAN 5930 NORTH BAY ROAD?

18  A.  135 WEST 52ND STREET, NEW YORK, NEW YORK.

19  Q.  DO YOU KNOW WHAT THE ADDRESS OF THE FLATOTEL IN NEW YORK

20  WAS?

21  A.  NO, SIR.

22  Q.  AND WHAT ARE THE DATES LISTED AS TO WHEN MR. COHEN RESIDED

23  AT 135 WEST 52ND STREET; DOES IT SAY MAY 1991 THROUGH FEBRUARY

24  OF 2000?

25  A.  YES, SIR.

1  Q.  HAVE YOU EVER BEEN TO LEON COHEN'S HOUSE IN SOUTH FLORIDA?

2  A.  YES, ON TWO OCCASIONS.

3  Q.  WHAT DID IT LOOK LIKE?

4  A.  A BIG HOUSE.

5  Q.  CAN YOU DESCRIBE IT IN A LITTLE MORE DETAIL, PLEASE?

6  A.  IT'S A BIG HOUSE WITH BIG GARDENS, PRETTY LUXURIOUS.

7  Q.  WHERE WAS IT LOCATED?

8  A.  I DON'T REMEMBER THE ADDRESS.

9  Q.  I'M GOING TO HAND YOU WHAT'S BEEN MARKED AS GOVERNMENT'S

10  EXHIBITS 126.

11          WHAT IS GOVERNMENT'S EXHIBIT 126?

12  A.  LEON COHEN'S HOUSE.

13  Q.  IF WE COULD LOOK AT THE SECOND PAGE, PLEASE.  WHAT IS THE

14  SECOND PAGE OF GOVERNMENT EXHIBIT 126, IF YOU KNOW?

15  A.  NO, I DON'T.

16  Q.  AND HOW ABOUT THE THIRD PAGE?

17  A.  I DON'T REMEMBER THAT EITHER.

18  Q.  AND THE FOURTH PAGE?

19  A.  NO, SIR, I DON'T REMEMBER.

20  Q.  AND THE NEXT PAGE?

21  A.  NO, SIR, I DON'T REMEMBER.

22  Q.  DO YOU KNOW WHAT KIND OF CARS LEON COHEN DROVE WHEN HE WAS

23  LIVING IN SOUTH FLORIDA?

24  A.  I SAW HIM ONLY IN ONE CAR.

25  Q.  AND WHAT WAS THE CAR YOU SAW HIM DRIVING?

 1 | A.  A PORSCHE.

 2 | Q.  DID YOU ATTEND LEA COHEN'S WEDDING?

 3 | A.  LEON COHEN IS NOT MARRIED.

 4 | Q.  LEA COHEN.

 5 | A.  YES, SIR.

 6 | Q.  SPELLED L-E-A.

 7 | A.  YES.  YES.

 8 | Q.  DID YOU ATTEND HER WEDDING IN SOUTH FLORIDA?

 9 | A.  YES, SIR.

10 | Q.  WHERE WAS IT?

11 | A.  AT LEON COHEN'S HOUSE.

12 | Q.  DO YOU KNOW WHETHER OR NOT LEON COHEN HAD A HELICOPTER?

13 | A.  NO.  WHAT I KNOW IS THAT LEON WAS A HELICOPTER PILOT.

14 | Q.  IF WE COULD CHANGE GEARS FOR A MOMENT.

15 |         DID YOU EVER HAVE A BANK ACCOUNT AT HSBC IN NEW YORK

16 | IN THE NAME OF A COMPANY NAMED WHITEBURY SHIPPING TIME-SHARING

17 | LIMITED?

18 | A.  NO, SIR.

19 | Q.  WHEN DID YOU FIRST HEAR ABOUT THE ACCOUNT AT HSBC IN THE

20 | NAME OF WHITEBURY?

21 | A.  WHEN MAURICIO COHEN ASSOR WAS ARRESTED.

22 | Q.  HAD YOU EVER HEARD OF THE ACCOUNT PRIOR TO THAT?

23 | A.  NO, SIR.

24 | Q.  IS THE MONEY IN THE WHITEBURY ACCOUNT YOURS?

25 | A.  NO.  NO, I CAN'T KNOW THAT, BECAUSE THAT ACCOUNT IS NOT

1   MINE.  I DON'T EVEN KNOW WHAT MONEY'S IN THERE.

2   Q.  DID YOU EVER GIVE MAURICIO COHEN MONEY TO PUT INTO A BANK

3   ACCOUNT IN THE NAME OF WHITEBURY?

4   A.  NO, SIR.

5   Q.  PRIOR TO READING ABOUT IT OR LEARNING ABOUT IT RECENTLY,

6   HAD ANYONE EVER DISCUSSED OR MENTIONED TO YOU A BANK ACCOUNT AT

7   HSBC IN THE NAME OF WHITEBURY?

8   A.  NO, NEVER.

9   Q.  DID YOU EVER GIVE DIRECTIONS TO MAURICIO COHEN HOW TO

10  INVEST THE MONEY IN THE WHITEBURY ACCOUNT?

11  A.  NO, SIR.

12  Q.  IN ANY ACCOUNT?

13  A.  NO, SIR.

14  Q.  DID MAURICIO COHEN EVER CONSULT WITH YOU ABOUT ANY DECISION

15  MAKING OR WHAT INVESTMENTS TO MAKE WITH REGARDS TO THE

16  WHITEBURY ACCOUNT?

17  A.  NO, SIR.

18  Q.  HOW ABOUT WITH REGARDS TO ANY ACCOUNT?

19  A.  NO ACCOUNT.

20  Q.  IF I CAN SHOW YOU WHAT'S BEEN MARKED AS GOVERNMENT'S

21  EXHIBIT 40.

22          THE COURT:  I AM SORRY, WHAT WAS THAT NUMBER?

23          MR. NEIMAN:  GOVERNMENT EXHIBIT 40.  I'M ALSO GOING TO

24  HAND HIM GOVERNMENT'S EXHIBITS 41, 42, AND 43.

25          THE COURT:  THANK YOU.

BY MR. NEIMAN:

Q.  IF YOU COULD PLEASE TAKE A LOOK AT GOVERNMENT EXHIBIT 40.

A.  YES, SIR.

Q.  DID YOU FILL OUT THIS CLIENT APPLICATION FOR WHITEBURY

SHIPPING AND TIME-SHARING?

A.  NO, SIR.

Q.  AND IF WE COULD LOOK AT THE BOTTOM THIRD, PLEASE.

A.  YES, SIR.

Q.  WHAT ARE THE NAMES LISTED ON THIS CLIENT APPLICATION?

A.  ALLEGRA AICH ACHOUR, MAURICIO COHEN ASSOR, SONIA LEVY

SIBONY, LEON COHEN LEVY, AND LEA COHEN LEVY.

Q.  AND DO YOU RECOGNIZE ANY OF THE SIGNATURES TO THE RIGHT?

A.  I RECOGNIZE MAURICIO COHEN'S SIGNATURE, AND SONIA LEVY

SIBONY'S SIGNATURE.

Q.  AND HOW ABOUT THE HANDWRITING IN WHICH THE NAMES ARE

PRINTED, DO YOU RECOGNIZE THAT?

A.  THAT'S MAURICIO COHEN'S HANDWRITING.

Q.  IS YOUR WIFE SARA LISTED ON THIS ACCOUNT?

A.  NO, SIR.

Q.  HOW ABOUT ANY OF YOUR FOUR CHILDREN, ARE THEY LISTED ON

THIS ACCOUNT?

A.  NO, SIR.

Q.  DOES MAURICIO COHEN HAVE ANY CHILDREN WHO ARE NOT LISTED ON

THIS ACCOUNT?

A.  NO, SIR.

1   Q.   IF I CAN DIRECT YOUR ATTENTION TO GOVERNMENT EXHIBIT 41.

2          DOES YOUR NAME APPEAR ON THE SIGNATURE CARD OF

3   WHITEBURY SHIPPING AND TIME-SHARING LIMITED?

4   A.   NO, SIR.

5   Q.   WHOSE NAMES ARE LISTED ON THE SIGNATURE CARD?

6   A.   ALLEGRA AICH ACHOUR AND MAURICIO COHEN ASSOR.

7   Q.   AND WHO IS ALLEGRA?

8   A.   ALLEGRA IS AN EMPLOYEE OF MR. COHEN.

9   Q.   DO YOU RECOGNIZE THE PRINT HANDWRITING OF THE NAMES TO THE

10  LEFT OF THE SIGNATURES?

11  A.   YES.

12  Q.   WHOSE HANDWRITING IS IT?

13  A.   THAT'S MAURICIO COHEN'S HANDWRITING.

14  Q.   IF WE CAN LOOK AT, PLEASE, THE SECOND PAGE OF THE SIGNATURE

15  CARD, WHICH IS GOVERNMENT EXHIBIT 41.  WHO ARE THE THREE

16  ADDITIONAL NAMES LISTED AS HAVING SIGNATORY AUTHORITY OVER THE

17  ACCOUNT?

18  A.   SONIA LEVY SIBONY, LEON COHEN LEVY, AND LEA COHEN LEVY.

19  Q.   DID YOUR WIFE, ACCORDING TO THE SIGNATURE CARD, HAVE

20  AUTHORITY OVER THIS ACCOUNT?

21  A.   NONE AT ALL.

22  Q.   AND HOW ABOUT ANY OF YOUR FOUR CHILDREN?

23  A.   NO.

24  Q.   IF I COULD HAND YOU -- OR IF YOU COULD TAKE A LOOK AT

25  WHAT'S BEEN MARKED AS GOVERNMENT EXHIBIT 42.

 1              WHO IS LISTED AS THE BENEFICIAL OWNERSHIP OF WHITEBURY

 2    ON GOVERNMENT'S EXHIBIT 43?  I'M SORRY, 42.

 3    A.  MAURICIO COHEN.

 4    Q.  IF WE COULD SCROLL DOWN TO THE BOTTOM, PLEASE.

 5              IS THAT MAURICIO COHEN'S SIGNATURE TO THE RIGHT?

 6    A.  NO, SIR.

 7    Q.  AND WHAT IS THE -- IF WE CAN PLEASE GO TO GOVERNMENT'S

 8    EXHIBIT 43.  WHO IS LISTED AS THE BENEFICIAL OWNER OF THE

 9    WHITEBURY ACCOUNT ON THIS FORM?

10    A.  HABIB LEVY.

11    Q.  ARE YOU THE BENEFICIAL OWNER OF THE WHITEBURY ACCOUNT?

12    A.  ABSOLUTELY NOT.

13    Q.  COULD YOU LOOK AT THE SIGNATURE, PLEASE.

14    A.  YES, SIR.

15    Q.  IS THAT YOUR SIGNATURE?

16    A.  NO, SIR.

17    Q.  AND WHAT IS THE DATE?

18    A.  1/5/2006.

19    Q.  AND IF I COULD DIRECT YOUR ATTENTION, AND I'LL COME OVER TO

20    SHOW YOU, BACK TO GOVERNMENT'S EXHIBIT 124 ON PAGE 13, WHICH IS

21    THE LEGAL PERMANENT RESIDENCY APPLICATION FOR MAURICIO COHEN.

22              WHAT IS THE DATE IN WHICH HIS LEGAL PERMANENT

23    RESIDENCY WAS APPROVED?

24    A.  OCTOBER 6, 2005.

25    Q.  AND HOW MANY MONTHS LATER IS GOVERNMENT EXHIBIT 43 DATED,

1  APPROXIMATELY?

2  A.  ALMOST A YEAR.

3  Q.  WELL IF YOU LOOK, ONE WAS SIGNED IN OCTOBER OF 2005, AND

4  THE OTHER WAS SIGNED IN JANUARY OF 2006.

5       HOW MANY MONTHS IS THERE BETWEEN OCTOBER OF '05 AND

6  JANUARY OF '06?

7  A.  SEVEN MONTHS.

8  Q.  OKAY.  WELL, WE HAVE OCTOBER TO NOVEMBER WOULD BE HOW MANY

9  MONTHS?

10  A.  OCTOBER, NOVEMBER, DECEMBER, JANUARY, FEBRUARY, MARCH,

11  APRIL AND MAY.  EIGHT MONTHS.

12  Q.  OKAY.  NOW, IF YOU LOOK AT THE FORM, DO THEY DATE FORMS

13  DIFFERENTLY IN EUROPE OR SOUTH AMERICA THAN THEY DO IN THE

14  UNITED STATES, IF YOU KNOW?

15  A.  YES, SIR.

16  Q.  OKAY.  IF WE COULD GO BACK TO THE BENEFICIAL OWNERSHIP

17  LETTER, OR THE TWO DATES, PLEASE.

18       THE COURT:  GOVERNMENT'S 43, IS THAT WHAT YOU WANT.

19       MR. NEIMAN:  YES, GOVERNMENT'S EXHIBIT 43, AND THEN

20  GOVERNMENT'S EXHIBIT --

21       THE COURT:  124.

22       MR. NEIMAN:  -- 124.

23  BY MR. NEIMAN:

24  Q.  DO YOU SEE THE DATE?

25  A.  OH, YES.

 1  Q.  WHAT IS THE MONTH IN WHICH THE BENEFICIAL OWNERSHIP LETTER

 2  WAS SIGNED?

 3  A.  JANUARY.  NOW I UNDERSTAND.

 4  Q.  ALL RIGHT.  AND HOW MANY MONTHS ARE THERE BETWEEN OCTOBER

 5  OF 2005 AND JANUARY OF 2006?

 6  A.  OCTOBER, NOVEMBER, DECEMBER, AND JANUARY.  FOUR MONTHS.

 7  Q.  OKAY.  NOW, IF WE COULD GO BACK TO GOVERNMENT EXHIBIT 43,

 8  PLEASE.

 9  A.  YES.

10  Q.  DO YOU SEE -- IS THERE A STAMP ON TOP OF YOUR SIGNATURE?

11  A.  YES, SIR.

12  Q.  AND WHAT DOES THAT STAMP SAY, IF YOU KNOW?

13  A.  SIGNATURE VERIFIED.

14  Q.  DID YOU EVER RECEIVE A PHONE CALL FROM ANYONE AT HSBC

15  ASKING YOU WHETHER OR NOT YOU SIGNED THIS DOCUMENT?

16  A.  NO, SIR.

17  Q.  WERE YOU EVER CONTACTED BY ANYBODY AT HSBC TO VERIFY YOUR

18  SIGNATURE?

19  A.  NO, SIR.

20  Q.  IF YOU COULD PLEASE TAKE A LOOK AT GOVERNMENT EXHIBIT 46,

21  WHICH IS A COMPOSITE OF POWER OF ATTORNEYS FOR WHITEBURY

22  SHIPPING AND TIME-SHARING LIMITED.

23       WHO IS GIVEN -- ACCORDING TO PAGE 2, WHO HAS POWER OF

24  ATTORNEY OVER THIS DOCUMENT, OR OVER THIS ACCOUNT?

25  A.  MRS. ALLEGRA AICH.

 1  Q.  IF YOU COULD GO TO THE NEXT POWER OF ATTORNEY CONTAINED

 2  WITHIN GOVERNMENT EXHIBIT 46, WHICH IS PAGE 6, WHO HAS POWER OF

 3  ATTORNEY OVER WHITEBURY ACCORDING TO THIS POWER OF ATTORNEY?

 4  A.  MISS SONIA LEVY SIBONY.

 5  Q.  IF WE CAN GO TO THE NEXT POWER OF ATTORNEY, PLEASE, WHICH

 6  IS PAGE 1O, WHO IS GIVEN POWER OF ATTORNEY OVER WHITEBURY

 7  ACCORDING TO THIS DOCUMENT?

 8  A.  MR. MAURICIO COHEN.

 9  Q.  AND THE FINAL POWER OF ATTORNEY, WHO IS GIVEN POWER OF

10  ATTORNEY ACCORDING TO THIS LAST POWER OF ATTORNEY?

11  A.  MR. LEON COHEN LEVY AND MRS. LEA COHEN LEVY.

12          THE COURT:  WHAT WAS THAT LAST PAGE?

13          MR. NEIMAN:  YOUR HONOR, IT WAS PAGE 14.

14          THE COURT:  THANK YOU.

15  BY MR. NEIMAN:

16  Q.  ACCORDING TO GOVERNMENT EXHIBIT 46, WAS YOUR WIFE GIVEN

17  POWER OF ATTORNEY OVER WHITEBURY?

18  A.  NO, SIR.

19  Q.  ANY OF YOUR FOUR CHILDREN?

20  A.  NO, SIR.

21  Q.  I'M HANDING THE WITNESS WHAT HAS BEEN MARKED AS GOVERNMENT

22  EXHIBIT 61-C, WHICH IS THE TRANSCRIPTS OF THE PHONE CALLS

23  BETWEEN MR. COHEN AND MISS KLEIN.  IF WE COULD PLEASE TAKE A

24  LOOK ON PAGE 3 IN THE MIDDLE -- I'M SORRY, IT'S PAGE 2 IN THE

25  MIDDLE.

         1          YOU SEE WHERE IT SAYS, KLEIN, OKAY, WELL, WHAT HE IS

         2   ASKING IS FOR YOU TO GIVE US PROOF OR DOCUMENTATION, SOMETHING

         3   THAT SHOWS THAT INDEED AT ONE POINT THE COMPANY HAS -- THE

         4   OWNER, I DON'T KNOW HOW TO SAY IT.

         5   A.  YES, SIR, I SEE THAT.

         6   Q.  AND THEN MAURICIO SAYS, THE OWNER.  AND THEN KLEIN SAYS,

         7   THE OWNER OF THE COMPANY.  AND COHEN SAYS, YES.  AND THEN KLEIN

         8   SAYS, YOU SOLD THE COMPANY TO MR. LEVY.  AND THEN COHEN SAYS,

         9   YES.

        10          DID MAURICIO COHEN EVER SELL YOU ANY COMPANY?

        11   A.  NO, SIR.

        12   Q.  DID HE SELL YOU WHITEBURY?

        13   A.  NO, SIR.

        14   Q.  DID HE SELL YOU FIRST HOTELS?

        15   A.  NO, SIR.

        16   Q.  AND IF WE CAN KEEP READING IN THIS TRANSCRIPT, TO PAGE 5,

        17   INCLUDING THE COVER SHEET.  TO THE MIDDLE.

        18          DO YOU SEE, SIR, WHERE IT SAYS, COHEN, AN AMERICAN

        19   COMPANY.  AND KLEIN SAYS, WE DON'T MIND AMERICAN COMPANIES

        20   BECAUSE IT'S -- BECAUSE IT'S AMERICAN, IT'S FINE.

        21          THE INTERPRETER:  WHAT PAGE IS IT, COUNSEL, AGAIN?

        22          HERE.  OKAY.

        23   BY MR. NEIMAN:

        24   Q.  YOU SEE WHERE IT SAYS, KLEIN, WE DON'T MIND AMERICAN

        25   COMPANIES BECAUSE IT'S AMERICAN, IT'S FINE.  BUT THE TWO

1  COMPANIES WHERE THERE IS MR. HABIB LEVY, WHERE IT IS INDEED YOU

2  WHO CONSTANTLY GETS LOANS, IT'S DIFFICULT TO SAY THAT HE IS THE

3  OWNER, ET CETERA, AND THEN IT'S MOSTLY AT THE OPENING OF THE

4  ACCOUNT.

5  A.  YES, I SEE THAT.

6        THE INTERPRETER:  OKAY.  THE INTERPRETER IS GOING TO

7  TRANSLATE THAT FOR THE WITNESS.

8        MR. NEIMAN:  THANK YOU.

9  BY MR. NEIMAN:

10  Q.  AND THEN IT CONTINUES, COHEN, AT THE OPENING OF THE ACCOUNT

11  THAT -- AND THEN KLEIN SAYS, WHITEBURY.  AND COHEN SAYS, NO,

12  WHITEBURY, ITS OPENING WAS TEN YEARS AGO, FIVE OR SIX YEARS

13  AGO.

14        AND KLEIN SAYS, I DON'T KNOW WHEN IT'S BEEN OPENED,

15  BUT WHEN IT GOT OPENED, YOU WERE THE OWNER.  AT ONE POINT THERE

16  WAS A TRANSFER.  WHAT HE IS ASKING IS THAT YOU GIVE US -- AND

17  THEN MR. COHEN SAYS, AND IT CONTINUES ON TO THE NEXT PAGE, I

18  CAN'T, HE DOES NOT WANT ME TO GIVE THAT.  IT'S HIS MONEY.

19        WAS THE MONEY IN WHITEBURY YOURS?

20  A.  NO, SIR.

21  Q.  OTHER THAN WHAT YOU'VE READ, DO YOU KNOW HOW MUCH MONEY WAS

22  IN THE WHITEBURY ACCOUNT?

23  A.  NO.  JUST WHAT I READ WHEN MAURICIO COHEN WAS ARRESTED.

24  Q.  IF WE CAN GO TO CALL B, PLEASE.

25        THE COURT:  HELP HIM.

1           MR. NEIMAN:  I NEED ONE SECOND, YOUR HONOR, PLEASE.

2           YOUR HONOR, I'M GOING TO MOVE ON TO SOMETHING ELSE FOR

3   NOW.

4   BY MR. NEIMAN:

5   Q.  DID YOU EVER TELL MAURICIO COHEN NOT TO PROVIDE INFORMATION

6   TO HSBC BANK IN APRIL OF 2007?

7   A.  NO, SIR.

8   Q.  DID YOU EVER HAVE ANY DISCUSSIONS WITH MAURICIO COHEN IN

9   APRIL OF 2007 ABOUT THE WHITEBURY ACCOUNT?

10  A.  I NEVER SPOKE WITH MR. MAURICIO COHEN REGARDING THE

11  WHITEBURY ACCOUNT.

12  Q.  MR. LEVY, DO YOU KNOW WHAT A PROMISSORY NOTE IS?

13  A.  I HAVE SOME IDEA ABOUT IT.

14  Q.  WHAT IS A PROMISSORY NOTE?

15  A.  HOW CAN I SAY IT.  THE PERSON THAT HAS THAT DOCUMENT HAS

16  THAT MONEY, I IMAGINE SO.

17  Q.  DID YOU EVER SIGN ANY PROMISSORY NOTES ON BEHALF OF

18  WHITEBURY?

19  A.  NEITHER IN THE NAME OF WHITEBURY OR ANY OTHER COMPANY.  NOT

20  EVER IN MY LIFE.

21  Q.  DID YOU EVER LOAN MAURICIO COHEN MONEY TO BUY ANY

22  RESIDENCES OR APARTMENTS IN SOUTH FLORIDA?

23  A.  NO, SIR.

24  Q.  DID YOU EVER LOAN HIM MONEY TO BUY ANY PIECE OF PROPERTY OR

25  REAL ESTATE IN SOUTH FLORIDA?

1   A.  NO, SIR.

2   Q.  I HAND YOU WHAT'S BEEN MARKED AS GOVERNMENT'S EXHIBIT 139.

3          MR. NEIMAN:  YOUR HONOR, IN ORDER TO BETTER ASSIST THE

4   WITNESS, WOULD IT BE OKAY IF I JUST STOOD THERE DOING THIS,

5   BECAUSE THE DOCUMENT IS A LITTLE LENGTHY?

6          THE COURT:  GO RIGHT AHEAD.

7          MR. NEIMAN:  THANK YOU.

8   BY MR. NEIMAN:

9   Q.  LOOKING AT THE FIRST OR THE TOP, IS THIS DOCUMENT TITLED

10  NONNEGOTIABLE PROMISSORY NOTE WITH BALLOON PRINCIPAL AND

11  INTEREST PAYMENTS?

12  A.  YES, SIR.

13  Q.  AND IF WE COULD LOOK AT WHO THIS NOTE IS BETWEEN IN THE

14  FIRST PARAGRAPH.

15  A.  YES.

16  Q.  DO YOU SEE WHERE IT SAYS IT'S BETWEEN WHITEBURY AND EMPIRE

17  WORLD TOWERS?

18  A.  YES, SIR.

19  Q.  DO YOU KNOW WHAT EMPIRE WORLD TOWERS IS?

20  A.  NO, SIR.

21  Q.  HAVE YOU EVER HEARD OF WHITEBURY WORLD TOWERS?

22  A.  WHITEBURY?

23  Q.  OR EMPIRE WORLD TOWERS?

24  A.  NO, SIR.

25  Q.  WHAT IS THE AMOUNT OF THE PROMISSORY NOTE IN WHICH

```
 1   WHITEBURY IS LENDING EMPIRE WORLD TOWERS?

 2   A.  SIXTEEN MILLION NINETY THOUSAND FOUR HUNDRED AND FORTY-FOUR

 3   DOLLARS.

 4   Q.  DID YOU EVER AUTHORIZE, OR DID YOU EVER LOAN MAURICIO COHEN

 5   OR EMPIRE WORLD TOWERS OR ANYBODY SIXTEEN MILLION DOLLARS?

 6   A.  I COULDN'T, IT'S A VERY BIG AMOUNT.

 7   Q.  IF I COULD DIRECT YOUR ATTENTION TO PAGE 3 OF THE

 8   PROMISSORY NOTE.  DO YOU SEE A SIGNATURE THERE?

 9   A.  YES, SIR.

10   Q.  WHOSE NAME APPEARS UNDER THE SIGNATURE?

11   A.  ANA PEREZ, AUTHORIZED OFFICER.

12   Q.  HAVE YOU EVER MET AN ANA PEREZ?

13   A.  NEVER, SIR.

14   Q.  YOU EVER SEE AN ANA PEREZ?

15   A.  NEVER, SIR.

16   Q.  YOU EVER TALK TO AN ANA PEREZ?

17   A.  NO, SIR.

18   Q.  ON THE NEXT PAGE, WHO ALLEGEDLY SIGNED THIS DOCUMENT ON

19   BEHALF OF WHITEBURY?

20   A.  IT SAYS THERE HABIB LEVY.

21   Q.  IS THAT YOUR SIGNATURE?

22   A.  NO, SIR.

23   Q.  ARE YOU THE PRESIDENT OF WHITEBURY?

24   A.  NO, SIR.

25   Q.  LOOKING AT THE NUMBERS ABOVE YOUR SIGNATURE, IF WE CAN GO
```

 1  TO THE NEXT PAGE, PLEASE.  WHOSE SIGNATURE AGAIN APPEARS TO BE

 2  ON BEHALF OF WHITEBURY?

 3  A.  SUPPOSEDLY IT'S MY SIGNATURE, BUT IT'S NOT.

 4  Q.  AND IF YOU LOOK AT THIS DOCUMENT, ITS SAYS ON NUMBER THREE,

 5  THAT THE NOTE DESCRIBED ABOVE WAS EXECUTED BY THE MAKER, WHICH

 6  IS WHITEBURY, IN MY PRESENCE AND DELIVERED TO ME OUTSIDE THE

 7  TERRITORIAL WATERS OF THE STATE OF FLORIDA AND I ACCEPTED

 8  DELIVERY THEREOF ON BEHALF OF WHITEBURY SHIPPING LIMITED, A

 9  BRITISH VIRGIN ISLAND CORPORATION.

10  A.  YES, SIR.

11  Q.  DO YOU SEE THIS DOCUMENT IS NOTARIZED?

12  A.  YES, SIR.

13  Q.  WHO NOTARIZED THIS DOCUMENT?

14  A.  I CAN'T READ IT TOO GOOD, ERIAN MAZZA, MAZZOR.

15  Q.  HAVE YOU EVER MET AN ERIAN MANZANERES, WHATEVER THE NAME IS

16  THERE?

17  A.  NO, SIR, NEVER.

18  Q.  TO THE BEST OF YOUR RECOLLECTION?

19  A.  NO, SIR.

20  Q.  DID YOU SIGN THIS FORM -- OR LET ME REPHRASE THAT.

21       DID LEON COHEN HAVE A GIRLFRIEND, THAT YOU KNOW OF?

22  A.  YES, SIR.

23  Q.  DO YOU KNOW WHAT HIS GIRLFRIEND'S NAME WAS?

24  A.  NO, SIR.

25  Q.  HOW MANY TIMES HAVE YOU MET LEON COHEN'S GIRLFRIEND?

1  A.  A COUPLE OF TIMES.

2      MR. NEIMAN:  YOUR HONOR, WOULD THIS BE AN APPROPRIATE

3  TIME TO READ A STIPULATION WHICH THE PARTIES HAVE AGREED TO?

4      THE COURT:  SURE.  GO RIGHT AHEAD.

5      MEMBERS OF THE JURY, PLEASE REMEMBER MY INSTRUCTION TO

6  YOU REGARDING STIPULATIONS WHEN THEY ARE READ TO YOU BY THE

7  LAWYERS.  STIPULATIONS ARE EVIDENCE IN THE CASE.

8      MR. NEIMAN:  YOUR HONOR, I'M GOING TO READ TWO

9  STIPULATIONS.

10      ON MAY 18TH, 2010, AT THE UNITED STATES ATTORNEY'S

11  OFFICE IN FORT LAUDERDALE, ANA PEREZ STATED TO LAW ENFORCEMENT

12  OFFICIALS THAT SHE HAD EXECUTED CERTAIN PROMISSORY NOTES MARKED

13  AS GOVERNMENT EXHIBIT 139 OUTSIDE THE TERRITORIAL WATERS OF THE

14  STATE OF FLORIDA.

15      ON MAY 21ST, 2010, ANA PEREZ CORRECTED HER PRIOR

16  STATEMENT REGARDING THE LOCATION OF THE EXECUTION OF THE

17  PROMISSORY NOTES.  IN REALITY, SHE WAS NOT PRESENT ON A BOAT

18  WHEN THOSE PROMISSORY NOTES WERE SIGNED.

19      THE PROMISSORY NOTES WERE IN FACT SIGNED BY MISS

20  PEREZ.  MISS PEREZ WAS AT 429 LENOX AVENUE, MIAMI BEACH,

21  FLORIDA, WHEN SHE SIGNED THE DOCUMENTS.  SHE DID NOT RECALL

22  WHEN THE NOTES WERE SIGNED.

23      ALSO, YOUR HONOR, ON OR ABOUT A DATE UNKNOWN, ERIAN

24  MANZANERES NOTARIZED CERTAIN PROMISSORY NOTES MARKED AS

25  GOVERNMENT EXHIBITS 139 AND 140.

```
 1              THE COURT:  I'M SORRY, STATE THAT AGAIN, PLEASE.

 2              MR. NEIMAN:  ON OR ABOUT A DATE UNKNOWN ERIAN

 3  MANZANERES NOTARIZED CERTAIN PROMISSORY NOTES MARKED AS

 4  GOVERNMENT'S EXHIBITS 139 AND 140, THAT STATED THE DOCUMENTS

 5  WERE EXECUTED OUTSIDE THE TERRITORIAL WATERS OF THE STATE OF

 6  FLORIDA.

 7              IN FACT, THE DOCUMENTS WERE EXECUTED AT 429 LENOX

 8  AVENUE, MIAMI BEACH, FLORIDA.

 9              THE COURT:  LET ME ASK YOU IF THIS WOULD BE A

10  CONVENIENT TIME TO BREAK?

11              MR. NEIMAN:  YES, YOUR HONOR.

12              THE COURT:  ARE YOU MOVING INTO ANOTHER POINT?

13              MR. NEIMAN:  THERE ARE SEVERAL MORE OF THESE

14  PROMISSORY NOTES THAT I'M GOING TO QUICKLY GO THROUGH, BUT THIS

15  IS AS GOOD A TIME AS ANY.

16              THE COURT:  MEMBERS OF THE JURY, WE WILL GO AHEAD AND

17  RECESS FOR LUNCH AT THIS POINT.  I WOULD LIKE FOR YOU TO RETURN

18  TO THE JURY ROOM AT 1:15, AND WE WILL CONTINUE ON WITH THIS

19  TRIAL.

20              DURING THIS LUNCHEON RECESS, DO NOT DISCUSS THIS

21  MATTER AMONGST YOURSELVES OR WITH ANY OTHER INDIVIDUAL.  DO NOT

22  ENGAGE IN DOING ANY RESEARCH ON EITHER THE INTERNET OR BY ANY

23  OTHER MEANS DURING THIS LUNCHEON RECESS.

24              HAVE A GOOD, SAFE LUNCH, AND WE WILL SEE YOU AT 1:15.

25  COURT IS IN RECESS.
```

 1                    [JURY LEAVES THE COURTROOM].

 2           THE COURT:  MADAM INTERPRETER, I NEED TO MAKE SURE

 3   THAT YOU TRANSLATE EVERYTHING THAT IS BEING SAID.

 4           THE INTERPRETER:  YES, YOUR HONOR.

 5           THE COURT:  THAT MEANS EVERYTHING.  NOT JUST ON THE

 6   DOCUMENTS, BUT ANYTHING THAT IS SAID IN THIS COURTROOM.

 7           THE INTERPRETER:  OKAY, YOUR HONOR.

 8           THE COURT:  YOU NEED TO TRANSLATE EVERYTHING THAT IS

 9   BEING SAID, ALL RIGHT.

10           ANYTHING FROM THE DEFENSE OR THE GOVERNMENT BEFORE WE

11   BREAK?

12           MR. PASANO:  NO, YOUR HONOR.  MAY I TENDER FOR THE

13   COURT'S ASSISTANCE, WITH THE ASSISTANCE OF THE MARSHAL, THE

14   LATEST DOCUMENT THAT WE RECEIVED FROM THE JAIL WITH REGARD TO

15   THAT.

16           THE COURT:  THAT IS ALL RIGHT.  ARE THEY TAKING CARE

17   OF THE PROBLEM?

18           MR. PASANO:  NO.

19           THE COURT:  OKAY.  MARSHAL -- DEPUTY CLERK, THANK YOU

20   VERY MUCH FOR COMING DOWN.  WHAT'S THE PROBLEM OVER AT THE

21   BROWARD COUNTY JAIL?

22           THE DEPUTY MARSHAL:  TO MY KNOWLEDGE, YOUR HONOR,

23   THERE IS NO PROBLEM.  IN FACT, I'VE BEEN ON THE PHONE WITH THEM

24   ALL MORNING IN ANTICIPATION OF THIS.  AND I HAVEN'T SEEN THIS

25   DOCUMENT, SO I'D LIKE TO, AND BRING A COUPLE OF THINGS TO THE

 1  COURT'S ATTENTION IF YOU --

 2          OKAY.  THIS WAS FILED ON THE 14TH, THEY SHOULD HAVE

 3  THEIR LEGAL DOCUMENTS.  ACCORDING TO THIS.

 4          MR. PASANO:  THE DOCUMENT ACTUALLY SAYS THAT WE DON'T

 5  GET THEM UNLESS CAPTAIN SMITH SAYS YES.  THE PROBLEM IS CAPTAIN

 6  SMITH DOESN'T WORK WEEKENDS, SO EVERY SATURDAY WHEN I TRY TO

 7  SEE THE CLIENTS, I'M TOLD THEY DON'T HAVE THEIR DOCUMENTS.  AND

 8  THEN THE JAILERS TELL ME THEY CAN DO NOTHING TO HELP.

 9          THE DEPUTY MARSHAL:  YOUR HONOR, WE'RE IN THE SECOND

10  WEEK OF TRIAL, ALMOST THE THIRD WEEK, GOING INTO THE THIRD

11  WEEK, AND THIS IS THE FIRST I'VE HEARD OF IT.  WE WILL CORRECT

12  ANY PROBLEM, AND I'LL GET THIS CORRECTED IMMEDIATELY.

13          THE COURT:  ALL RIGHT, FINE.  THANK YOU VERY MUCH

14  THEN.

15          MR. PASANO:  THANK YOU, YOUR HONOR.

16          THE COURT:  ALL RIGHT.  COURT IS IN RECESS.  WE WILL

17  SEE EVERYONE AT 1:30.  HAVE A GOOD LUNCH.

18          [LUNCHEON RECESS]

19          [AFTERNOON SESSION].

20          THE COURT:  GOOD AFTERNOON.  PLEASE BE SEATED.

21          LET THE RECORD REFLECT THAT THE GOVERNMENT IS PRESENT,

22  MR. PASANO IS PRESENT, CO-COUNSEL IS PRESENT, MAURICIO AND LEON

23  COHEN ARE PRESENT.  AND THE COURT INTERPRETERS ARE PRESENT.

24          IT SURPRISES ME THAT I EVEN HAVE TO ADDRESS THIS, BUT

25  LET ME ASK THE SPANISH INTERPRETERS, YOU UNDERSTAND THAT YOU

 1  ARE SUPPOSED TO TRANSLATE EVERYTHING THAT IS STATED IN THE

 2  COURTROOM, CORRECT?

 3          THE INTERPRETER:  I DO, YOUR HONOR.

 4          THE COURT:  BOTH OF YOU UNDERSTAND THAT, CORRECT?

 5          THE INTERPRETER:  YES, YOUR HONOR.

 6          THE COURT:  THE GOVERNMENT WILL READ THE STIPULATIONS

 7  AGAIN ONCE WE BRING THE JURY IN.

 8          MR. NEIMAN:  NO PROBLEM, YOUR HONOR.

 9          THE COURT:  ALL RIGHT.

10          MR. PASANO:  IS IT ACCEPTABLE FOR THAT EVENT IF WE

11  HAVE THE FRENCH LANGUAGE INTERPRETER TRANSLATE THEM, SINCE THEY

12  CAN PUT THE EARPHONES ON?

13          THE COURT:  ABSOLUTELY.

14          MR. PASANO:  WE WILL DO IT THAT WAY.

15          THE COURT:  THEY CAN REMOVE THEM WHENEVER THEY WANT

16  TO.  BUT I WANT TO HEAR EVERY WORD SPOKEN IN THIS COURTROOM.

17  WHEN THERE IS A WITNESS SITTING ON THIS WITNESS STAND THAT

18  NEEDS TO HAVE THE ASSISTANCE OF A SPANISH TRANSLATOR, I WANT TO

19  HEAR EVERY SINGLE WORD SPOKEN IN THIS COURTROOM IN ENGLISH

20  TRANSLATED BY THE SPANISH TRANSLATORS.

21          YOU ALL UNDERSTAND THAT, CORRECT?

22          THE INTERPRETER:  YES, YOUR HONOR.

23          THE COURT:  YES, MR. NEIMAN?

24          MR. NEIMAN:  MR. LEVY IS NOT BACK YET, BUT I'M HOPING

25  HE'S BACK ANY MINUTE NOW.

1           THE COURT:  WELL, LET US KNOW WHEN HE GETS HERE.  THE

2    COURT IS IN RECESS.  TELL HIM TO START BEING HERE ON TIME.

3           MR. NEIMAN:  WILL DO, YOUR HONOR.

4           [BRIEF RECESS]

5           THE COURT:  LET THE RECORD REFLECT THAT THE GOVERNMENT

6    IS PRESENT, MR. PASANO IS PRESENT WITH CO-COUNSEL, MAURICIO AND

7    LEON COHEN ARE PRESENT, ALL OF THE INTERPRETERS ARE PRESENT.

8           NOW THAT THE WITNESS HAS FINALLY ARRIVED, BRING IN THE

9    JURY.

10          [THE JURY RETURNS TO THE COURTROOM]

11          THE COURT:  MEMBERS OF THE JURY, PLEASE BE SEATED.

12          GOOD AFTERNOON MEMBERS OF THE JURY.

13          MEMBERS OF THE JURY, I WANT TO THANK YOU FOR BEING

14   HERE PROMPTLY AT 1:15 AS I ASKED YOU TO DO WHEN WE RECESSED FOR

15   LUNCH.  NOW THAT THE WITNESS HAS FINALLY ARRIVED, WE CAN BEGIN.

16          MR. NEIMAN, YOU WANT TO REPUBLISH THE STIPULATION.

17          MR. NEIMAN:  SURE, YOUR HONOR.

18          THE COURT:  GO RIGHT AHEAD.

19          MR. NEIMAN:  YOUR HONOR, THE PARTIES STIPULATED TO THE

20   FOLLOWING FACTS.  ON MAY 18TH, 2010, AT THE UNITED STATES

21   ATTORNEY'S OFFICE IN FORT LAUDERDALE, ANA PEREZ STATED TO LAW

22   ENFORCEMENT OFFICIALS THAT SHE HAD EXECUTED CERTAIN PROMISSORY

23   NOTES MARKED AS GOVERNMENT EXHIBITS 139 OUTSIDE THE TERRITORIAL

24   WATERS OF THE STATE OF FLORIDA.

25          ON MAY 21ST, 2010, ANA PEREZ CORRECTED HER PRIOR

 1  STATEMENT REGARDING THE LOCATION OF THE EXECUTION OF THE

 2  PROMISSORY NOTES.  IN REALITY, SHE WAS NOT PRESENT ON A BOAT

 3  WHEN THOSE PROMISSORY NOTES WERE SIGNED.

 4         THE PROMISSORY NOTES WERE IN FACT SIGNED BY MISS

 5  PEREZ.  MISS PEREZ WAS AT 429 LENOX AVENUE, MIAMI BEACH,

 6  FLORIDA, WHEN SHE SIGNED THE DOCUMENTS.  SHE DID NOT RECALL

 7  WHEN THE NOTES WERE SIGNED.

 8         NUMBER TWO:  ON OR ABOUT A DATE UNKNOWN, ERIAN

 9  MANZANERES NOTARIZED CERTAIN PROMISSORY NOTES MARKED AS

10  GOVERNMENT'S EXHIBITS 139 AND 140.  AS STATED, THAT THE

11  DOCUMENTS WERE EXECUTED OUTSIDE THE TERRITORIAL WATERS OF THE

12  STATE OF FLORIDA.  IN FACT, THE DOCUMENTS WERE EXECUTED AT 429

13  LENOX AVENUE, MIAMI BEACH, FLORIDA.

14         THE COURT:  ALL RIGHT.  YOU MAY CONTINUE, SIR.

15         MR. NEIMAN:  THANK YOU, YOUR HONOR.

16  BY MR. NEIMAN:

17  Q.  MR. LEVY, BEFORE WE BROKE FOR LUNCH I WAS GOING THROUGH

18  GOVERNMENT'S EXHIBIT 139.

19         MR. NEIMAN:  IF I MAY APPROACH, YOUR HONOR?

20         THE COURT:  GO RIGHT AHEAD.  FEEL FREE TO DO SO.

21  BY MR. NEIMAN:

22  Q.  MAYBE IT WOULD BE EASIER IF I USE THE ELMO.

23         MR. LEVY, IF YOU TAKE A LOOK AT THE COMPUTER SCREEN

24  NEXT TO YOU, I HAD ASKED YOU EARLIER ABOUT AN ENTITY NAMED

25  EMPIRE WORLD TOWERS.  HAD YOU EVER HEARD OF EMPIRE WORLD

1  TOWERS?

2  A.  NO, SIR.

3  Q.  MR. LEVY, WERE YOU IN ANY WAY INVOLVED IN THE DEVELOPMENT

4  OF A SKYSCRAPER IN MIAMI?

5  A.  NO, SIR.

6  Q.  DID EITHER MAURICIO OR LEON COHEN EVER TALK TO YOU ABOUT

7  THE DEVELOPMENT OF A SKYSCRAPER IN MIAMI?

8  A.  YES, SIR.

9  Q.  WHAT DID -- WAS IT MAURICIO OR LEON COHEN OR BOTH WHO SAID

10  SOMETHING TO YOU?

11  A.  I DON'T REMEMBER EXACTLY.

12  Q.  MOVING ON TO THE SECOND PROMISSORY NOTE CONTAINED IN

13  GOVERNMENT'S EXHIBIT 139, HAVE YOU EVER HEARD OF AN ENTITY

14  NAMED AMERICAN DYNAMICS, INC.?

15  A.  NO, SIR.

16  Q.  DID YOU EVER DISCUSS WITH EITHER MAURICIO OR LEON COHEN A

17  ONE AND A HALF MILLION DOLLAR LOAN FROM WHITEBURY TO AMERICAN

18  DYNAMICS, INC.?

19  A.  NO, SIR.

20  Q.  LOOKING AT PAGE 3 OF THIS NOTE, WHO SIGNED IT ON BEHALF OF

21  AMERICAN DYNAMICS?

22       AND YOU CAN LOOK AT THE COMPUTER SCREEN, MR. LEVY, IT

23  MIGHT BE EASIER.

24  A.  LEON COHEN SIGNED.

25  Q.  AND LOOKING AT THE NEXT PAGE, WHO IS LISTED IN PRINT AS THE

1  AUTHORIZED REPRESENTATIVE FOR WHITEBURY?

2  A.  HABIB LEVY.

3  Q.  IS THAT YOUR SIGNATURE, SIR?

4  A.  ABSOLUTELY NOT.

5  Q.  AND ON THE NEXT PAGE, IS THAT YOUR SIGNATURE AGAIN, SIR?

6  A.  NO, SIR.

7  Q.  AND DID YOU SIGN THIS DOCUMENT IN FRONT OF A NOTARY NAMED

8  ERIAN MANZANERES?

9  A.  NO, SIR.

10  Q.  AND WHO SIGNED ON THE NEXT PAGE AS THE AUTHORIZED OFFICER?

11  A.  I DON'T UNDERSTAND THE QUESTION.

12  Q.  WHOSE NAME DOES IT APPEAR AS A REPRESENTATIVE OF AMERICAN

13  DYNAMICS?

14  A.  LEON COHEN.

15  Q.  AND MR. LEVY, I KNOW YOU SPEAK SOME ENGLISH --

16  A.  I AM SORRY.

17  Q.  -- BUT JUST FOR CONSISTENCY PURPOSES, JUST WAIT UNTIL THE

18  QUESTION IS TRANSLATED.

19  A.  OKAY.  SORRY.

20  Q.  LOOKING AT THE NEXT PROMISSORY NOTE, HAVE YOU EVER HEARD OF

21  AN ENTITY NAMED MACLEE HOLDINGS, LLC?

22  A.  NO, NEVER.

23  Q.  AND DID YOU EVER DISCUSS WITH EITHER MAURICIO OR LEON OR

24  ANYBODY A TEN MILLION DOLLAR LOAN TO MACLEE?

25  A.  NO, SIR.

1  Q.  AND AGAIN ON PAGE 3 OF THE PROMISSORY NOTE, WHO SIGNED ON

2  BEHALF OF MACLEE HOLDINGS THIS PROMISSORY NOTE?

3  A.  LEON COHEN.

4  Q.  AND IS THIS YOUR SIGNATURE ON THE NEXT PAGE?

5  A.  NO, SIR.

6  Q.  AND HOW ABOUT ON THE NEXT PAGE?

7  A.  NO, SIR.

8  Q.  THEN THE LAST PROMISSORY NOTE CONTAINED IN GOVERNMENT

9  EXHIBIT 139, HAVE YOU EVER HEARD OF AN ENTITY NAMED FIRST OCEAN

10  RESIDENCE REALITY?

11  A.  NO, SIR.

12  Q.  AND DID YOU IN ANY WAY EVER TALK WITH MAURICIO OR LEON OR

13  ANYONE REGARDING A FIVE MILLION DOLLAR LOAN TO THIS ENTITY

14  FIRST OCEAN RESIDENCE REALITY?

15  A.  NO, SIR.

16  Q.  AND TURNING TO PAGE 3 OF THIS PROMISSORY NOTE, DOES A

17  SIGNATURE APPEAR ON BEHALF OF FIRST OCEAN RESIDENCE REALITY?

18  A.  NO, YOU CAN'T SEE ANY.

19  Q.  AND IS THIS YOUR SIGNATURE ON PAGE 4 OF THE NOTE?

20  A.  NO, SIR.

21  Q.  AND ON THE NEXT PAGE, IS THAT YOUR SIGNATURE?

22  A.  NO, SIR.

23  Q.  AND IS THIS THE SAME NOTARY, ERIAN MANZANERES; IS THAT WHAT

24  IT SAYS?

25  A.  YES, SIR.

1  Q.  AND WHO SIGNED THE LAST PAGE OF THIS NOTE ON BEHALF OF

2  FIRST OCEAN RESIDENCE REALTY?

3  A.  LEON.  LEON COHEN.

4  Q.  I'VE PLACED BEFORE YOU WHAT'S BEEN MARKED AS GOVERNMENT'S

5  EXHIBIT 220.

6  A.  YES, SIR.

7  Q.  HAVE YOU SEEN THIS DOCUMENT, OR DID YOU DRAFT THIS DOCUMENT

8  CALLED SHAREHOLDER AFFIDAVIT?

9  A.  NO, SIR.

10  Q.  IS THIS YOUR SIGNATURE HERE ON BEHALF OF THE AFFIANT?

11  A.  NO, SIR.

12  Q.  AND DOES THIS DOCUMENT SAY THAT I, HABIB LEVY, HEREBY

13  ATTEST THAT SINCE THE INCEPTION AND INCORPORATION OF WHITEBURY

14  SHIPPING LIMITED, A BRITISH VIRGIN ISLAND CORPORATION, CURRENT

15  THROUGH THE DATE OF THIS AFFIDAVIT, I PERSONALLY OWN AND

16  CONTROL ONE HUNDRED PERCENT OF THE COMMON STOCK OF WHITEBURY

17  SHIPPING LIMITED, A BRITISH VIRGIN ISLAND CORPORATION.

18       THERE IS NO OTHER CLASS OF STOCK ISSUED FOR THIS

19  CORPORATION.  IS THAT WHAT IT SAYS?

20  A.  YES, SIR.

21  Q.  WERE YOU AT ANY TIME A COMMON STOCKHOLDER OF WHITEBURY

22  SHIPPING LIMITED?

23  A.  NEVER.

24  Q.  DO YOU RECOGNIZE THE SIGNATURE ON THE LEFT UNDERNEATH THE

25  DATE, THE TOP SIGNATURE?

1  A.  NO, SIR.

2  Q.  DOES THE NAME JOHN PAUL HERRERA SOUND FAMILIAR TO YOU IN

3  ANY WAY?

4  A.  I NEVER HEARD OF HIM.

5  Q.  AND THE SIGNATURE TO THE RIGHT, IT SAYS PRINT YOUR NAME,

6  RICHARD BARONE.  DO YOU KNOW RICHARD BARONE?

7  A.  NO, SIR.

8  Q.  AND WHAT IS THE NAME OF THE NOTARY?

9  A.  ERIAN MANZANERES.

10  Q.  MR. LEVY, HAVE YOU EVER HEARD OF AN ENTITY NAMED FIRESTONE

11  CONSTRUCTION COMPANY?

12  A.  NO, SIR.

13  Q.  WERE YOU EVER AN OFFICER OR A MANAGER OR A DIRECTOR, TO

14  YOUR KNOWLEDGE, OF FIRESTONE?

15  A.  NO, SIR.

16  Q.  IF I CAN SHOW YOU ON THE ELMO WHAT'S BEEN MARKED AS

17  GOVERNMENT EXHIBIT 30, WHICH ARE FIRESTONE CONSTRUCTION

18  COMPANY'S INTERIM FINANCIAL STATEMENTS.

19        WERE YOU EVER THE MANAGING DIRECTOR OF A COMPANY

20  CALLED FIRESTONE CONSTRUCTION?

21  A.  NO, SIR.

22  Q.  IF I CAN SHOW YOU WHAT'S BEEN MARKED AS GOVERNMENT'S

23  EXHIBIT 216, WHICH IS A 2004 LIMITED LIABILITY COMPANY ANNUAL

24  REPORT FOR FIRESTONE CONSTRUCTION COMPANY.

25        WHAT NAME IS LISTED AS MANAGING MEMBER OR MANAGER?

```
 1  A.  LEVY, HABIB.

 2  Q.  DO YOU KNOW WHAT IS AN ADDRESS 429 LENOX AVENUE?

 3  A.  I DON'T KNOW IT.

 4  Q.  DID YOU EVER GIVE PERMISSION TO MAURICIO COHEN TO LIST YOU

 5  AS A MANAGING MEMBER OR MEMBER OF FIRESTONE CONSTRUCTION

 6  COMPANY?

 7  A.  NO, SIR.

 8  Q.  DID YOU EVER GIVE PERMISSION TO LEON COHEN TO LIST YOU AS A

 9  MANAGER OR MEMBER OF FIRESTONE CONSTRUCTION COMPANY?

10  A.  NO, SIR.

11  Q.  DID YOU EVER HAVE ANY DISCUSSIONS AT ALL WITH MAURICIO

12  COHEN REGARDING FIRESTONE CONSTRUCTION COMPANY?

13  A.  NO, SIR.

14  Q.  DID YOU EVER HAVE ANY CONVERSATIONS AT ALL WITH LEON COHEN

15  REGARDING FIRESTONE CONSTRUCTION COMPANY?

16  A.  NO, SIR.

17  Q.  ON THE BOTTOM OF THIS DOCUMENT THERE'S A SIGNATURE.  IS

18  THAT YOUR SIGNATURE?

19  A.  NO, SIR.

20  Q.  I ASKED YOU EARLIER IF YOU HAD EVER HEARD OF A COMPANY

21  CALLED EMPIRE WORLD TOWERS.  DO YOU REMEMBER THAT?

22  A.  YES, SIR.

23  Q.  DID YOU EVER PETITION THE CITY OF MIAMI FOR A PUBLIC

24  HEARING FOR A MAJOR USE SPECIAL PERMIT?

25          THE INTERPRETER:  COUNSEL, WHAT TYPE OF PERMIT?
```

```
 1            MR. NEIMAN:  A PUBLIC HEARING FOR AN APPLICATION FOR A

 2   MAJOR USE SPECIAL PERMIT.

 3            THE WITNESS:  NO, SIR.

 4   BY MR. NEIMAN:

 5   Q.  IF I COULD HAVE YOU LOOK AT WHAT'S BEEN MARKED AS

 6   GOVERNMENT'S EXHIBIT 219.

 7   A.  YES, SIR.

 8   Q.  AND IF WE COULD TURN TO THE SIXTH PAGE, WHERE IT SAYS

 9   DOCUMENT TITLED DISCLOSURE OF OWNERSHIP.

10   A.  YES, SIR.

11   Q.  DO YOU SEE WHO NAMES ARE LISTED AS THE OWNERS OF EMPIRE

12   WORLD TOWERS?

13            MR. PASANO:  YOUR HONOR, I'M GOING TO OBJECT.  THE

14   DOCUMENT SPEAKS FOR ITSELF.

15            THE COURT:  WELL, I AGREE THAT IT SPEAKS FOR ITSELF,

16   BUT HE IS ENTITLED TO ASK THE WITNESS ABOUT A DOCUMENT IN

17   EVIDENCE.

18            YOU CAN ANSWER, SIR.

19            THE WITNESS:  MAURICIO COHEN 50 PERCENT, LEON COHEN 50

20   PERCENT.

21   BY MR. NEIMAN:

22   Q.  AND FURTHER DOWN ON THE DOCUMENT WHOSE NAME IS LISTED AS

23   THE OWNER OR ATTORNEY NAME?

24   A.  HABIB LEVY.

25   Q.  IS THAT YOUR SIGNATURE TO THE RIGHT?
```

1   A.  NO, SIR.

2   Q.  AND WHAT IS THE NAME OF THE NOTARY WHO SUPPOSEDLY NOTARIZED

3   THIS DOCUMENT?

4   A.  ERIAN MANZANERES.

5   Q.  MR. LEVY, HAVE YOU EVER BANKED OR OPENED A BANK ACCOUNT AT

6   A UNION PLANTERS?

7   A.  I'VE NEVER HEARD ABOUT THAT BANK.

8   Q.  HOW ABOUT A REGIONS BANK?

9   A.  NO.

10  Q.  IF I COULD DIRECT YOUR ATTENTION TO WHAT'S BEEN MARKED AS

11  GOVERNMENT'S EXHIBIT 150-I ALREADY IN EVIDENCE.

12          DO YOU SEE THIS DOCUMENT; WHAT IS LISTED AS THE

13  ACCOUNT HOLDER'S NAME?

14  A.  BIGBURY SHIPPING LIMITED.

15  Q.  DO YOU KNOW WHAT BIGBURY SHIPPING LIMITED IS?

16  A.  I NEVER HEARD ABOUT THEM.

17  Q.  WERE YOU IN ANY WAY AN OWNER OR A PARTNER IN BIGBURY, TO

18  YOUR KNOWLEDGE?

19  A.  NO, SIR.

20  Q.  DID YOU EVER TALK WITH MAURICIO COHEN REGARDING A COMPANY

21  CALLED BIGBURY SHIPPING LIMITED?

22  A.  NO, SIR.

23  Q.  DID YOU EVER TALK TO LEON COHEN ABOUT A COMPANY NAMED

24  BIGBURY SHIPPING LIMITED?

25  A.  NO, SIR.

1  Q.  IS THAT YOUR SIGNATURE ON THIS DOCUMENT?

2  A.  NO, SIR.

3  Q.  YOU SEE ON THIS DOCUMENT WHERE IT SAYS YOUR NAME, HABIB

4  LEVY?

5  A.  YES, SIR.

6  Q.  IS THAT YOUR ADDRESS UNDERNEATH IT?

7  A.  NO, SIR.

8  Q.  AND AT THE BOTTOM OF THIS FORM, IS THAT YOUR SIGNATURE?

9  A.  NO, SIR.

10        THE COURT:  WHAT IS THAT EXHIBIT NUMBER?  ARE WE STILL

11  ON 150-I.

12        MR. NEIMAN:  150-I, YOUR HONOR.

13        THE COURT:  THANK YOU.

14        MR. NEIMAN:  IF I MAY HAVE A MOMENT, YOUR HONOR,

15  PLEASE.

16  BY MR. NEIMAN:

17  Q.  MR. LEVY, I'M GOING TO SHOW YOU WHAT'S BEEN MARKED AND

18  ALREADY ADMITTED INTO EVIDENCE AS GOVERNMENT'S EXHIBIT 318.  TO

19  YOUR KNOWLEDGE, DID YOU EVER WRITE ANY CHECKS OR ENDORSE OR

20  SIGN ANY CHECKS ON BEHALF OF BIGBURY AT A UNION PLANTERS BANK

21  ACCOUNT?

22  A.  NO, SIR.

23  Q.  IF I COULD DIRECT YOUR ATTENTION TO A CHECK CONTAINED

24  WITHIN GOVERNMENT EXHIBIT NUMBER 1002, IS THAT YOUR SIGNATURE?

25  A.  NO, SIR.

1  Q.  HAVE YOU EVER HEARD OF THE INDIVIDUAL THE CHECK IS MADE

2  PAYABLE TO?

3  A.  NO, SIR.

4  Q.  HOW ABOUT THE NEXT CHECK NUMBERED 1005, IS THAT YOUR

5  SIGNATURE?

6  A.  NO, SIR.

7  Q.  THIS NEXT CHECK, 1005 AS WELL, IS THAT YOUR SIGNATURE?

8  A.  NO, SIR.

9  Q.  ON THE PREVIOUS 1005, DO YOU RECOGNIZE THE HANDWRITING?

10  A.  YES, SIR.

11  Q.  WHOSE HANDWRITING IS IT?

12  A.  MAURICIO COHEN.

13  Q.  CHECK NUMBER 1009, IS THAT YOUR SIGNATURE?

14  A.  NO, SIR.

15  Q.  CHECK 1007, IS THAT YOUR SIGNATURE?

16  A.  NO, SIR.

17  Q.  I'M GOING TO CHANGE GEARS, MR. LEVY.

18         LAST THURSDAY WE TALKED A LITTLE BIT ABOUT YOUR

19  PARENTS.  WHAT WERE YOUR PARENTS' NAMES?

20  A.  MY FATHER'S NAME WAS JOSEPH LEVY, AND MY MOTHER'S BERTHA

21  SIBONY.

22  Q.  WHEN YOU MOVED TO VENEZUELA, DID YOUR PARENTS MOVE WITH

23  YOU?

24  A.  NO, THEY MOVED LATER ON.

25  Q.  HOW MUCH LATER DID THEY MOVE?

1    A.  I DON'T REMEMBER WELL, BUT I THINK IT COULD HAVE BEEN TWO

2    OR THREE YEARS LATER.

3    Q.  AND WHEN DID YOU MOVE TO VENEZUELA?

4    A.  I MOVED TO VENEZUELA AT THE BEGINNING OF '70, 1970.

5    Q.  WHEN YOUR FATHER MOVED TO VENEZUELA A COUPLE YEARS AFTER

6    YOU DID, WHAT DID HE DO FOR WORK IN VENEZUELA?

7    A.  MY FATHER DIDN'T WORK.  HE HELPED ME IN MY BUSINESS.

8    Q.  IN THE DIAPER BUSINESS?

9    A.  AT THAT TIME I DIDN'T HAVE THE DIAPER BUSINESS YET.

10   Q.  WHAT BUSINESS DID YOU HAVE AT THAT TIME?

11   A.  I HAD A BUSINESS OF IMPORT AND MANUFACTURING OF BABY

12   SUPPLIES.

13   Q.  WHEN YOUR PARENTS FIRST MOVED TO VENEZUELA, WHERE DID THEY

14   LIVE?

15   A.  IN CARACAS IN AN APARTMENT.

16   Q.  CAN YOU PLEASE DESCRIBE THE APARTMENT.

17   A.  IT WAS A SMALL APARTMENT THAT THEY WERE RENTING, MIDDLE

18   CLASS.

19   Q.  HOW LONG DID YOUR PARENTS REMAIN IN THAT APARTMENT?

20   A.  I COULDN'T TELL YOU EXACTLY, BUT I BELIEVE THAT ALMOST ALL

21   OF THE TIME THAT THEY LIVED IN VENEZUELA.  ALMOST ALL THE TIME.

22   MAYBE THE LAST TWO OR THREE YEARS THEY DID NOT LIVE THERE.  I

23   DON'T REMEMBER WELL.

24   Q.  YOU SAID THEY RENTED THE APARTMENT?

25   A.  YES, SIR.

1   Q.  WHO DID THEY RENT THE APARTMENT FROM, IF YOU KNOW?

2   A.  I DON'T KNOW.

3   Q.  THOSE LAST FEW MONTHS, WHERE DID THEY LIVE IN VENEZUELA?

4   A.  WHAT LAST FEW MONTHS?

5   Q.  YOU SAID AT SOME POINT YOUR PARENTS MOVED OUT OF THIS

6   APARTMENT IN CARACAS.  WHERE DID THEY MOVE TO?

7   A.  MY MOTHER GOT SICK WITH CANCER.  AND MY SISTER, MY SISTERS

8   DECIDED THAT THEY HAD TO GIVE HER SOME BETTER MONTHS, AND THEY

9   MOVED TO AN APARTMENT THAT BELONGED TO MAURICIO COHEN.

10  Q.  AND WHERE WAS THAT APARTMENT?

11  A.  IN CARACAS, ON A HILL.

12  Q.  DID YOUR MOTHER END UP PASSING OF CANCER?

13  A.  MY MOTHER ENDED UP PASSING OF CANCER.

14  Q.  APPROXIMATELY WHEN?

15  A.  IN THE YEAR '88 I BELIEVE.  '87, '88.

16  Q.  AND YOUR FATHER, WHAT DID HE DO AFTER YOUR MOTHER PASSED,

17  AS FAR AS LIVING, WHERE DID HE LIVE?

18  A.  HE BOUGHT A SMALL APARTMENT IN AN AREA OF CARACAS, AND

19  THAT'S WHERE HE LIVED UNTIL HE PASSED AWAY.

20  Q.  AND WHEN DID YOUR FATHER PASS?

21  A.  MY FATHER PASSED AWAY ON FEBRUARY 19TH, 1995.

22  Q.  WERE YOU CLOSE WITH YOUR FATHER JOSEPH LEVY?

23  A.  VERY CLOSE.

24  Q.  DID YOU GET A CHANCE -- DID YOU BY ANY CHANCE GET TO KNOW

25  SOME OF HIS FRIENDS IN VENEZUELA?

1  A.  YES, SIR.

2  Q.  HOW SO?

3  A.  WELL, I SAW HIS FRIENDS AT GATHERINGS THAT HE HAD AT HIS

4  HOME.

5  Q.  AND DID YOUR FATHER HAVE FRIENDS THAT HE WAS CLOSE WITH

6  OUTSIDE OF VENEZUELA?

7  A.  I DON'T KNOW.

8  Q.  HAVE YOU EVER HEARD OF A FRIEND OF YOUR FATHER'S NAMED

9  JAVIER SCHIMPT, THAT'S S-C-H-I-M-P-T?

10  A.  NO, SIR.

11  Q.  HOW ABOUT A ROBERTO TORRES, T-O-R-R-E-S?

12  A.  NO, SIR.

13  Q.  DID YOUR FATHER JOSEPH LEVY, TO YOUR KNOWLEDGE, HAVE A

14  FRIEND NAMED FRANCOIS, F-R-A-N-C-O-I-S, LAVALLE, L-A-V-A-L-L-E?

15  A.  NO, SIR.

16  Q.  DOES THAT NAME EVEN SOUND REMOTELY FAMILIAR?

17  A.  ABSOLUTELY NOT.

18  Q.  HOW ABOUT JIM COX, C-O-X?

19  A.  NO.

20  Q.  NO, YOU NEVER HEARD OF HIM OR NO -- HAVE YOU HEARD OF A JIM

21  COX?

22  A.  NO, SIR.

23  Q.  CAN YOU PLEASE COMPARE YOUR FATHER'S LAST APARTMENT IN

24  VENEZUELA TO THE APARTMENT THAT YOUR FATHER BORROWED FROM

25  MAURICIO COHEN WHEN YOUR MOTHER WAS ILL?

1  A.  MY FATHER'S APARTMENT HAD A HUNDRED -- WAS A HUNDRED AND

2  FIFTY SQUARE METERS APPROXIMATELY.  AND MAURICIO'S WAS SEVEN

3  HUNDRED SQUARE METERS.

4  Q.  WHEN YOUR FATHER PASSED, DID HE HAVE WEALTH?

5  A.  NO, SIR.

6  Q.  DID HE LEAVE ANY MONEY BEHIND TO THE FAMILY?

7  A.  YES.  HE LEFT MONEY TO MY TWO SISTERS.

8  Q.  WERE YOU GIVEN ANY MONEY?

9  A.  NO, SIR.

10  Q.  WHY NOT?

11  A.  MY FATHER WAS A VERY FAIR MAN, AND HE THOUGHT -- WHEN HE

12  PASSED AWAY, HE THOUGHT THAT SONIA AND I WERE PEOPLE WITH

13  MONEY.  AND MY TWO OTHER SISTERS, THAT MAURICIO AND I WERE

14  PEOPLE WHO HAD MONEY, AND MY OTHER TWO SISTERS WERE POOR.  AND

15  HE LEFT ALL HIS MONEY TO THEM.

16  Q.  HOW MUCH MONEY DID HE LEAVE TO THEM APPROXIMATELY?

17  A.  THEY NEVER TOLD ME.  BUT I ESTIMATE THAT APPROXIMATELY TWO

18  OR THREE MILLION DOLLARS.

19  Q.  WHAT WERE THE NAMES OF YOUR TWO SISTERS, OTHER THAN SONIA?

20  A.  KATIA AND ANNA.

21  Q.  AND THAT'S K-A-T-I-A?

22  A.  YES, SIR.

23  Q.  WHERE DOES KATIA LIVE?

24  A.  IN TORONTO, CANADA.

25  Q.  ARE YOU CLOSE WITH HER?

```
 1   A.   YES.  I WAS ALWAYS VERY CLOSE TO ALL MY SISTERS.

 2   Q.   HAVE YOU VISITED HER IN TORONTO?

 3   A.   ON SEVERAL OCCASIONS.

 4   Q.   IS SHE MARRIED?

 5   A.   SHE'S A WIDOW.

 6   Q.   DOES SHE HAVE ANY CHILDREN?

 7   A.   FIVE CHILDREN.

 8   Q.   CAN YOU DESCRIBE WHAT THEIR HOUSE IN TORONTO LOOKS LIKE,

 9   PLEASE.

10        MR. PASANO:  WITH ALL DUE RESPECT, OBJECTION TO

11   RELEVANCE.

12        MR. NEIMAN:  I CAN EXPLAIN AT SIDEBAR IF NEED BE, YOUR

13   HONOR, OR HERE IF YOU RATHER.

14        THE COURT:  LET'S GO SIDEBAR.

15        [SIDEBAR CONFERENCE]

16        THE COURT:  YES?

17        MR. NEIMAN:  YOUR HONOR, IN OPENING AND THROUGHOUT

18   TRIAL, I ANTICIPATE MR. PASANO AND DEFENSE IS GOING TO SAY THE

19   MONEY WAS THAT OF JOSEPH LEVY AND HIS FRIENDS.  AND I THINK

20   IT'S IMPORTANT THAT HABIB LEVY'S OTHER TWO SISTERS DON'T HAVE

21   EXTRAVAGANT LIFE-STYLES OR WEALTH WHICH WOULD PROVIDE THAT.

22        THEREFORE THERE WAS -- IF JOSEPH LEVY'S MONEY, WHY

23   WOULD HE NOT HAVE DISTRIBUTED IT EQUALLY AMONG THE FOUR

24   SIBLINGS AS OPPOSED TO ONE, WHICH THEY ARE TRYING TO ARGUE IT

25   IS.
```

```
 1            THE COURT:  WELL, HERE IS THE PROBLEM.  I AM GOING TO

 2   RULE THIS WAY.  AT THIS POINT I THINK THAT YOU COVERED IT

 3   ENOUGH.  I DON'T THINK WE NEED TO DO ANYTHING ELSE.  BUT THEN

 4   IF IT BECOMES NECESSARY -- IF IT IS BROUGHT OUT ON CROSS WHERE

 5   YOU NEED TO GO INTO IT ON REDIRECT, I WILL RECONSIDER IT AT

 6   THAT POINT.

 7            BUT I DON'T THINK YOU NEED TO GO INTO IT ANY FURTHER

 8   AT THIS POINT AS TO WHAT KIND OF A HOUSE THEY HAD AND SO FORTH.

 9            MR. NEIMAN:  I UNDERSTAND.  ONE CLARIFYING QUESTION.

10   AM I ALLOWED TO ELICIT SOME MORE INFORMATION AS TO THE OTHER

11   SISTER, WHERE SHE LIVES NOW?

12            THE COURT:  YOU CAN ASK THAT, YES.

13            [IN OPEN COURT]

14   BY MR. NEIMAN:

15   Q.  ARE YOU CLOSE WITH YOUR SISTER ANNA?

16   A.  YES, SIR.

17   Q.  WHERE DOES SHE LIVE?

18   A.  IN CARACAS.

19   Q.  IS SHE MARRIED?

20   A.  SHE'S DIVORCED.

21   Q.  DOES SHE HAVE CHILDREN?

22   A.  YES, SIR.

23   Q.  MR. LEVY, DO YOU HAVE A HOME IN SOUTH FLORIDA?

24   A.  YES, SIR.

25   Q.  HOW DOES IT COMPARE -- OR CAN YOU PLEASE DESCRIBE YOUR
```

 1   HOME.

 2   A.  I LIVE IN BAL HARBOR, IN A PRETTY LUXURIOUS APARTMENT, VERY

 3   NICE, AROUND THREE THOUSAND SQUARE FEET.  WHICH I BOUGHT IN THE

 4   YEAR 2008.

 5   Q.  AND WHERE DID YOU LIVE PRIOR TO THAT IN SOUTH FLORIDA -- OR

 6   WHERE IN SOUTH FLORIDA DID YOU HAVE A HOME PRIOR TO 2008?

 7   A.  ON SUNNY ISLAND.

 8   Q.  WHERE ON SUNNY ISLAND -- ISLE?

 9   A.  IN A BUILDING WITH THE NAME OF OCEANA ONE.

10   Q.  AND THAT'S O-C-E-A-N-A?

11   A.  YES.

12   Q.  DID YOU SELL YOUR APARTMENT IN SUNNY ISLES?

13   A.  YES, I SOLD IT IN 2007.  2007, 2008.  I DON'T REMEMBER

14   EXACTLY.

15   Q.  AND WHAT DID YOU DO WITH THE PROCEEDS OF THE SALE?

16   A.  I SOLD IT FOR SIX HUNDRED AND FIFTY THOUSAND DOLLARS.  AND

17   AFTER PAYING MY TAXES, I GAVE THAT MONEY AS A DOWN PAYMENT FOR

18   THE APARTMENT THAT I BOUGHT.

19   Q.  HOW DOES YOUR APARTMENT ON SUNNY ISLES COMPARE TO MAURICIO

20   COHEN'S HOME IN FISHER ISLAND?

21   A.  THE APARTMENT ON OCEANA WAS APPROXIMATELY FIFTEEN HUNDRED

22   SQUARE FEET.  MAURICIO COHEN'S HOUSE WAS OVER EIGHT THOUSAND

23   SQUARE FEET.

24   Q.  PRIOR TO 2008, WHAT CAR DID YOU DRIVE WHEN YOU WERE IN

25   SOUTH FLORIDA?

```
 1  A.  I HAD A JEEP CHEROKEE FOR SEVEN YEARS.

 2  Q.  HOW DOES IT COMPARE TO MAURICIO COHEN'S BENTLEY?

 3  A.  THERE IS NO COMPARISON.  BENTLEY AGAINST A JEEP?

 4  Q.  HOW DOES YOUR APARTMENT IN SUNNY ISLES COMPARE TO THE HOME

 5  OF LEON COHEN?

 6  A.  THE APARTMENT I HAD IN SUNNY ISLES WAS SMALL APARTMENT OF

 7  APPROXIMATELY FIFTEEN HUNDRED SQUARE FEET.  LEON'S HOUSE WAS A

 8  VERY BIG HOUSE OF ABOUT TEN THOUSAND SQUARE FEET APPROXIMATELY.

 9  Q.  WE TALKED EARLIER ABOUT A BOAT OR A YACHT THAT YOU WERE

10  PARTNERS WITH WITH MAURICIO.  DO YOU REMEMBER THAT?

11  A.  YES, SIR.

12  Q.  WHERE WAS THAT -- HOW WOULD YOU CALL IT, WOULD YOU CALL IT

13  A BOAT OR A YACHT?

14  A.  A YACHT.

15  Q.  WHERE WAS THAT YACHT LOCATED?

16  A.  IN THE CITY IN THE SOUTH OF FRANCE BETWEEN MONTE CARLO AND

17  CHANS

18  Q.  AND WHAT WAS THE NAME OF THE BOAT?

19  A.  SONIA C.

20  Q.  WHY WAS IT CALLED THE SONIA C?

21  A.  THAT IS MY SISTER'S NAME.

22  Q.  AND IS IT SEA AS IN S-E-A, OR IS IT C AS IN THE LETTER C?

23  A.  THE LETTER C.

24  Q.  DO YOU KNOW WHETHER OR NOT MAURICIO COHEN HAD A BOAT OR A

25  YACHT IN SOUTH FLORIDA OTHER THAN THE SONIA C?
```

```
 1  A.  YES, SIR.

 2  Q.  WHAT DID HE HAVE?

 3          PLEASE DESCRIBE WHETHER IT WAS A BOAT OR A YACHT.

 4  A.  A YACHT I BELIEVE.

 5  Q.  WHAT WAS THE NAME OF THIS YACHT?

 6  A.  SONIA JET.

 7          THE COURT:  HOW DO YOU SPELL THE LAST NAME?

 8          THE WITNESS:  J-E-T.

 9          THE COURT:  THANK YOU.

10  BY MR. NEIMAN:

11  Q.  WHERE WAS THE SONIA JET DOCKED, IF YOU KNOW?

12  A.  I SAW IT DOCKED ONCE IN FISHER ISLAND.

13  Q.  MR. LEVY, DID YOU HAVE A PLACE IN NEW YORK CITY?

14  A.  YES, SIR.

15  Q.  CAN YOU PLEASE DESCRIBE YOUR PLACE IN NEW YORK CITY.

16  A.  IT WAS LOCATED ON 69TH AND THIRD.  AN APARTMENT OF

17  APPROXIMATELY EIGHTEEN HUNDRED SQUARE FEET, THAT I PURCHASED IN

18  1991 OR 1992, THAT I PURCHASED AFTER I SOLD MY COMPANY.

19  Q.  WHAT WAS THE NAME OF THE BUILDING YOUR APARTMENT IN

20  NEW YORK CITY WAS IN?

21  A.  TRUMP PALACE.

22  Q.  WAS IT THE SAME TRUMP BUILDING THAT MAURICIO COHEN'S

23  APARTMENT WAS IN?

24  A.  NO, SIR.

25  Q.  HOW DID YOUR APARTMENT IN NEW YORK CITY COMPARE TO MAURICIO
```

 1  COHEN'S APARTMENT IN NEW YORK CITY?

 2  A.  AS I SAID BEFORE, MY APARTMENT HAD APPROXIMATELY EIGHTEEN

 3  SQUARE FEET -- EIGHTEEN HUNDRED.  AND MAURICIO'S APARTMENT HAD

 4  APPROXIMATELY TEN THOUSAND SQUARE FEET.

 5          MR. NEIMAN:  IF I MAY HAVE A MOMENT, YOUR HONOR,

 6  PLEASE.

 7          YOUR HONOR, I HAVE NO OTHER QUESTIONS AT THIS TIME.

 8          THE COURT:  ALL RIGHT.  CROSS-EXAMINATION.

 9          THANK YOU.

10          MR. PASANO:  MAY I PROCEED, YOUR HONOR?

11          THE COURT:  YES, SIR.

12          MR. PASANO:  THANK YOU, SIR.

13                      CROSS EXAMINATION

14  BY MR. PASANO:

15  Q.  MR. LEVY, GOOD AFTERNOON.  MY NAME IS MIKE PASANO, AND I

16  REPRESENT, ALONG WITH MARISSEL DESCALZO, LEON COHEN AND

17  MAURICIO COHEN.

18  A.  GOOD AFTERNOON.

19  Q.  AND THIS IS THE FIRST WE HAVE SPOKEN, CORRECT?

20  A.  YES, THAT'S RIGHT.

21  Q.  NOW, YOU HAD SPOKEN TO THE GOVERNMENT AGENTS AND

22  PROSECUTORS IN PERSON AS EARLY AS MAY 19TH OF THIS YEAR,

23  CORRECT?

24  A.  I DON'T REMEMBER THE EXACT DATE.

25  Q.  AROUND MAY OF THIS YEAR, AFTER MAURICIO COHEN AND LEON

1  COHEN HAD BEEN ARRESTED, DO YOU REMEMBER MEETING?

2  A.  YES, SIR.

3  Q.  AND YOU MET AGAIN IN PERSON WITH THE PROSECUTORS AND THE

4  AGENTS EARLIER THIS MONTH ON SEPTEMBER THE 8TH, CORRECT?

5  A.  YES, SIR.

6  Q.  AND YOU SPOKE WITH THEM AGAIN IN PERSON ON SEPTEMBER 15TH,

7  CORRECT?

8  A.  YES, SIR.

9  Q.  AND AT LEAST AT SOME OF THESE MEETINGS YOU HAD YOUR OLDEST

10  SON WHO IS PRESENT IN COURT WITH YOU, CORRECT?

11  A.  YES, SIR.  HE WAS ACTING AS A TRANSLATOR.

12  Q.  AND YOU ALSO HAD LAWYERS WITH YOU, INCLUDING THE LAWYER

13  THAT'S IN COURT TODAY?

14  A.  YES, SIR.

15  Q.  AND YOU TOLD US YOU SPEAK THE SPANISH LANGUAGE AS A PRIMARY

16  LANGUAGE; IS THAT RIGHT?

17  A.  YES, SIR.

18  Q.  YOU ALSO SPEAK FRENCH, CORRECT?

19  A.  PERFECTLY, SIR.

20  Q.  AND YOU SPEAK SOME ENGLISH, CORRECT?

21  A.  VERY LITTLE.  BUT I DO UNDERSTAND IT.

22  Q.  YOU'VE ASKED TO USE AN INTERPRETER BECAUSE YOU'RE MOST

23  COMFORTABLE SPEAKING IN THE SPANISH LANGUAGE; IS THAT FAIR TO

24  SAY?

25  A.  THAT'S RIGHT.

1   Q.  AND THERE IS NOTHING WRONG WITH WANTING TO BE COMFORTABLE

2   IN SPEAKING IN A LANGUAGE AND HEARING A LANGUAGE WITH WHICH

3   YOU'RE FAMILIAR, CORRECT?

4   A.  I BELIEVE SO, YES.

5   Q.  NOW, YOU APPRECIATE IN THIS COURTROOM AS YOU ANSWER

6   QUESTIONS THE NEED TO BE ACCURATE, CORRECT?

7   A.  OF COURSE.

8   Q.  AND FROM TIME TO TIME OVER THURSDAY AND TODAY, THE

9   PROSECUTOR, HE SHOWED YOU DOCUMENTS AND AND ASKED YOU QUESTIONS

10  ABOUT DOCUMENTS, CORRECT?

11  A.  THAT'S RIGHT, SIR.

12  Q.  FOR INSTANCE, WE SAW A NUMBER OF DOCUMENTS WITH THE NAME

13  WHITEBURY ON THEM, CORRECT?

14  A.  YES, SIR.

15  Q.  AND TODAY FOR EXAMPLE WHEN THE PROSECUTOR WAS ASKING YOU

16  QUESTIONS ABOUT THESE WHITEBURY DOCUMENTS, YOU WOULD SAY, WOULD

17  YOU NOT, OVER AND OVER AGAIN, I'VE NEVER SEEN THESE DOCUMENTS.

18          WASN'T THAT YOUR TESTIMONY?

19  A.  THAT'S CORRECT.

20  Q.  YOU TOLD US YOU HAD NEVER SEEN THEM BEFORE; WASN'T THAT

21  YOUR TESTIMONY?

22  A.  THAT WAS MY TESTIMONY, THAT I NEVER SAW THEM BEFORE

23  MR. COHEN'S ARREST.

24  Q.  AND THE REASON I ASKED, SIR, IS THAT IN COURT YOU NEVER

25  ADDED WHEN YOU WERE LOOKING AT DOCUMENTS AND SAID I'VE NEVER

 1  SEEN IT BEFORE, YOU DIDN'T ADD THE BEFORE MR. COHEN'S ARREST,

 2  RIGHT, YOU JUST SAID I'VE NEVER SEEN IT BEFORE?

 3  A.  THAT'S WHAT I WAS UNDERSTANDING.

 4  Q.  BUT JUST TO BE ACCURATE, MANY OF THE DOCUMENTS THAT YOU

 5  SAID YOU NEVER SAW BEFORE, YOU'VE ACTUALLY BEEN STUDYING OVER

 6  THE LAST THREE OR FOUR MONTHS AS YOU'VE MET WITH THE

 7  PROSECUTORS AND THE AGENTS, CORRECT?

 8  A.  SOME DOCUMENTS.  SOME OTHERS I DIDN'T.

 9  Q.  NOW, A MOMENT AGO MR. NEIMAN ASKED YOU ABOUT THE CAR YOU

10  DROVE IN SOUTH FLORIDA.  DO YOU REMEMBER THAT QUESTION?

11  A.  I REMEMBER.

12  Q.  AND I THINK YOU TOLD US ABOUT A JEEP CHEROKEE; IS THAT

13  RIGHT?

14  A.  YES.  IN THE LAST SEVEN YEARS.  EXCUSE ME, IN THE LAST

15  THREE YEARS.

16  Q.  WHAT ABOUT THE BMW X5 THAT YOU KEEP OVER ON COLLINS AVENUE,

17  ISN'T THAT A CAR YOU HAVE ACCESS TO?

18  A.  I PURCHASED THAT CAR IN 2008.

19  Q.  AND YOU HAVE A PORSCHE THAT YOU KEEP IN SPAIN, RIGHT?

20  A.  YES, SIR.

21  Q.  AND IN VENEZUELA, A MERCEDES?

22  A.  IN VENEZUELA I HAVE A MERCEDES, YES, SIR.

23  Q.  IN FACT, ISN'T IT ONE OF THOSE LIKE BULLETPROOF MERCEDES

24  THAT YOU HAVE WITH BODYGUARDS TO PROTECT YOU?

25  A.  NO, SIR.

1  Q.  YOU DO HAVE BODYGUARDS?

2  A.  I DON'T HAVE BODYGUARDS.

3  Q.  A CHAUFFEUR?

4  A.  YES, SIR.  IT'S THE HOUSE'S DRIVER.

5  Q.  NOW, YOU'VE TOLD US THAT YOUR FATHER, WHO PASSED AWAY IN

6  1995, WAS NAMED JOSEPH LEVY, CORRECT?

7  A.  YES, SIR.

8  Q.  AND YOUR FATHER WAS A BUSINESSMAN WHEN HE WAS WORKING,

9  CORRECT?

10  A.  YES, OF COURSE.

11  Q.  NOW, YOU'VE TOLD THIS JURY A COUPLE OF TIMES THAT IN YOUR

12  OPINION YOUR FATHER WAS NOT WEALTHY, CORRECT?

13  A.  THAT'S CORRECT.

14  Q.  BUT APPARENTLY HE WAS WEALTHY ENOUGH TO LEAVE TWO OF YOUR

15  SISTERS A SUM OF MONEY AROUND TWO MILLION OR MORE DOLLARS,

16  CORRECT?

17  A.  YES.  THEY WERE ALL HIS SAVINGS.

18  Q.  IN FACT, YOUR FATHER, WAS HE NOT, WAS A SUCCESSFUL

19  BUSINESSMAN DURING HIS ADULT LIFE?

20  A.  WHEN HE WAS YOUNG, YES.

21  Q.  HE OWNED SEVERAL BUSINESSES, CORRECT?

22  A.  IN TANGIER, MOROCCO, YES.

23  Q.  IN MOROCCO, FOR EXAMPLE, I THINK YOU TOLD US YOUR FATHER

24  WAS A BUTANE GAS DISTRIBUTOR?

25  A.  THAT'S RIGHT.

1  Q.  BUT ACTUALLY HE OWNED THE COMPANY IN MOROCCO, CORRECT?

2  A.  YES, SIR.

3  Q.  AND THE COMPANY, IT HAD THE GAS CONCESSION FOR ALL OF NORTH

4  AFRICA, RIGHT?

5  A.  THAT'S NOT TRUE.

6  Q.  IT WAS A VERY VALUABLE COMPANY, CORRECT?

7  A.  IT WAS A SMALL COMPANY THAT DISTRIBUTED GAS IN A CITY -- IN

8  A SMALL CITY OF A HUNDRED AND FIFTY THOUSAND INHABITANTS.

9  Q.  NOW, YOU MENTIONED TO THE JURY THAT WHEN YOU GOT TO KNOW

10  MAURICIO COHEN, HE HAD A JUDO SCHOOL; IS THAT YOUR TESTIMONY?

11  A.  YES, SIR.

12  Q.  AND THAT WAS IN MOROCCO, CORRECT?

13  A.  YES, SIR.

14  Q.  AND AT SOME POINT LATER AS YOU GOT TO KNOW MAURICIO COHEN,

15  HE -- MAURICIO COHEN MARRIED YOUR SISTER SONIA, CORRECT?

16  A.  YES, THAT'S RIGHT.

17  Q.  AND AND THEN HE WENT TO WORK FOR YOUR FATHER'S GAS COMPANY,

18  CORRECT?

19  A.  I DON'T KNOW.  I WAS TOO YOUNG THEN.

20  Q.  NOW, YOUR FATHER JOSEPH LEVY DIDN'T JUST HAVE THAT BUTANE

21  GAS COMPANY BUT OTHER BUSINESSES AS WELL, CORRECT?

22  A.  YES, SIR.

23  Q.  THOSE INCLUDED, I THINK YOU TOLD US, MOVIE THEATERS,

24  CORRECT?

25  A.  HE HAD ONE MOVIE HOUSE IN A POPULAR AREA -- NEIGHBORHOOD.

 1   Q.  HE ACTUALLY HAD SEVERAL MOVIE HOUSES; DID HE NOT, SIR?

 2   A.  HE ONLY HAD ONE MOVIE HOUSE, AND IT WAS SMALL.

 3   Q.  HE OWNED CAFETERIAS AS WELL, CORRECT?

 4   A.  YES, SIR.

 5   Q.  BOTH IN MOROCCO AND LATER IN SPAIN, CORRECT?

 6   A.  THE ONLY ONE THAT I KNEW WERE THE ONES IN MOROCCO.

 7   Q.  NOW, WHEN WE TALK ABOUT CAFETERIAS, WE'RE NOT TALKING ABOUT

 8   THE KIND OF CAFETERIA THAT OPERATES IN THE UNITED STATES, WE'RE

 9   TALKING ABOUT A RESTAURANT; ARE WE NOT?

10   A.  THEY ARE CAFETERIAS THAT I USE AT THE SAME TIME AS WHERE --

11   COFFEE IS SOLD AND AS A CAFETERIA.

12   Q.  AND IS IT NOT -- WELL, LET ME BACK UP.

13          DID YOU JUST TELL US A MOMENT AGO THAT YOU'RE

14   UNFAMILIAR WITH THE CAFETERIAS THAT YOUR FATHER OWNED AND

15   OPERATED IN SPAIN?

16   A.  I NEVER KNEW ABOUT MY FATHER HAVING A CAFETERIA IN SPAIN.

17   Q.  AND YOU LIVED IN SPAIN FOR A WHILE WHILE YOUR FATHER AND

18   MOTHER WERE LIVING IN SPAIN, CORRECT?

19   A.  EXCUSE ME, I DIDN'T UNDERSTAND THE QUESTION.

20   Q.  YOU WERE LIVING FOR A WHILE IN SPAIN DURING THE SAME TIME

21   THAT YOUR MOTHER AND FATHER WERE WERE LIVING IN SPAIN, CORRECT?

22   A.  YES.  I LIVED IN SPAIN BEFORE MY PARENTS MOVED THERE.

23   Q.  AND WHILE YOU WERE STILL LIVING THERE, YOUR PARENTS MOVED

24   AND LIVED IN SPAIN FOR AT LEAST A WHILE, CORRECT?

25   A.  I DON'T REMEMBER EXACTLY, BUT I THINK MY PARENTS MOVED WHEN

 1   I MOVED TO VENEZUELA.

 2   Q.  BUT YOU TOLD US THAT THEY DIDN'T MOVE TO VENEZUELA UNTIL

 3   SEVERAL YEARS AFTER YOU HAD MOVED, CORRECT?

 4   A.  THAT'S CORRECT.

 5        MR. PASANO:  MAY I APPROACH THE WITNESS, YOUR HONOR?

 6   AND YOUR HONOR --

 7        THE COURT:  FEEL FREE TO DO SO.

 8        MR. PASANO:  THANK YOU, SIR.

 9        I'M GOING TO SHOW THE WITNESS AN EXHIBIT THAT'S MARKED

10   FOR ID PURPOSES AS 68, IT'S A NEW EXHIBITS, WHICH ARE

11   PASSPORTS.

12        THE COURT:  ALL RIGHT.  DEFENDANTS' 68.  THESE ARE?

13        MR. PASANO:  PASSPORTS.

14        THE COURT:  COPIES?

15        MR. PASANO:  COPIES OF PASSPORTS, YES, SIR.

16        THE COURT:  THANK YOU.

17   BY MR. PASANO:

18   Q.  SIR, LET ME ASK YOU TO LOOK AT WHAT WE'VE MARKED FOR

19   IDENTIFICATION AS DEFENDANTS' 68.

20        THE COURT:  ANY OBJECTION TO THIS EXHIBIT?

21        MR. NEIMAN:  NO, YOUR HONOR.

22        THE COURT:  DEFENDANTS' -- ARE YOU OFFERING IT?

23        MR. PASANO:  I WOULD OFFER IT, YOUR HONOR.

24        THE COURT:  DEFENDANTS' 68 IS IN EVIDENCE.

25        [DEFENDANTS' EXHIBIT 68 WAS MARKED AND RECEIVED IN

 1  EVIDENCE].

 2           MR. PASANO:  IF I CAN USE THE ELMO, YOUR HONOR?

 3           THE COURT:  GO RIGHT AHEAD.

 4  BY MR. PASANO:

 5  Q.  NOW, IT'S FAIR TO SAY, IS IT NOT, SIR, THAT FOR THE YEARS

 6  THAT HE WORKED YOUR FATHER WAS REFERRED TO AS AN INDUSTRIALIST,

 7  CORRECT?

 8  A.  IT WAS A WAY THAT HE WOULD PUT DOWN ON HIS DOCUMENTS, AS A

 9  INDUSTRIALIST.

10  Q.  AND AMONG THE DOCUMENTS THAT YOUR FATHER HAD, WERE

11  PASSPORTS FOR BOTH MOROCCO, AND LATER FOR VENEZUELA, CORRECT?

12  A.  I BELIEVE SO.

13  Q.  FOR EXAMPLE, THE FIRST PAGE OF THE EXHIBIT THAT WE'VE

14  MARKED IN EVIDENCE AS DEFENDANTS' 68, WE CAN SEE THAT'S A COPY

15  OF YOUR FATHER'S VENEZUELAN PASSPORT FOR AT LEAST A PERIOD OF

16  TIME, CORRECT, SIR?

17  A.  I IMAGINE SO.  HE NEVER SHOWED ME HIS PASSPORTS, BUT THIS

18  LOOKS LIKE AN EMERGENCY PASSPORT.

19  Q.  AND THIS PASSPORT, WHICH YOU DESCRIBED AS AN EMERGENCY

20  PASSPORT, AS YOU CAN SEE DESCRIBES HIS PROFESSION AS BEING AN

21  INDUSTRIALIST, CORRECT?

22  A.  WHERE SHOULD I SEE THAT?

23  Q.  I JUST CIRCLED IT ON THE SCREEN, SIR.

24  A.  YES, SIR, THAT'S WHAT IT SAYS.

25  Q.  AND THE DOCUMENT, AS WE LOOK THROUGH IT, CONTAINS A

1  PHOTOGRAPH OF YOUR FATHER, CORRECT?

2  A.  YES, SIR.

3  Q.  AND THIS PARTICULAR PASSPORT THAT WE'RE LOOKING AT FROM

4  VENEZUELA APPEARS TO BE ONE THAT EXPIRES IN 1978.  DO YOU SEE

5  WHERE I'VE CIRCLED ON THE SCREEN, SIR?

6  A.  THAT'S RIGHT.

7  Q.  NOW, YOUR FATHER IN HIS WORKING LIFE TRAVELED A BIT; DID HE

8  NOT, SIR?

9  A.  YES, HE WOULD TRAVEL ONCE IN A WHILE.

10  Q.  AND IN THIS PASSPORT THAT'S IN EVIDENCE WE WOULD SEE, FOR

11  EXAMPLE, SOME OF THE STAMPS THAT REFLECT SOME OF THE PLACES HE

12  WOULD TRAVEL, INCLUDING BARCELONA, CORRECT?

13  A.  YES.  IT SAYS ON THERE BARCELONA.

14  Q.  AND HE WOULD ALSO TRAVEL TO FRANCE AND ITALY AND OTHER

15  PLACES, CORRECT?

16  A.  I SUPPOSE SO.

17  Q.  AND HIS PASSPORT CONTAINS VISAS, FOR EXAMPLE, WITH RESPECT

18  TO HIS TRAVEL, CORRECT?

19          THIS PAGE I'M PUTTING ON THE SCREEN SHOWS FRANCE.

20  A.  YES, SIR.  THAT'S WHAT IT SHOWS THERE.

21  Q.  NOW, THE OTHER PART OF THIS EXHIBIT IS A SECOND PASSPORT.

22  THIS ONE IS FROM MOROCCO, CORRECT?

23  A.  THAT'S WHAT IT SHOWS.

24  Q.  AND WE CAN SEE THAT THIS PASSPORT SEEMS TO COVER A PERIOD

25  OF TIME UP TO ABOUT 1978, CORRECT?

 1   A.   YES, APPARENTLY SO.

 2   Q.   YOUR FATHER, BECAUSE HE WAS A BUSINESSMAN AND AN

 3   INDUSTRIALIST, DID BUSINESS ALL AROUND EUROPE AND NORTH AFRICA,

 4   CORRECT?

 5   A.   THAT I KNOW OF, ONLY IN MOROCCO.

 6   Q.   NOW, YOU'VE SAID THAT YOU VISITED MAURICIO COHEN AND YOUR

 7   SISTER SONIA IN PARIS; IS THAT CORRECT?

 8   A.   ON MANY OCCASIONS.

 9   Q.   AND YOUR FATHER, HE ALSO VISITED MAURICIO COHEN AND HIS

10   DAUGHTER SONIA IN PARIS, CORRECT?

11   A.   I SUPPOSE SO.

12   Q.   JUST AS HE VISITED YOU AND YOUR WIFE IN VENEZUELA, CORRECT?

13   A.   I DON'T REMEMBER EXACTLY.  I THINK THAT MY FATHER -- WHEN

14   MY FATHER CAME TO VENEZUELA, HE CAME AND STAYED IN VENEZUELA.

15   I DON'T REMEMBER EXACTLY.

16   Q.   NOW, WHEN YOUR FATHER WAS VISITING IN FRANCE AND VISITING

17   MAURICIO COHEN AND YOUR FATHER'S DAUGHTER SONIA, IS IT FAIR TO

18   SAY THAT YOUR FATHER JOSEPH HAD A GOOD RELATIONSHIP WITH

19   MAURICIO COHEN AND SONIA?

20   A.   MY FATHER ALWAYS HAD A VERY GOOD RELATIONSHIP WITH ALL OF

21   HIS CHILDREN.

22   Q.   AND YOUR FATHER HAD A GOOD RELATIONSHIP WITH HIS GRANDSON,

23   LEON COHEN, CORRECT?

24   A.   MY FATHER ADORED ALL OF HIS GRANDCHILDREN.

25   Q.   NOW, IN TERMS OF YOUR FATHER'S RELATIONSHIP BEFORE HE DIED

 1 | WITH MAURICIO COHEN, IT IS FAIR, IS IT NOT, TO SAY THAT YOUR

 2 | FATHER TRUSTED MAURICIO COHEN IN CONNECTION WITH BUSINESS?

 3 | A.  THAT'S A QUESTION I CANNOT ANSWER, BECAUSE I DO NOT KNOW

 4 | IT.

 5 | Q.  WELL, ISN'T IT A FACT, SIR, THAT THE REASON YOU DON'T KNOW,

 6 | IS THAT YOUR FATHER, FOR HIS OWN REASONS, CHOSE TO KEEP SOME

 7 | INFORMATION IN THOSE YEARS AWAY FROM YOU, AND TRUSTED THAT

 8 | INFORMATION TO HIS SON-IN-LAW MAURICIO COHEN?

 9 | A.  I CANNOT ANSWER THAT, BECAUSE I DO NOT KNOW IT.

10 | Q.  IT IS A FACT, IS IT NOT, SIR, THAT YOUR FATHER TRUSTED

11 | MAURICIO COHEN WITH DECISIONS RELATING TO INVESTMENTS OF YOUR

12 | FATHER'S ASSETS?

13 | A.  I DON'T KNOW.

14 | Q.  WELL, ISN'T IT TRUE, SIR, THAT BACK IN THE 1970'S AND

15 | 1980'S, WITH ALL RESPECT, YOU DID NOT HAVE GREAT EXPERIENCE

16 | HANDLING INVESTMENTS?

17 | A.  VERY LITTLE.

18 | Q.  NOW, YOU'VE TOLD US THAT YOU HAD A GOOD RELATIONSHIP WITH

19 | MAURICIO COHEN IN THE 1970'S AND 1980'S, CORRECT?

20 | A.  THAT'S CORRECT, SIR.

21 | Q.  TALKED TO HIM ON THE PHONE ON A REGULAR BASIS, CORRECT?

22 | A.  YES, SIR.

23 | Q.  AND AS YOU TOLD US, ON MANY OCCASIONS YOU SAW MAURICIO

24 | COHEN IN PARIS, CORRECT?

25 | A.  YES, SIR.

 1 | Q.  NOW, WHEN YOUR FATHER DIED IN 1995, YOU'VE TOLD US ABOUT

 2 | MONIES THAT WENT TO TWO OF YOUR SISTERS, CORRECT?

 3 | A.  YES, SIR.

 4 | Q.  BUT YOU WERE THE ONLY SON OF JOSEPH AND YOUR MOTHER,

 5 | CORRECT?

 6 | A.  THE ONLY MALE SON.

 7 | Q.  ISN'T IT A FACT, SIR, THAT UPON YOUR FATHER'S DEATH, YOU

 8 | INHERITED SHARES IN VARIOUS CORPORATIONS THAT YOUR FATHER HAD

 9 | INTERESTS IN?

10 | A.  NO, SIR.

11 | Q.  ISN'T IT A FACT, SIR, THAT IN THE 1970'S AND 1980'S, UP

12 | TILL THE TIME OF HIS DEATH IN 1995, YOUR FATHER HAD SHARES AND

13 | OWNERSHIP INTERESTS IN AN ENTITY CALLED COMPANIA EUROPAMERICA

14 | HOTELERIA?

15 | A.  I DON'T KNOW THAT.

16 | Q.  AND YOU TOLD US THAT YOU KNEW, FROM LIVING IN VENEZUELA,

17 | VARIOUS FRIENDS OF YOUR FATHER'S, CORRECT?

18 | A.  YES, SIR.  THAT'S WHAT I SAID.

19 | Q.  BUT THAT YOU DID NOT KNOW HIS FRIENDS OUTSIDE OF VENEZUELA.

20 | WAS THAT YOUR TESTIMONY?

21 | A.  I DID NOT KNOW THEM, OR I DIDN'T KNOW THEM BECAUSE I DIDN'T

22 | SEE THEM.

23 | Q.  SO A MAN NAMED SIDNEY COENSON, C-O-E-N-S-O-N, FOR EXAMPLE,

24 | DO YOU REMEMBER HAVING OCCASION TO EVER TALK WITH SIDNEY

25 | COENSON?

```
 1   A.   COENSON?

 2   Q.   C-O-E-N-S-O-N.

 3   A.   I DON'T REMEMBER, SIR.

 4   Q.   AND WHILE THE PROSECUTOR ASKED YOU ABOUT A MAN NAMED JAVIER

 5   SCHIMPT, DO YOU REMEMBER EVER MEETING AND HAVING OCCASION TO

 6   TALK WITH A MAN NAMED OSCAR SCHIMPT, WHO WAS A FRIEND OF YOUR

 7   FATHER'S?

 8   A.   I NEVER SPOKE WITH A MAN OSCAR SCHIMPT.

 9   Q.   NOW, YOU AGREE, SIR, THAT IN THE 1980'S AND 1990'S, YOU HAD

10   ACTUALLY BEGUN TO OPEN BANK ACCOUNTS AT REPUBLIC BANK IN

11   NEW YORK, CORRECT?

12   A.   YES, SIR.

13   Q.   AND IN MIAMI EVENTUALLY?

14   A.   YES, SIR.

15   Q.   AND IN GENEVA, CORRECT?

16   A.   YES, SIR.

17   Q.   ACCOUNTS IN YOUR OWN NAME, CORRECT?

18   A.   YES, SIR.

19   Q.   IN THE NAMES OF YOUR CHILDREN, CORRECT?

20   A.   YES, THAT'S CORRECT, TOO.

21   Q.   SOME OF THEM IN THE NAMES OF COMPANIES, CORRECT?

22   A.   YES.  BASICALLY TWO COMPANIES.

23   Q.   ONE OF THOSE TWO COMPANIES, SEASHORE, S-E-A-S-H-O-R-E,

24   FINANCE CORPORATION, CORRECT?

25   A.   YES, SIR, THAT'S RIGHT.
```

 1  Q.  AND ANOTHER COMPANY CALLED VILLA SARA, WHICH IS V-I-L-L-A

 2  S-A-R-A; IS THAT RIGHT?

 3  A.  YES, SIR, THAT'S RIGHT.

 4  Q.  NOW, SEASHORE, THAT'S A COMPANY THAT WAS FORMED IN THE

 5  BRITISH VIRGIN ISLANDS, CORRECT?

 6  A.  YES, THAT'S RIGHT, SIR.

 7  Q.  WHERE WAS VILLA SARA FORMED?

 8  A.  I DON'T REMEMBER EXACTLY, BUT I BELIEVE IT WAS ALSO IN THE

 9  BRITISH VIRGIN ISLANDS.

10  Q.  AND BOTH VILLA SARA AND SEASHORE WERE REGISTERED SHARE

11  COMPANIES.  I THINK YOU TOLD US SEASHORE WAS, CORRECT?

12  A.  BOTH SEASHORE AND VILLA SARA WERE REGISTERED COMPANIES.

13  Q.  NOT BEARER SHARER COMPANIES, CORRECT?

14  A.  NO, SIR.  NO.

15  Q.  AND THE GOVERNMENT SHOWED US AN EXHIBIT, LET ME PUT IT ON

16  THE SCREEN IF I MAY, GOVERNMENT EXHIBIT 217, WHICH IS ONE OF

17  THESE THINGS CALLED A BENEFICIAL OWNERSHIP LETTER.

18          DO YOU SEE THAT?

19  A.  YES, SIR.

20  Q.  IN THE NAME OF SEASHORE?

21  A.  YES, SIR.

22  Q.  BRITISH VIRGIN ISLANDS COMPANY?

23  A.  YES, SIR.

24  Q.  AND ON THIS FORM, SOMEONE HAS HANDWRITTEN YOUR NAME AND PUT

25  A HUNDRED PERCENT AS OWNERSHIP.

1              DO YOU SEE THAT?

2    A.  YES, SIR.

3    Q.  IS THAT YOUR HANDWRITING?

4    A.  NO, SIR.

5    Q.  BUT EVEN THOUGH IT'S A DOCUMENT THAT APPARENTLY YOU SAY

6    SOMEONE ELSE WROTE, YOU SIGNED IT, CORRECT?

7    A.  YES, SIR.

8    Q.  IS THAT SEPTEMBER 1ST, 2004?

9    A.  THAT'S WHAT IT SAYS THERE.

10   Q.  NOT JANUARY 9TH, OR DO YOU KNOW?

11   A.  NO.  JANUARY 9TH, 2004.

12   Q.  IN ANY EVENT, THIS SIGNATURE OVER HERE ON THE LEFT IS THE

13   SIGNATURE THAT YOU AGREE YOU SIGNED?

14   A.  YES, SIR.

15   Q.  AND THERE'S EVEN THAT BANK STAMP ON THERE, SIGNATURE

16   VERIFIED.  DO YOU SEE THAT?

17   A.  YES, SIR.

18   Q.  SO NOT ONLY DID SOMEBODY -- WELL, NOT ONLY DID YOU SIGN THE

19   DOCUMENT, BUT SOMEBODY VERIFIED YOUR SIGNATURE, CORRECT?

20   A.  YES, SIR.

21   Q.  NOW, SEASHORE, ALTHOUGH THIS FORM GOVERNMENT EXHIBIT 217

22   INDICATES THAT IT IS OWNED BY YOU, ACTUALLY IS NOT OWNED BY

23   YOU, CORRECT?

24   A.  IT IS.  IT BELONGS TO MY FOUR CHILDREN.

25   Q.  AND IN GOVERNMENT EXHIBIT 155-B, WE ACTUALLY HAVE THE

```
 1 │ CERTIFICATES FOR SEASHORE FINANCE COMPANY, CORRECT?

 2 │ A.  YES, SIR.

 3 │ Q.  EXECUTED ALL THE WAY BACK IN DECEMBER OF 1992, CORRECT?

 4 │ A.  YES, IT IS CORRECT.

 5 │ Q.  AND THERE IS A STOCK CERTIFICATE FOR BERTHA LEVY COHEN ON

 6 │ THE SCREEN.  DO YOU SEE THAT, SIR?

 7 │ A.  YES, BERTHA LEVY, YES.  MY DAUGHTER.

 8 │ Q.  AND ONE FOR YOUR DAUGHTER CAROLINA, CORRECT?

 9 │ A.  YES, IT IS CORRECT.

10 │ Q.  AND ONE FOR YOUR DAUGHTER PAOLA, CORRECT?

11 │ A.  IT IS CORRECT.

12 │ Q.  ONE FOR YOUR SON JOSEPH?

13 │ A.  THAT IS CORRECT.

14 │ Q.  AND ONE FOR YOUR DAUGHTER SARA?

15 │         OR IS THAT YOUR WIFE?

16 │ A.  NO, I DON'T HAVE -- NO, I DON'T HAVE ANY DAUGHTER NAMED

17 │ SARA.  THIS CERTIFICATE IN THE NAME OF SARA COHEN LEVY IS --

18 │ SHE'S MY WIFE.

19 │ Q.  SO IT TURNS OUT THAT SEASHORE IS OWNED BY YOUR FOUR

20 │ CHILDREN AND YOUR WIFE, ALL OF WHOM HAVE SHARE CERTIFICATES

21 │ THAT WE SEE IN THIS EXHIBIT 155-B, CORRECT?

22 │ A.  THAT IS CORRECT.

23 │ Q.  AND WE DON'T SEE ANYWHERE IN THE SHARE CERTIFICATES YOUR

24 │ NAME, CORRECT?

25 │ A.  THAT IS CORRECT.
```

```
 1  Q.  BUT SEASHORE IS A COMPANY YOU MANAGE, RIGHT?

 2  A.  YES, SIR.  I HAD A POWER OF ATTORNEY FROM MY CHILDREN.

 3  Q.  IT'S A COMPANY THAT YOU MAKE THE DECISIONS IN, CORRECT?

 4  A.  YES, SIR.

 5  Q.  IT'S A COMPANY, A B.V.I. COMPANY, IN WHICH YOU GIVE

 6  INSTRUCTIONS AND ORDERS TO THE BANK, CORRECT?

 7  A.  YES, SIR.

 8  Q.  AND YOU CAN DO ALL THAT EVEN THOUGH YOU'RE NOT THE OWNER,

 9  RIGHT?

10  A.  YES, BECAUSE I HAD A POWER OF ATTORNEY.

11  Q.  AND DOING ALL THOSE THINGS, MAKING THE DECISIONS AND GIVING

12  THE ORDERS AND TALKING TO THE BANK, DIDN'T MAKE YOU INTO THE

13  OWNER; DID IT?

14  A.  NO, SIR.

15  Q.  AND WHEN YOU SAY NO, AND IT'S THE WAY I ASK MY QUESTION, SO

16  I APOLOGIZE.  YOU ARE AGREEING WITH ME, CORRECT, SIR?

17  A.  CAN YOU REPEAT THE QUESTION, PLEASE.

18  Q.  JUST BECAUSE YOU ARE THE ONE MAKING THE DECISIONS, GIVING

19  THE ORDERS, AND TALKING TO THE BANKERS, DOES NOT MEAN THAT YOU

20  ARE THE OWNER OF THAT COMPANY, YOUR CHILDREN AND YOUR WIFE --

21  A.  THAT IS CORRECT.

22  Q.  NOW, YOU TOLD US THAT OVER THE YEARS IN THIS RELATIONSHIP

23  YOU HAD AT REPUBLIC AND LATER HSBC BANK, YOU'VE HAD THREE

24  BANKERS PRIMARILY HANDLING YOUR ACCOUNT, CORRECT?

25  A.  FROM THE POINT THAT IT TURNED INTO HSBC, THERE WERE THOSE
```

```
 1   THREE BANKERS THAT I MENTIONED TO THE U.S. ATTORNEY.

 2   Q.  AND THOSE THREE WOULD BE MONICA CALABRESE, CORRECT?

 3   A.  CORRECT.

 4   Q.  ALICIA -- IS IT MARRERA?

 5   A.  YES, SIR.

 6   Q.  AND THEN THE THIRD BANKER, WAS HER NAME ALIDA AND THE LAST

 7   NAME --

 8   A.  ELIDA BUILDIND.

 9   Q.  AND COULD YOU SPELL THE LAST NAME, I'M SORRY.

10   A.  B-U-I-L-D-I-N-D.  I AM NOT QUITE SURE THAT THAT'S THE

11   SPELLING.

12   Q.  THE FIRST NAME, THOUGH, ELIDA, IS THAT A-L-I-D-A?

13   A.  ELIDA.  E-L-I-D-A.

14   Q.  AND WITH THOSE BANKERS AND OTHERS, YOUR RELATIONSHIP WITH

15   REPUBLIC, IT GOES BACK MORE THAN TWENTY YEARS, CORRECT?

16   A.  YES.  YES, SIR.

17   Q.  AND THE GOVERNMENT SHOWED YOU A COUPLE OF DOCUMENTS EARLIER

18   TODAY THAT SHOW SOME OF THE KINDS OF INSTRUCTIONS THAT YOU WERE

19   GIVING TO YOUR BANKERS, CORRECT?

20   A.  YES, SIR.

21   Q.  GOVERNMENT EXHIBIT 251, FOR EXAMPLE, THAT THEY SHOWED YOU

22   WAS APRIL 17, OF 2001.  DO I HAVE THAT DATE RIGHT?

23   A.  WHERE DOES IT SAY SO?  YES, YES.

24   Q.  YOU HAVE IT UP THERE AT THE TOP, YOU HAVE IT DOWN HERE AT

25   THE BOTTOM.
```

 1  A.  YES.

 2  Q.  EXHIBIT 252 GOES ALL THE WAY BACK TO MARCH OF 1996.  DO YOU

 3  SEE THAT, SIR, AS I CIRCLED ON THE SCREEN?

 4  A.  YES.  YES, AT THAT POINT I WAS DEALING WITH MERCEDES HESS

 5  MANY YEARS AGO.

 6  Q.  AND WITH REGARD TO THIS DOCUMENT 252 FOR EXAMPLE, WE SEE

 7  YOUR SIGNATURE AND THAT IT WAS VERIFIED, CORRECT?

 8  A.  YES, SIR.  IT'S MY SIGNATURE.

 9  Q.  NOVEMBER 27TH, 2000 IS GOVERNMENT EXHIBIT 253, ANOTHER

10  EXAMPLE, CORRECT, SIR?

11  A.  YES, SIR.

12  Q.  AND THE LAST OF THE DOCUMENTS THAT THE GOVERNMENT WAS

13  SHOWING YOU IN THIS SEQUENCE IS GOVERNMENT EXHIBIT 254, A

14  LETTER SEPTEMBER 30TH, 1993.

15  A.  YES.

16  Q.  AND WE CAN EVEN TELL FROM THIS EXHIBIT, 254, THAT YOU

17  ACTUALLY FAXED IT TO THE BANK; ISN'T THAT RIGHT?

18        SEE WHERE I'VE CIRCLED IT ON THE SCREEN?

19  A.  YES, I GAVE THIS ORDER BY PHONE, AND THEN I SENT A FAX TO

20  CONFIRM THEM.

21  Q.  AND BABY CRAFT THAT'S UP AT THE TOP LEFT, THAT IS YOUR

22  COMPANY, RIGHT?

23  A.  YES, SIR.  THAT'S THE FIRST COMPANY THAT I HAD IN

24  VENEZUELA.  IT WAS BABY ARTICLES.

25  Q.  NOW, LET ME SHOW YOU TWO OTHER EXAMPLES OF YOUR BANKING

 1  RELATIONSHIP.

 2          MR. PASANO:  THESE ARE NOT IN EVIDENCE, YOUR HONOR.

 3  THEY'RE GOVERNMENT MARKED EXHIBITS THAT I WOULD OFFER,

 4  GOVERNMENT EXHIBIT 247 AND 249.

 5          MR. NEIMAN:  NO OBJECTION, YOUR HONOR.

 6          THE COURT:  BUT THEY ARE COMING IN AS DEFENSE

 7  EXHIBITS?

 8          MR. PASANO:  I AM HAPPY IF THE GOVERNMENT KEEPS --

 9          THE COURT:  OR DO YOU WANT TO OFFER THEM?

10          MR. NEIMAN:  I'LL OFFER THEM, IF IT'S EASIER, YOUR

11  HONOR.  THAT'S FINE.

12          THE COURT:  GOVERNMENT'S 247 AND 249?

13          MR. PASANO:  YES, SIR.

14          THE COURT:  ALL RIGHT.  IN EVIDENCE.

15          [GOVERNMENT'S EXHIBITS 247 AND 249 WERE MARKED AND

16  RECEIVED IN EVIDENCE]

17  BY MR. PASANO:

18  Q.  LET ME PUT UP ON THE SCREEN WHAT IS 247.

19          NOW, THIS IS SOME HANDWRITTEN NOTES WITH A DATE

20  NOVEMBER 3, 1994.  OR IS IT MARCH 11, 1994, OR CAN YOU TELL?

21  A.  IT DEPENDS.  IF IT WAS WRITTEN IN VENEZUELA, IT WAS MARCH

22  11.  IF IT WAS WRITTEN IN THE UNITED STATES, IT'S NOVEMBER 3RD.

23  Q.  WELL, IT'S WRITTEN BY YOU, CORRECT?

24  A.  NO, SIR.  THAT IS NOT MY HANDWRITING.

25  Q.  BUT IT'S SIGNED BY YOU?

1   A.   YES, SIR.

2   Q.   AND I CIRCLED AT THE BOTTOM OF THIS EXHIBIT, WHICH IS NOW

3   GOVERNMENT 247, A STAMP THAT'S UPSIDE-DOWN, BUT IF YOU LOOK AT

4   IT, YOU CAN TELL THE STAMP SAYS NOVEMBER 4, AND THE TOP OF THE

5   DOCUMENT HAS 11/3, SO IT LOOKS LIKE IT'S NOVEMBER.

6        DOES THAT SOUND RIGHT?

7   A.   HERE IT SAYS NOVEMBER '94.

8   Q.   AND YOU'VE TOLD US THAT'S YOUR SIGNATURE, AND YOU CAN SEE

9   WHERE THE SIGNATURE HAS BEEN VERIFIED, CORRECT?

10  A.   YES.

11  Q.   AND THIS PARTICULAR CORRESPONDENCE BACK IN 1994, IT RELATES

12  TO HOLD MAIL STATUS.  DO YOU SEE THAT, SIR?

13  A.   APPARENTLY IT DOES.  THAT'S WHAT IT SAYS.

14  Q.   AND THAT'S BECAUSE SINCE YOU LIVED IN VENEZUELA BUT WOULD

15  TRAVEL FROM TIME TO TIME TO THE BANK IN NEW YORK, THE BANK

16  WOULD HOLD THE MAIL FOR YOU UNTIL YOU CAME AND PERSONALLY

17  PICKED IT UP, CORRECT?

18  A.   THAT IS CORRECT.

19  Q.   AND THEN THERE CAME A POINT WHEN YOU TOLD THEM TO GO AHEAD

20  AND SEND MAIL TO THE APARTMENT YOU HAD AT TRUMP PALACE?

21  A.   YES, SIR.  THERE WAS AN EXPLANATION FOR THAT, AND I CAN

22  GIVE IT TO YOU.

23  Q.   PLEASE.

24  A.   I BOUGHT MY APARTMENT IN NEW YORK IN THE YEAR 1992, AND

25  ONCE IT WAS READY TO BE LIVED IN, IT WAS NORMAL THAT I RECEIVE

1  MY MAIL THERE, BECAUSE THEN I HAD A PLACE TO LIVE IN.  THAT'S

2  WHEN I GAVE THAT ORDER FOR THEM TO SEND ME MY MAIL TO MY

3  APARTMENT.

4  Q.  NOW, AMONG THE OTHER INSTRUCTIONS WHICH FROM TIME TO TIME

5  YOU GAVE THE BANK, WERE REQUESTS FOR LETTERS OF RECOMMENDATION

6  OR INTRODUCTION, CORRECT?

7  A.  IT IS POSSIBLE.  I DON'T REMEMBER.

8  Q.  WELL, THAT EXHIBIT 249 THAT WAS JUST INTRODUCED, AND LET ME

9  PUT IT UP HERE ON THE SCREEN, SEE IT'S A LETTER JANUARY 17,

10  2007?

11  A.  YES, SIR.

12  Q.  AND THIS IS A LETTER THAT IS INFORMING SOME BANK THAT YOU

13  HAVE A GOOD RELATIONSHIP WITH ANOTHER BANK, CORRECT?

14  A.  YES, SIR.

15  Q.  AND THAT YOU'RE CONSIDERED A VERY SERIOUS CLIENT WHO

16  MANAGES YOUR AFFAIRS AND BUSINESS IN A CORRECT AND UPRIGHT

17  CONDITION, CORRECT?

18  A.  YES, SIR.

19  Q.  NOW, THIS KIND OF A LETTER, WHICH IS GOVERNMENT EXHIBIT

20  249, YOU ALSO SOUGHT FROM HSBC BANK, CORRECT?

21  A.  I DIDN'T UNDERSTAND THAT.

22  Q.  YOU SOUGHT A SIMILAR LETTER, DID YOU NOT -- LET ME START

23  OVER.  YOU SOUGHT A SIMILAR LETTER, DID YOU NOT, FROM HSBC

24  BANK?

25  A.  IT IS POSSIBLE.

     1           MR. PASANO:  YOUR HONOR, WE WOULD OFFER DEFENSE

     2  EXHIBIT 69.  AND I THINK IT MAY HAVE BEEN MARKED AND NOT IN

     3  EVIDENCE AS A GOVERNMENT EXHIBIT AS WELL.

     4           THE COURT:  BUT IT IS DEFENDANT'S?

     5           MR. PASANO:  69.

     6           THE COURT:  69.  ANY OBJECTION?

     7           MR. NEIMAN:  NO, YOUR HONOR.

     8           THE COURT:  DEFENDANT'S 69 IS IN EVIDENCE.

     9           [DEFENDANTS' EXHIBIT 69 WAS MARKED AND RECEIVED IN

    10  EVIDENCE].

    11           MR. PASANO:  IT'S JANUARY 22, 2007, A LETTER FROM HSBC

    12  BANK.

    13           THE COURT:  THANK YOU.

    14  BY MR. PASANO:

    15  Q.  LET ME PUT IT ON THE SCREEN, SIR.  YOU SEE THE DATE JANUARY

    16  22, 2007?

    17  A.  YES, SIR.

    18  Q.  AND THIS IS WHERE HSBC PRIVATE BANK IS ACTUALLY VERIFYING

    19  SOME OF THE AMOUNTS THAT THEY SHOW THAT ARE YOURS, CORRECT?

    20  A.  THAT IS CORRECT.

    21  Q.  MORE THAN TWELVE MILLION DOLLARS IN ASSETS, RIGHT?

    22  A.  YES, IT IS CORRECT.

    23  Q.  MORE THAN FIVE MILLION DOLLARS IN CASH?

    24  A.  ALTOGETHER TWELVE MILLION, FIVE OF WHICH ARE IN CASH.

    25  Q.  NOW, IN ADDITION TO THOSE CONTACTS WITH THE BANK, AM I

1 RIGHT, SIR, THAT OVER THE YEARS YOU HAVE HAD A NUMBER OF

2 CONTACTS, LETTERS BACK AND FORTH BETWEEN YOU AND EITHER

3 REPUBLIC BANK OR HSBC?

4 A.  I DID NOT UNDERSTAND THAT QUESTION.

5 Q.  IN TERMS OF YOUR RELATIONSHIP WITH THE BANK REPUBLIC, LATER

6 HSBC, THAT RELATIONSHIP EXISTED AND HAS BEEN A GOOD

7 RELATIONSHIP FOR A LOT OF YEARS, CORRECT?

8 A.  ALWAYS, YES.

9        MR. PASANO:  AND OFFER DEFENSE EXHIBIT 32, YOUR HONOR.

10        MR. NEIMAN:  WITHOUT OBJECTION, YOUR HONOR.

11        THE COURT:  DEFENDANT'S 32 IS IN EVIDENCE.

12        [DEFENDANT'S EXHIBIT 32 WAS MARKED AND RECEIVED IN

13 EVIDENCE].

14 BY MR. PASANO:

15 Q.  LET ME PUT IT ON THE SCREEN, SIR.

16        AND, FOR EXAMPLE, BACK AS FAR AS 1993, THE BANK

17 REPUBLIC, LATER HSBC, CREATED A CLIENT PROFILE FOR YOU,

18 CORRECT?

19 A.  YES.  I IMAGINE.

20 Q.  WELL, AND THIS DOCUMENT ON THE SCREEN IS THAT PROFILE,

21 RIGHT?

22 A.  WHAT DOES IT SAY, BECAUSE I DON'T UNDERSTAND THE ENGLISH.

23 Q.  I APOLOGIZE.  YOU SEE AT THE VERY TOP IT HAS THE PHRASE

24 CLIENT PROFILE?

25 A.  YES, SIR.

```
 1  Q.   AND THEN THE TITLE OF THE ACCOUNT IS SEASHORE FINANCE?

 2  A.   YES, SIR.

 3  Q.   AND THE PURPOSE OF THE ACCOUNT IS INVESTMENTS?

 4  A.   YES, SIR.

 5  Q.   AND THEN THEY HAVE INFORMATION ON THE PRINCIPALS OR

 6  BENEFICIAL OWNERS.

 7         SEE THAT I CIRCLED THERE?

 8  A.   YES, IT SAYS HABIB LEVY THERE.

 9  Q.   AND IT SHOWS THAT YOU ARE OWNER OR DIRECTOR OF A COMPANY

10  INVOLVING BABY CRAFT.  DO YOU SEE THAT?

11  A.   YES, SIR.  IT IS MY COMPANY IN VENEZUELA.  IT WAS MY

12  COMPANY.

13  Q.   BUT THIS PROFILE IS ACTUALLY YOUR B.V.I. COMPANY, SEASHORE,

14  RIGHT?

15  A.   I DON'T UNDERSTAND THE QUESTION.

16  Q.   LET ME BREAK IT DOWN.  THE PROFILE WE'RE LOOKING AT TALKS

17  ABOUT TITLE OF ACCOUNT SEASHORE FINANCE.  SEE THAT AT THE TOP?

18  A.   THAT IS CORRECT.

19  Q.   AND WHEN THE ACCOUNT WAS OPENED, YOU PUT YOUR NAME DOWN AS

20  BENEFICIAL OWNER OR PRINCIPAL, CORRECT?

21  A.   THAT IS CORRECT.

22  Q.   EVEN THOUGH ACTUALLY THE COMPANY, AS YOU EXPLAINED TO US,

23  WAS OWNED BY YOUR CHILDREN?

24  A.   WELL, THE COMPANY BECAME PROPERTY OF MY CHILDREN AT A

25  CERTAIN POINT, WHICH I DON'T REMEMBER.  BUT AT THE BEGINNING IT
```

1   WAS MINE, THAT'S CLEAR.

2            MR. PASANO:  YOUR HONOR, AT THIS TIME WE WOULD MOVE IN

3   DEFENDANT'S 33 FOR ID, ALSO FROM REPUBLIC OR HSBC BANK.

4            THE COURT:  ANY OBJECTION?

5            MR. NEIMAN:  NO, YOUR HONOR.

6            THE COURT:  DEFENDANT'S 33 IS IN EVIDENCE.

7            MR. PASANO:  THANK YOU, YOUR HONOR.

8            [DEFENDANT'S EXHIBIT 33 WAS MARKED AND RECEIVED IN

9   EVIDENCE].

10  BY MR. PASANO:

11  Q.  NOW, FROM TIME TO TIME, SIR, YOU WOULD GET LETTERS OR

12  CORRESPONDENCE FROM THE BANK WHERE YOU WERE BANKING, CORRECT?

13  A.  YES, SIR, I SUPPOSE SO.

14  Q.  AND AFTER HSBC TOOK OVER REPUBLIC, LETTERS YOU WOULD GET

15  WOULDN'T JUST BE FROM THOSE BANKERS YOU TOLD US ABOUT, MISS

16  CALABRESE, MISS MARRERA, OR MISS BUILDIND, CORRECT?

17           THE INTERPRETER:  CAN YOU PLEASE REPEAT THE QUESTION.

18  BY MR. PASANO:

19  Q.  AFTER HSBC TOOK OVER REPUBLIC, YOU DIDN'T JUST GET LETTERS

20  FROM THOSE THREE BANKERS YOU TOLD US ABOUT; ISN'T THAT CORRECT?

21  A.  POSSIBLY I RECEIVE CORRESPONDENCE FROM OTHER BANKERS,

22  I DON'T REMEMBER.  I REMEMBER THOSE THREE, BECAUSE THOSE ARE

23  THE ONES WHO WORKED LATER ON WITH ME.  I -- THE OTHER ONES THAT

24  WORKED BEFORE, I DON'T REMEMBER.

25           BUT IF YOU MENTION THE OTHER NAMES TO ME, I MAY

1    REMEMBER THOSE.

2    Q.  WELL, FROM TIME TO TIME YOU WOULD GET CORRESPONDENCE FROM

3    THE BANK'S COMPLIANCE DEPARTMENT, CORRECT?

4    A.  YES, SIR.

5    Q.  NOW, YOU TOLD US THAT SEASHORE WAS NOT A BEARER SHARER

6    COMPANY, CORRECT?

7    A.  YES, SIR.

8    Q.  PUT UP ON THE SCREEN DEFENDANT'S EXHIBIT 33.  YOU SEE AT

9    THE TOP IT COMES ON HSBC LETTERHEAD, CORRECT?

10   A.  YES, SIR.

11   Q.  THE DATE TYPED IS DECEMBER 5, 2003, CORRECT?

12   A.  YES, SIR.

13   Q.  AND UP THERE AT THE TOP WE HAVE AN ACCOUNT NUMBER, THE NAME

14   SEASHORE FINANCE, AND YOUR NAME, MR. HABIB LEVY?

15   A.  YES, SIR.

16   Q.  NOW, THIS LETTER COMES FROM, LOOK AT THE BOTTOM, THE HEAD

17   OF COMPLIANCE AT THE BANK.  DO YOU SEE THAT?

18   A.  YES, SIR.

19   Q.  AND THE LETTER, IT SAYS THAT IF YOU ARE DIRECTOR OR

20   BENEFICIAL OWNER OF A BEARER SHARER INVESTMENT COMPANY, THIS IS

21   TO REMIND YOU THAT REGULATORY CHANGES ARE IMMINENT WORLDWIDE.

22           THE INTERPRETER:  THIS IS TO REMIND YOU THAT?

23   BY MR. PASANO:

24   Q.  REGULATORY CHANGES ARE IMMINENT WORLDWIDE.  YOU SEE WHERE

25   IT SAYS THAT?

1    A.  YES, YES.

2    Q.  AND THIS LETTER GOES ON FOR A WHOLE BUNCH OF PARAGRAPHS

3    TALKING TO YOU ABOUT WHAT TO DO WITH REGARD TO BEARER SHARES,

4    CORRECT?

5    A.  YES, SIR.

6    Q.  NOW, AM I RIGHT, SIR, THAT WHEN YOU RECEIVED THIS LETTER IN

7    OR AROUND DECEMBER OF 2003, YOU DID NOT, AT LEAST YOUR

8    TESTIMONY IS, HAVE ANY BEARER SHARER COMPANIES, RIGHT?

9    A.  THAT'S RIGHT, AND I CAN EXPLAIN THAT.

10   Q.  WELL, LET ME SEE IF I CAN GET TO THE EXPLANATION BY ASKING

11   JUST A COUPLE MORE QUESTIONS.

12           YOU GET THIS LETTER, AND YOU DON'T WRITE BACK TO THE

13   BANK IN 2003; DO YOU?

14   A.  THE LETTERS WERE ARRIVING, AS I SAID BEFORE, IN MY

15   APARTMENT IN NEW YORK.  AND SOMETIMES I EVEN -- LIKE SOMETIMES

16   EVEN TWO YEARS WENT BY WITHOUT ME GOING TO NEW YORK.  AND I DID

17   NOT READ THE MAIL.

18   Q.  DID YOU JUST, WHEN YOU GOT TO YOUR NEW YORK APARTMENT,

19   THROW THE MAIL OUT?

20   A.  I DIDN'T THROW IT OUT, BUT I SAW THE LETTERS AND I WAS

21   RATHER LAZY IN OPENING THE LETTERS THAT I GOT FROM THE BANK.

22   Q.  SO LETTERS FROM A BANK IN WHICH YOU HAD MILLIONS OF

23   DOLLARS, YOU WERE LAZY IN OPENING; THAT'S YOUR TESTIMONY?

24   A.  NO, SIR, I KNEW THAT SOMETIMES THIS WAS LETTERS -- THESE

25   WERE LETTERS THAT WERE NOT REAL IMPORTANT, BECAUSE I USED TO

 1 | KEEP TRACK OF MY ACCOUNTS BY TELEPHONE, BY FAX, AND I DEALT

 2 | WITH WHAT WAS IMPORTANT.

 3 | Q.  AND WHEN YOU GOT A LETTER, WHETHER YOU READ IT IN 2003,

 4 | 2004, OR 2005, AND THIS LETTER TALKED ABOUT BEARER SHARES THAT

 5 | YOU'VE TOLD US YOU KNOW NOTHING ABOUT, YOU NEVER SENT A LETTER

 6 | TO THE BANK ASKING WHAT DO YOU MEAN, CORRECT?

 7 | A.  I DID NOT READ THIS LETTER.  THIS LETTER OBVIOUSLY I DIDN'T

 8 | READ.  AND MY SHARES SINCE 1992 WERE ALWAYS REGISTERED SHARES

 9 | NOT BEARER SHARES.  OR WHATEVER THEY'RE CALLED, AND THIS IS A

10 | MISTAKE FROM THE BANK.

11 |        I DID NOT -- I NEVER READ THIS LETTER.

12 | Q.  AND WHETHER YOU SAY YOU READ IT OR NOT, WILL YOU AGREE WITH

13 | ME THAT FOR CERTAIN YOU NEVER SENT ANYTHING TO REPUBLIC BANK

14 | TELLING THEM IT WAS A MISTAKE?

15 | A.  NO, BECAUSE I DIDN'T READ IT.

16 | Q.  WELL, SIR, YOU SAY YOU DIDN'T READ IT, BUT ISN'T IT A FACT

17 | THAT THE REAL REASON YOU DIDN'T BOTHER TO RESPOND TO THE LETTER

18 | THAT'S DEFENSE EXHIBIT 33, IS BECAUSE FOR YOUR BEARER SHARER

19 | COMPANY, YOU HAD YOUR BROTHER-IN-LAW MAURICIO COHEN MANAGING

20 | THOSE ACCOUNTS?

21 | A.  THAT IS NOT TRUE.

22 | Q.  NOW, YOU'VE LIVED IN VENEZUELA FOR OFF AND ON ALMOST FORTY

23 | YEARS, CORRECT, SIR?

24 | A.  YES, SIR.

25 | Q.  AND FOR YEARS YOU'VE OWNED CONDOS AND APARTMENTS OUTSIDE OF

```
 1   VENEZUELA, CORRECT?

 2   A.   I'VE BEEN THE OWNER OF AN APARTMENT IN NEW YORK, AN

 3   APARTMENT IN MIAMI, AND AN APARTMENT IN NICE OR A CITY CLOSE TO

 4   NICE.   AND WHEN I SOLD MY COMPANY, I BOUGHT AN APARTMENT IN

 5   PARIS, BUT I NEVER LIVED THERE, AND I SOLD IT AGAIN.

 6   Q.   NOW, NICE, THAT YOU JUST TOLD US ABOUT, THAT'S A PLACE IN

 7   SOUTH FRANCE THAT HAS ACCESS TO THE MEDITERRANEAN AND LOTS OF

 8   YACHTS AND BOATS, RIGHT?

 9   A.   YES.   IT'S AN APARTMENT THAT OVERLOOKS THE SEA, AND YOU CAN

10   SEE THE BOATS.

11   Q.   NOW, THE APARTMENT THAT YOU OWN CURRENTLY IN MIAMI, IS THAT

12   THE ONE IN BAL HARBOR AT THE BALENI?

13   A.   YES, SIR.

14   Q.   AND YOU'VE ALSO PURCHASED, DID YOU NOT, FOR YOUR SON AN

15   APARTMENT IN -- OR A CONDO IN MIAMI, CORRECT?

16   A.   MY SON BOUGHT IT PERSONALLY, BUT I HELPED HIM.

17   Q.   AND BEFORE THE BALENI WHERE YOU CURRENTLY HAVE AN APARTMENT

18   I THINK YOU TOLD US THAT YOU LIVED IN THAT SMALLER -- WAS IT A

19   HOUSE OR AN APARTMENT?

20   A.   AN APARTMENT.

21   Q.   AND THAT WAS IN SUNNY ISLES?

22   A.   SUNNY ISLES, YES, SIR.

23   Q.   DID YOU ALSO PURCHASE AND DO YOU OWN AN APARTMENT ON

24   BRICKELL?

25   A.   NEVER.   NEVER.
```

 1  Q.  DON'T PAY MORTGAGE OR RENT FOR AN APARTMENT ON BRICKELL?

 2  A.  NO, SIR, NEVER.

 3  Q.  AND YOU DO OWN THAT UNIT FOR A NUMBER OF YEARS THAT'S IN

 4  THE TRUMP TOWER, CORRECT?

 5  A.  NO, I WAS THE OWNER OF AN APARTMENT IN TRUMP PALACE, NOT

 6  TRUMP TOWER.

 7  Q.  ON THE 31ST FLOOR?

 8  A.  THAT'S RIGHT.

 9  Q.  AND IN TERMS OF BUSINESSES, BESIDES YOUR BUSINESSES IN

10  VENEZUELA, YOU ACTUALLY HAVE A COMPANY THAT OPERATES IN

11  FLORIDA, CORRECT?

12  A.  NO, SIR.  I HAVE A COMPANY IN FLORIDA THAT'S CALLED

13  UNI-FLORIDA, LLC.  THAT'S THE OWNER OF THE APARTMENT THAT I

14  HAVE IN THE BALENI.

15  Q.  SO UNI, U-N-I, DASH FLORIDA LLC, IS A COMPANY YOU CREATED

16  TO HOLD THE ASSET, THE BALENI APARTMENT, CORRECT?

17  A.  EXACTLY, YES.

18  Q.  AND IN HAVING A COMPANY OWN AN ASSET LIKE AN APARTMENT, YOU

19  WEREN'T TRYING TO HIDE ANYTHING FROM THE IRS, CORRECT?

20  A.  NO, SIR, I MADE MY TAX RETURN FOR FLORIDA EVERY SINGLE

21  YEAR.

22  Q.  AND UNI-FLORIDA, THE COMPANY, FILES ITS TAX RETURNS, RIGHT?

23  A.  YES, SIR.

24  Q.  AND THERE'S NOTHING WRONG WITH HAVING AN APARTMENT OR A

25  PIECE OF REAL ESTATE OWNED BY A COMPANY, CORRECT?

1    A.  NO, SIR, I BELIEVE THERE IS NO PROBLEM WITH THAT.

2    Q.  AND IN FACT IT'S COMMON AND CONSIDERED A SAFE WAY OF OWNING

3    PROPERTY, CORRECT?

4    A.  I GUESS SO.

5    Q.  NOW, YOU TOLD US THAT IN THE 1980'S YOU OWNED A COMPANY IN

6    VENEZUELA CALLED INDUSTRIA MAMMI, M-A-M-M-I?

7    A.  YES, SIR.

8    Q.  AND THIS WAS THE COMPANY THAT MADE CHILD PRODUCTS, DIAPERS,

9    AND TOYS, CORRECT?

10   A.  YES, SIR.

11   Q.  AND THIS COMPANY, IT WAS SOLD TO PROCTOR AND GAMBLE, THAT

12   WAS THE IMPORTANT AMERICAN COMPANY, CORRECT?

13   A.  YES, SIR.

14   Q.  AND THE TOTAL AMOUNT OF THE SALE WAS SOME TWENTY OR

15   TWENTY-FIVE MILLION DOLLARS, CORRECT?

16   A.  I DON'T REMEMBER.

17   Q.  DO YOU REMEMBER TELLING THE IRS IT WAS IN AROUND TWENTY

18   MILLION OR MORE?

19   A.  YES, TWENTY MILLION.

20   Q.  NOW, THAT SALE TO PROCTOR AND GAMBLE WAS THE SALE OF A

21   VENEZUELAN COMPANY, CORRECT?

22   A.  YES, SIR.

23   Q.  BUT THE SALE WAS STRUCTURED, WAS IT NOT, SO THAT MOST OF

24   THE SALE OCCURRED OUTSIDE OF VENEZUELA TO AVOID VENEZUELAN

25   TAXES?

 1   A.   NO, SIR.

 2   Q.   WELL, DIDN'T YOUR FATHER JOSEPH HELP WITH THE MONIES FROM

 3   THE SALE BY TAKING THEM OUTSIDE OF VENEZUELA AND DEPOSITING

 4   THEM IN A BANK ACCOUNT OUTSIDE OF VENEZUELA?

 5   A.   NO, SIR.

 6   Q.   DIDN'T MAURICIO COHEN, YOUR BROTHER-IN-LAW, HELP WITH THAT

 7   TRANSACTION AND PUTTING THE MONIES IN THE COMPANY COMPANIA?

 8   A.   MAURICIO COHEN HAD HIS SHARES OF MAMMI IN A VENEZUELAN

 9   COMPANY.

10   Q.   WELL, MAURICIO COHEN, SIR, IS NOT A VENEZUELAN CITIZEN,

11   CORRECT?

12   A.   THAT'S CORRECT.

13   Q.   AND ISN'T IT THE LAW IN CHAVEZ' VENEZUELA THAT TO OWN A

14   COMPANY IN VENEZUELA, YOU HAVE TO BE A VENEZUELAN CITIZEN?

15   A.   WHEN MAMMI WAS SOLD, CHAVEZ WASN'T GOVERNING THE COUNTRY.

16   Q.   FAIR ENOUGH.

17        WASN'T IT THE LAW BEFORE CHAVEZ THAT A PERSON TO OWN

18   COMPANIES IN VENEZUELA HAD TO BE A VENEZUELAN?

19   A.   NOT NECESSARILY.

20   Q.   AND THIS COMPANY THAT YOU SAY MAURICIO COHEN OWNED IN

21   VENEZUELA, DO YOU HAVE EVEN ONE DOCUMENT TO SHOW THIS JURY THAT

22   SUCH A COMPANY EXISTS?

23   A.   NO, BECAUSE I DON'T LIVE IN MIAMI, I LIVE IN VENEZUELA.

24   AND THAT HAPPENED TWENTY-FIVE YEARS AGO, OR TWENTY YEARS AGO.

25   Q.   LAST WEEK THURSDAY WHEN YOU LEFT COURT, DID YOU GO BACK TO

1  VENEZUELA OR DID YOU STAY HERE IN THE UNITED STATES?

2  A.  I STAYED IN THE UNITED STATES.

3  Q.  AND WHEN YOU FIRST CAME THURSDAY TO TESTIFY, HAD YOU

4  TRAVELED RECENTLY FROM VENEZUELA TO SOUTH FLORIDA?

5  A.  I DIDN'T UNDERSTAND THE QUESTION.

6  Q.  WHEN YOU CAME LAST THURSDAY, HAD YOU TRAVELED AT SOME POINT

7  BEFORE THURSDAY FROM VENEZUELA TO SOUTH FLORIDA?

8  A.  I CAME DIRECTLY FROM MADRID.

9  Q.  WHEN WAS THE LAST TIME YOU'VE BEEN IN VENEZUELA?

10 A.  I'M NOT SURE, BUT MAYBE THREE OR FOUR MONTHS AGO.

11 Q.  AND THE REASON THAT YOU'RE NOT IN VENEZUELA ON A REGULAR

12 BASIS, IS BECAUSE THE TRUTH IS IT'S DIFFICULT TO OWN AND RUN

13 BUSINESSES IN VENEZUELA, CORRECT?

14 A.  THAT IS NOT CORRECT.

15 Q.  WELL, THERE'S HIGH TAXES ON BUSINESS, CORRECT?

16 A.  THERE ARE TAXES LIKE ANYWHERE ELSE IN THE WORLD IN

17 VENEZUELA.

18 Q.  THERE'S A FEAR OF CONFISCATIONS OF BUSINESS, CORRECT?

19 A.  THAT'S NOT TRUE.

20 Q.  THERE'S A RISK THAT THE CHAVEZ GOVERNMENT WILL FIND OUT

21 ABOUT FOREIGN ASSETS AND SEIZE VENEZUELAN ASSETS FROM

22 BUSINESSMEN, CORRECT?

23 A.  NO, SIR.

24 Q.  AND YOU, SIR, YOU READ IN THE PAPERS IN VENEZUELA AND IN

25 MIAMI ALL THE TIME, DO YOU NOT, CONCERNS ABOUT WHAT'S CALLED

 1  FLIGHT CAPITAL AND MONEY COMING OUT OF VENEZUELA BECAUSE OF A

 2  FEAR OF THE CHAVEZ GOVERNMENT; ISN'T THAT TRUE?

 3          THE INTERPRETER:  COULD YOU PLEASE REPEAT THAT

 4  QUESTION.

 5  BY MR. PASANO:

 6  Q.  SIR, YOU READ IN THE PAPERS IN VENEZUELA AND IN MIAMI,

 7  STORIES THAT REPORT FLIGHT CAPITAL AND CONCERNS ABOUT PEOPLE

 8  TRYING TO KEEP MONEY OUT OF VENEZUELA OUT OF FEAR OF THE CHAVEZ

 9  GOVERNMENT.

10  A.  THAT IS NOT TRUE.

11  Q.  ISN'T THERE'S A FEAR, SIR, OF THE INSTABILITY OF THAT

12  GOVERNMENT?

13  A.  IT'S A DEMOCRATIC GOVERNMENT THAT'S GOING TO HAVE ELECTIONS

14  NOW SOON.

15  Q.  AND, IN FACT, EVEN IN THE PAPERS IN THE LAST DAY OR SO,

16  SIR, HAVEN'T THERE BEEN ARTICLES ABOUT EFFORTS TO INFLUENCE

17  THAT ELECTION?

18  A.  I HAVEN'T HEARD OF THAT.

19  Q.  THERE IS A FEAR FOR PEOPLE WHO HAVE MONEY IN VENEZUELA,

20  THAT THEY COULD LOSE THAT MONEY, CORRECT, SIR?

21  A.  THAT'S NOT TRUE.

22  Q.  ISN'T IT TRUE, SIR, THAT IT'S OUT OF THE FEAR OF EXPOSING

23  YOUR ASSETS TO THE VENEZUELAN AUTHORITIES THAT LEAD YOU TO ASK

24  MAURICIO COHEN, WITH POWERS OF ATTORNEY --

25          THE INTERPRETER:  EXCUSE ME.

1  BY MR. PASANO:

2  Q.  -- TO HELP RUN BUSINESSES FOR YOU?

3        THE COURT:  MR. REPORTER, READ BACK THE QUESTION FOR

4  THE INTERPRETER.

5        [PENDING QUESTION READ BACK BY REPORTER]

6        THE WITNESS:  I NEVER ASKED MAURICIO COHEN TO MANAGE

7  ANY OF MY BUSINESSES.  NEVER.

8  BY MR. PASANO:

9  Q.  ISN'T IT A FACT, SIR, THAT YOU ASKED LEON COHEN AND

10  MAURICIO COHEN TO BE THE FACE OF COMPANIES IN WHICH YOU HAVE

11  INTERESTS, SO THAT YOU AREN'T EXPOSED?

12  A.  THAT IS NOT TRUE.

13  Q.  AND ISN'T IT A FACT, SIR, THAT IT'S FEAR OF REPERCUSSIONS

14  IN VENEZUELA THAT CAUSES YOU EVEN TODAY TO DENY OWNERSHIP OF

15  ANY OF THESE ASSETS?

16  A.  THAT IS NOT TRUE.

17  Q.  YOU ARE FAMILIAR --

18        THE COURT:  MR. PASANO, WHEN YOU REACH A CONVENIENT

19  POINT, LET ME KNOW, AND WE WILL TAKE OUR BREAK.

20        MR. PASANO:  MAY I GO TWO MORE SENTENCES, YOUR HONOR?

21        THE COURT:  SURE, GO RIGHT AHEAD.  JUST LET ME KNOW.

22        MR. PASANO:  THANK YOU, SIR.

23  BY MR. PASANO:

24  Q.  AS A BUSINESSMAN, SIR, YOU ARE FAMILIAR WITH SOMETHING

25  CALLED THE PREFERENTIAL DOLLAR AGREEMENT?

```
 1   A.   THAT IS A LAW FROM VENEZUELA.  IT'S A VENEZUELAN

 2   REGULATION.

 3   Q.   AND THAT REGULATION ALLOWED BUSINESSMEN LIKE YOURSELF TO

 4   HAVE A PREFERENTIAL RATE OF EXCHANGE THAT PROTECTED BUSINESS

 5   AGAINST THE DEVALUATION OF THE BOLIVAR, THE VENEZUELAN

 6   CURRENCY, CORRECT?

 7   A.   NO, SIR.  I COULD EXPLAIN THAT BETTER.

 8   Q.   PLEASE.

 9   A.   THE VENEZUELAN GOVERNMENT HAS A PREFERENTIAL RATE FOR

10   IMPORTATION OF MERCHANDISE AND MACHINERY.  FOR ANYTHING ELSE --

11   OR ANYTHING ELSE HAS TO BE PURCHASED WITH A VALUE OF A DOLLAR

12   IN THE MARKET.

13   Q.   AND THAT PREFERENTIAL AGREEMENT RECENTLY GOT CANCELLED BY

14   THE GOVERNMENT, CORRECT?

15   A.   NO, SIR.

16   Q.   IT STILL EXISTS, THAT'S YOUR TESTIMONY?

17   A.   YES, SIR.  THERE'S STILL AN EXCHANGE CONTROL IN VENEZUELA.

18           MR. PASANO:  YOUR HONOR, IT'S A GOOD TIME TO STOP.

19           THE COURT:  MEMBERS OF THE JURY, AT THIS POINT WE WILL

20   TAKE A MID-AFTERNOON RECESS.  PLEASE RETURN TO THE JURY ROOM.

21   REMAIN IN THE JURY ROOM.  DO NOT DISCUSS THIS MATTER AMONGST

22   YOURSELVES.

23           WE WILL TAKE A FIFTEEN MINUTE BREAK.  WE WILL COME

24   BACK IN, AND WE WILL GO UNTIL 5 O'CLOCK.  WE WILL STOP AT 5

25   O'CLOCK, BECAUSE I HAVE ANOTHER HEARING IN ANOTHER MATTER AT
```

1  FIVE.  COURT IS IN RECESS.

2           [JURY LEAVES THE COURTROOM].

3           THE COURT:  HAVE EVERYONE BACK IN HERE AT QUARTER OF.

4  COURT IS IN RECESS.

5           [BRIEF RECESS]

6           THE COURT:  LET THE RECORD REFLECT THAT THE GOVERNMENT

7  IS PRESENT, BOTH DEFENSE COUNSEL ARE PRESENT, MAURICIO AND LEON

8  COHEN ARE PRESENT, AND ALL OF THE INTERPRETERS ARE PRESENT.

9           BRING IN THE JURY.

10          [THE JURY RETURNS TO THE COURTROOM]

11          THE COURT:  MEMBERS OF THE JURY, PLEASE BE SEATED.

12          ALL RIGHT.  MR. PASANO, YOU MAY CONTINUE, SIR.

13          MR. PASANO:  THANK YOU, YOUR HONOR.

14 BY MR. PASANO:

15 Q.  MR. LEVY, JUST TO GO BACK FOR A COUPLE OF ADDITIONAL

16 QUESTIONS TO THE TESTIMONY YOU GAVE ABOUT SELLING YOUR FACTORY

17 TO PROCTOR AND GAMBLE.

18          I TAKE IT PROCTOR AND GAMBLE HAD ALL SORTS OF LAWYERS

19 INVOLVED IN THE TRANSACTION?

20 A.  OF COURSE.

21 Q.  AND AM I RIGHT, SIR, THAT YOU DON'T HAVE EVEN ONE DOCUMENT

22 TO PRESENT TO THIS JURY THAT WOULD INDICATE THAT MAURICIO COHEN

23 HAD ANYTHING TO DO WITH THE SALE OF THOSE SHARES AND THE

24 FACTORY?

25 A.  NO, SIR.

```
 1   Q.  AND I THINK YOU TOLD US TODAY THAT YOU AND MR. MAURICIO

 2   COHEN ORIGINALLY SOLD HALF OF YOUR SHARES, AND THEN LATER YOU

 3   BOUGHT OUT OTHER SHARES OF MAURICIO COHEN'S.  IS THAT YOUR

 4   TESTIMONY?

 5   A.  I PURCHASED THE OTHER HALF THAT MAURICIO HAD AFTER THE SALE

 6   OF THE -- OF THE SALE.

 7   Q.  ISN'T IT TRUE SIR THAT ON MAY 19TH OF THIS YEAR WHEN YOU

 8   TALKED TO THE IRS AND THE GOVERNMENT, YOU GAVE THEM A DIFFERENT

 9   ACCOUNT FOR HOW THAT TRANSACTION OCCURRED?

10   A.  NO.  IT'S BEEN THE SAME VERSION ALWAYS.  THE TRUTH.

11   Q.  WELL, SIR, DIDN'T YOU TELL THE IRS ON MAY 19TH, 2010 ONLY

12   THAT YOU HAD BOUGHT OUT MAURICIO COHEN?

13   A.  THE SALE OF MAMMI WAS DONE IN TWO PARTS.  THE FIRST PART

14   WAS DONE IN THE YEAR '87 OR '88, I DON'T REMEMBER EXACTLY,

15   WHERE I SOLD TWENTY-FIVE PERCENT OF MY FIFTY PERCENT TO

16   PROCTOR, AND MAURICIO COHEN SOLD HIS TWENTY-FIVE PERCENT OF HIS

17   FIFTY PERCENT TO PROCTOR.

18        AND AT THAT TIME WENT THE TWENTY-FIVE PERCENT HABIB

19   LEVY, TWENTY-FIVE PERCENT MAURICIO TO A COMPANY THAT HE HAD,

20   AND FIFTY PERCENT PROCTOR.

21   Q.  ISN'T IT A FACT, SIR, THAT YOU DIDN'T TELL THE GOVERNMENT

22   ANYTHING ABOUT A CORPORATION THAT SUPPOSEDLY MAURICIO COHEN HAD

23   IN VENEZUELA?

24   A.  I DON'T REMEMBER.  AND IF I DIDN'T DO IT, IT'S BECAUSE THEY

25   DIDN'T ASK ME.
```

 1  Q.  ISN'T IT A FACT, SIR, THAT WHAT YOU TOLD THE IRS WAS THAT

 2  YOUR FATHER, JOSEPH, HELD SHARES FOR MAURICIO COHEN; WASN'T

 3  THAT WHAT YOU WERE TELLING THE GOVERNMENT THREE MONTHS AGO?

 4  A.  YES, SIR.  AND I CAN EXPLAIN THAT.

 5  Q.  LET ME BREAK IT DOWN.  SO NOW YOU'RE AGREEING THAT IN FACT

 6  MAURICIO COHEN DIDN'T OWN THE SHARES, YOU'RE SAYING THE SHARES

 7  ARE IN THE NAME OF YOUR FATHER?

 8  A.  NOT EXACTLY.

 9  Q.  WHAT IS EXACTLY, SIR, GO AHEAD.

10  A.  MAURICIO HAD INITIALLY HIS FIFTY PERCENT OF THE SHARES OF

11  MAMMI ON THE NAME OF A VENEZUELAN COMPANY THAT MY FATHER

12  MANAGED FOR HIM, SUPERVISING HIS SHARE.

13  Q.  SIR, DIDN'T YOU TELL THE IRS BACK IN MAY OF THIS YEAR THAT

14  MR. COHEN INVESTED IN THE FACTORY AS AN INVESTOR, AND THAT THAT

15  INVESTMENT WAS THE ONLY COMPANY THAT YOU AND HE SHARED ANY TYPE

16  OF OWNERSHIP IN; ISN'T THAT WHAT YOU TOLD THEM?

17          THE INTERPRETER:  COULD I HAVE THE QUESTION REPEATED,

18  PLEASE?

19          MR. PASANO:  SURE.  I APOLOGIZE.

20  BY MR. PASANO:

21  Q.  DIDN'T YOU TELL THE IRS IN MAY OF THIS YEAR THAT MAURICIO

22  COHEN INVESTED IN THE FACTORY AS AN INVESTOR, AND THAT

23  INVESTMENT WAS THE ONLY COMPANY THAT YOU AND HE SHARED ANY TYPE

24  OF OWNERSHIP IN?

25  A.  YES, SIR.  I SAID THAT BECAUSE I ALWAYS ASSUMED THAT THOSE

1  SHARES WERE -- BELONGED TO MAURICIO EVEN INDIRECTLY.

2  Q.  NOW, WHEN YOU TALKED TO THE GOVERNMENT BACK IN MAY OF 2010,

3  YOU ALSO TOLD THEM THAT THIS TRANSACTION WITH THE FACTORY WAS

4  THE ONLY BUSINESS RELATIONSHIP YOU EVER HAD WITH MAURICIO

5  COHEN, RIGHT?

6  A.  THE ONLY THING THAT I HAD WITH MAURICIO COHEN WAS SELLING

7  HIM SHARES OF THE MAMMI FACTORY.  I NEVER DID ANY OTHER

8  BUSINESS WITH HIM.

9  Q.  BUT, IN FACT, BACK IN MAY OF 2010 WHEN YOU WERE TALKING TO

10  THE GOVERNMENT, YOU ACTUALLY EVEN GAVE THE GOVERNMENT AN

11  AFFIDAVIT?

12  A.  YES, SIR.

13  Q.  IT WAS FOUR PAGES LONG, DO YOU REMEMBER?

14  A.  YES, SIR.

15  Q.  AND YOUR SON EVEN HELPED TRANSLATE THE DOCUMENT FROM

16  ENGLISH TO SPANISH FOR YOU.

17  A.  YES, SIR.

18  Q.  AND AFTER YOU READ IT CAREFULLY, YOU EXECUTED IT, RIGHT?

19  A.  YES, SIR.

20  Q.  AND DIDN'T YOU TELL THE GOVERNMENT IN THE AFFIDAVIT YOU

21  GAVE THEM BACK IN MAY THAT ANOTHER BUSINESS THAT YOU DID WITH

22  MAURICIO COHEN WAS THAT YOU AND HE JOINTLY PURCHASED A BOAT IN

23  THE 1980'S?

24  A.  THAT IS NOT A BUSINESS, THAT'S A LEISURE ISSUE.

25  Q.  BREAK IT DOWN.  IN THE AFFIDAVIT YOU SWORE UNDER OATH THAT

 1 | YOU AND MAURICIO COHEN BOUGHT A BOAT TOGETHER, CORRECT?

 2 | A.  YES, SIR.

 3 | Q.  AND YOU DON'T VIEW THAT AS A BUSINESS?

 4 | A.  NO, SIR.

 5 | Q.  FAIR ENOUGH.  ISN'T IT TRUE, SIR, THAT BOTH BEFORE AND

 6 | AFTER THE SALE OF INDUSTRIA MAMMI, YOU AND MAURICIO COHEN WERE

 7 | INVOLVED IN SEVERAL BUSINESS VENTURES?

 8 | A.  NO, SIR.

 9 | Q.  ISN'T IT TRUE THAT YOU ASSISTED YOUR FATHER AND MAURICIO

10 | COHEN IN CONNECTION WITH THE PURCHASE OF THE BUILDING FLATOTEL

11 | PARIS?

12 | A.  THAT IS NOT TRUE.

13 | Q.  ISN'T IT TRUE, SIR, THAT AS THE 1990'S TURNED INTO THE

14 | 2000'S, YOU HAD MAURICIO COHEN MANAGING ACCOUNTS IN COMPANIES

15 | FOR YOU LIKE WHITEBURY?

16 | A.  THAT IS NOT TRUE.  ABSOLUTELY NOT TRUE.

17 | Q.  IS IT YOUR TESTIMONY THAT MAURICIO COHEN HAS NEVER MANAGED

18 | ANY ACCOUNT FOR YOU?

19 | A.  AT LEAST THAT I REMEMBER, NEVER.

20 |        MR. PASANO:  YOUR HONOR, AT THIS TIME WE WOULD MOVE

21 | INTO EVIDENCE CERTAIN BANK DOCUMENTS, DEFENDANT'S EXHIBIT 70, A

22 | NEW DOCUMENT, 6/24/87 FROM REPUBLIC NATIONAL BANK, AND

23 | DEFENDANT'S EXHIBIT 34 COMPOSITE.

24 |        MR. NEIMAN:  NO OBJECTION TO 34, YOUR HONOR.  COULD I

25 | JUST SEE REAL QUICKLY 70.  NO OBJECTION TO EITHER, YOUR HONOR.

 1              THE COURT:  DEFENDANT'S 34 AND 70 ARE IN EVIDENCE.

 2              [DEFENDANT'S EXHIBITS 34 AND 70 WERE MARKED AND

 3    RECEIVED IN EVIDENCE].

 4              THE COURT:  70 IS VARIOUS BANK DOCUMENTS?

 5              MR. PASANO:  70 IS A SINGLE DOCUMENT, I APOLOGIZE,

 6    YOUR HONOR, DATED 6/24/87.

 7              THE COURT:  A LETTER?

 8              MR. PASANO:  I'M SORRY, A MEMORANDUM, YOUR HONOR.

 9              THE COURT:  A MEMO.

10              MR. PASANO:  AND 34 IS A COMPOSITE OF THREE OR FOUR

11    DOCUMENTS.

12              THE COURT:  BANK DOCUMENTS?

13              MR. PASANO:  THEY ARE BANK DOCUMENTS REFERENCE

14    REPUBLIC NATIONAL BANK.

15              THE COURT:  ALL RIGHT, THANK YOU.

16    BY MR. PASANO:

17    Q.  SIR, TAKE A LOOK AT WHAT I'M PUTTING ON THE SCREEN, DEFENSE

18    EXHIBIT 70.  YOU SEE THIS IS A MEMORANDUM FROM REPUBLIC

19    NATIONAL BANK.

20              YOU SEE THAT AT THE TOP, SIR?

21    A.  YES, REPUBLIC NATIONAL BANK.

22    Q.  AND THE DATE OF THAT IS JUNE 24, 1987.

23    A.  YES, SIR.

24    Q.  SEE THE SUBJECT LINE IS MAURICIO COHEN ASSOR.

25    A.  YES.

1   Q.  AND YOU SEE AT THE SECOND LINE THAT MONIES ARE BEING

2   TRANSFERRED FROM MAURICIO COHEN'S ACCOUNT, SIX HUNDRED THOUSAND

3   DOLLARS, INTO AN ACCOUNT BELONGING TO YOU.

4           THAT'S WHAT THE DOCUMENT SAYS, CORRECT?

5           MR. NEIMAN:  OBJECTION, YOUR HONOR, JUST IT'S FRENCH

6   FRANCS AND NOT U.S. DOLLARS.

7           MR. PASANO:  I APOLOGIZE.

8           THE COURT:  THANK YOU.

9   BY MR. PASANO:

10  Q.  THAT WOULD BE ABOUT A HUNDRED AND TWENTY OR A HUNDRED AND

11  TWENTY-FIVE THOUSAND DOLLARS U.S.?

12  A.  GIVE OR TAKE A HUNDRED THOUSAND DOLLARS AT THE TIME.  WE

13  ARE TALKING ABOUT TWENTY-THREE YEARS AGO.

14  Q.  LET ME SHOW YOU A COUPLE OF OTHER DOCUMENTS.  THIS IS

15  COMPOSITE EXHIBIT 34.  THIS IS A MEMORANDUM ON THE STATIONERY

16  OF REPUBLIC NATIONAL BANK.  SEE THIS IS THE DAY BEFORE THAT

17  DOCUMENT I JUST HAD ON THE SCREEN, DEFENSE EXHIBIT 70, JUNE 23,

18  1987.

19          DO YOU SEE THE DATE, SIR?

20  A.  YES, SIR.

21  Q.  AND HERE IT SAYS MR. MAURICIO COHEN WILL TRANSFER FROM HIS

22  ACCOUNT TO YOUR ACCOUNT ONE POINT EIGHT MILLION FRENCH FRANCS.

23          DID I READ THAT CORRECTLY?

24          THE INTERPRETER:  HOW MUCH?

25          THE COURT:  YOU CAN LOOK ON THAT SCREEN AND FOLLOW HIM

1   ALONG.

2          THE WITNESS:  TO ME?

3   BY MR. PASANO:

4   Q.  THAT'S WHAT IT SAYS; DOES IT NOT, SIR?

5   A.  IF YOU CAN TRANSLATE THAT FOR ME, PLEASE.

6          THE COURT:  YOU NEED TO MOVE THE -- THERE YOU GO,

7   THAT'S FINE.

8          MR. PASANO:  I APOLOGIZE, YOUR HONOR.

9   BY MR. PASANO:

10  Q.  YOU SEE THIS ACCOUNT NUMBER, 606541098?

11  A.  THAT IS CORRECT.

12  Q.  THAT WAS YOUR ACCOUNT NUMBER AT REPUBLIC, CORRECT?

13  A.  I DON'T REMEMBER.  THAT WAS TWENTY-THREE YEARS AGO, I DON'T

14  REMEMBER THIS.

15  Q.  LET ME SHOW YOU THE NEXT DOCUMENT IN THIS COMPOSITE

16  EXHIBIT.

17         THIS IS THE BANK ADVICE, IT LOOKS LIKE IT'S FIVE

18  HUNDRED THOUSAND LOOKS LIKE IT'S U.S. DOLLARS?

19  A.  YES, SIR.

20  Q.  BEING SENT TO YOU, CORRECT, BY MAURICIO COHEN; THAT'S HIS

21  SIGNATURE, RIGHT?

22  A.  THIS IS A DRAFT.

23  Q.  RIGHT, IT'S A DRAFT TRANSFERRING MONIES TO YOUR ACCOUNT,

24  CORRECT?

25  A.  NO, SIR.

 1   Q.   THIS IS NOT AN INSTANCE IN 1990 WHEN MAURICIO COHEN SENT

 2   YOU MONEY?

 3   A.   NO, SIR.

 4   Q.   SO WHEN --

 5   A.   THIS IS A TRANSFER, IT IS -- THIS IS NOT A TRANSFER, THIS

 6   IS NOT A TRANSFER, IT IS --

 7   Q.   SO YOU'RE NOT GETTING FIVE HUNDRED THOUSAND --

 8            THE COURT:   JUST A MOMENT.

 9            THE INTERPRETER:   JUST ONE SECOND, COUNSEL, PLEASE.

10            THE COURT:   JUST A MOMENT.

11            THE WITNESS:   IT'S A BILL OF EXCHANGE.   IT IS A BILL

12   OF EXCHANGE WHERE I ACCEPT PAYING MAURICIO FIVE HUNDRED

13   THOUSAND DOLLARS.

14   BY MR. PASANO:

15   Q.   THE NEXT DOCUMENT IN THE SEQUENCE.

16   A.   THIS WAS TO PAY HIM FOR -- I IMAGINE THAT WHEN I PURCHASED

17   HIS TWENTY-FIVE PERCENT, HE GAVE ME SOME CREDIT AND THAT'S WHEN

18   I SIGNED THAT BILL OF EXCHANGE FOR HIM.

19   Q.   AND THIS CHECK IN JANUARY OF 1990, YOU'RE SENDING HIM

20   MONEY.   YOU SAY THIS IS PART OF THAT SAME TRANSACTION, THAT'S

21   YOUR TESTIMONY?

22   A.   NO, I AM ACCEPTING A BILL OF EXCHANGE.   WHAT I MEAN IS I AM

23   ACCEPTING SOME CREDIT THAT HE IS GIVING ME.

24   Q.   AND THIS DOCUMENT IN THE SEQUENCE OF EXHIBITS THAT HAS A

25   NUMBER AT THE BOTTOM 016154, ARE YOU SAYING THIS IS ANOTHER

1  BILL OF EXCHANGE FOR FIVE HUNDRED AND TWENTY-FIVE THOUSAND?

2  A.  YES, SIR.  AS YOU SEE THE DATE, APRIL 4TH, 1989, THAT'S THE

3  APPROXIMATE DATE WHEN I PURCHASED THE SHARES THAT MAURICIO

4  STILL HAD IN MY COMPANY.  AND SINCE I DIDN'T HAVE THE MONEY TO

5  PAY HIM, HE GAVE ME CREDIT.  AND I WAS SUPPOSED TO MAKE MONTHLY

6  PAYMENTS TO HIM.

7  Q.  AND YOU'RE SAYING THAT WHEN YOU SAY I ACCEPT, THAT IS YOUR

8  SIGNATURE ON THE FAR LEFT, CORRECT?

9  A.  THAT IS MY SIGNATURE, YES, SIR.

10  Q.  AND ON THE RIGHT, THAT'S THE SIGNATURE OF MAURICIO COHEN,

11  CORRECT?

12  A.  YES, SIR.

13  Q.  YOU'RE SAYING THAT THIS DOES NOT GIVE YOU FIVE HUNDRED AND

14  TWENTY-FIVE THOUSAND DOLLARS U.S.?

15  A.  LET'S MAKE THIS CLEAR.

16        THE INTERPRETER:  THE INTERPRETER WOULD LIKE TO ASK

17  THE WITNESS A QUESTION TO CLARIFY SOMETHING.

18        THE COURT:  GO RIGHT AHEAD.

19        THE WITNESS:  THIS IS A PROMISSORY NOTE WITH THE DATE

20  9/30/1989, BY WHICH I ACCEPTED THAT I WILL PAY MAURICIO COHEN

21  THE AMOUNT OF FIVE HUNDRED AND TWENTY-FIVE THOUSAND DOLLARS.

22        AND THAT IS PART OF THE TOTAL AMOUNT THAT I WAS

23  SUPPOSED TO PAY HIM FOR THE SHARES THAT I BOUGHT FROM HIM.

24  BY MR. PASANO:

25  Q.  YOU'RE SAYING THIS IS A PROMISSORY NOTE?

```
 1  A.  YES.  AND BY THE WAY, IT SAYS THAT IN FRENCH.

 2  Q.  DIDN'T YOU TELL US EARLIER TODAY THAT YOU WEREN'T TOO SURE

 3  ABOUT WHAT PROMISSORY NOTES WERE?

 4        THE INTERPRETER:  CAN YOU REPEAT THAT, COUNSEL.

 5  BY MR. PASANO:

 6  Q.  DIDN'T YOU TELL US EARLIER TODAY THAT YOU DIDN'T KNOW WHAT

 7  PROMISSORY NOTES WERE?

 8  A.  PRECISELY.  IN ENGLISH, I NEVER SAW A PROMISSORY NOTE.  AND

 9  I HAVEN'T SEEN THAT IN AMERICA EITHER.  I SAW IT IN FRANCE, AND

10  IN MY COUNTRY, IN VENEZUELA.  BUT NOW I REALIZE THAT IT IS SORT

11  OF THE SAME THING.

12  Q.  AND IT'S YOUR TESTIMONY THAT THIS IS YOU EVENTUALLY GETTING

13  MONEY FROM MAURICIO COHEN, NOT MAURICIO COHEN SENDING THE FIVE

14  HUNDRED AND TWENTY-FIVE THOUSAND TO YOU?

15        LET ME START OVER.  YOU'RE SAYING THIS IS YOU

16  EVENTUALLY GIVING MAURICIO COHEN MONEY, NOT MAURICIO COHEN

17  GIVING YOU MONEY.  THAT'S YOUR TESTIMONY?

18  A.  NO, SIR.  I AM GOING TO REPEAT THIS AGAIN.  THIS IS FROM

19  THE SALE OF THE TWENTY-FIVE PERCENT OF SHARES THAT MAURICIO

20  COHEN SOLD ME OF INDUSTRIA MAMMI, AND I PAY TO HIM LIKE

21  INSTALLMENTS WITH THIS DOCUMENT.

22        YOU CAN SEE THAT IN THE DOCUMENT THAT WAS ISSUED ON

23  4/4/89, AND THE DUE DATE IS 9/30/89.  WHAT IT MEANS THAT I

24  ACQUIRE THAT DEBT IN APRIL, AND I WAS SUPPOSED TO PAY IT IN

25  NOVEMBER.  CORRECTION, IN SEPTEMBER.
```

 1 | Q.  BUT, SIR, DIDN'T YOU TELL US JUST A LITTLE BIT AGO THAT THE

 2 | SALE OF THE FACTORY WAS IN TWO PARTS, AND THAT THE SECOND PART

 3 | WAS WHEN YOU BOUGHT SHARES FROM MAURICIO COHEN?

 4 | A.  I AM GOING TO REPEAT THIS TO MAKE IT VERY CLEAR, BECAUSE I

 5 | HAVE ALWAYS SAID --

 6 |          THE COURT:  YOU HAVE TO USE THE MICROPHONE SO THAT THE

 7 | JURY CAN HEAR YOU.

 8 |          THE INTERPRETER:  I'M SORRY.

 9 |          THE WITNESS:  I HAVE ALWAYS SAID THE SAME THING.

10 | BY MR. PASANO:

11 | Q.  FIRST, IF YOU CAN ANSWER MY QUESTION.

12 | A.  I WANT TO REPEAT THIS.

13 | Q.  AND YOU MAY, SIR.  ANSWER MY QUESTION.  DIDN'T YOU TELL US

14 | A COUPLE OF TIMES NOW THAT THE PURCHASE THAT YOU CLAIM YOU MADE

15 | OF MAURICIO COHEN'S SHARES, WAS THE SECOND PART OF A TWO PART

16 | TRANSACTION?

17 | A.  NO, SIR.  MAURICIO'S TWENTY-FIVE PERCENT AND MY TWENTY-FIVE

18 | PERCENT WAS SOLD TO PROCTOR.

19 | Q.  THAT WAS NUMBER ONE, RIGHT?

20 | A.  NUMBER ONE.  THAT WAS WITH PROCTOR.

21 | Q.  AND YOU SAID THAT HAPPENED IN THE LATE 1980'S, CORRECT?

22 |          THE INTERPRETER:  CAN YOU REPEAT THAT, COUNSEL?

23 | BY MR. PASANO:

24 | Q.  YOU SAID THAT HAPPENED IN THE LATE 1980'S.

25 | A.  '87, '88.  I DON'T REMEMBER EXACTLY.

 1  Q.  AND DIDN'T YOU TELL US THAT THE SECOND PART HAPPENED IN THE

 2  EARLY 1990'S.

 3  A.  NO, SIR.

 4  Q.  AND I DIDN'T MEAN TO INTERRUPT.  IF YOU WANTED TO FINISH

 5  YOUR EXPLANATION, GO AHEAD, SIR.

 6  A.  THEN MAURICIO KEPT TWENTY-FIVE PERCENT OF THE COMPANY, AND

 7  I KEPT TWENTY-FIVE PERCENT OF THE COMPANY.  AT THAT POINT, A

 8  FEW MONTHS LATER, I PURCHASED THE REMAINING TWENTY-FIVE PERCENT

 9  FROM MAURICIO COHEN ON CREDIT.

10       AND THESE ARE THE DOCUMENTS THAT I ACCEPTED IN ORDER

11  TO PAY HIM THAT AMOUNT OF MONEY.

12  Q.  AND WHEN YOU SAY THAT YOU HAD TO OFFER HIM CREDIT, HADN'T

13  PROCTOR AND GAMBLE ALREADY PAID YOU MILLIONS OF DOLLARS?

14  A.  PROCTOR AND GAMBLE PAID THEIR TWENTY -- CORRECTION, THEIR

15  FIFTY PERCENT CASH.  AND THE ORIGINAL AGREEMENT WITH MAURICIO

16  FOR BUYING HIS TWENTY-FIVE PERCENT ON CREDIT.

17  Q.  NOW, THE LAST PAGE OF THIS EXHIBIT, SIR, WHICH IS DEFENSE

18  EXHIBIT NUMBER 34, INCLUDES YOUR BUSINESS CARD.  DO YOU SEE

19  THAT?

20  A.  YES, IT IS CORRECT.

21  Q.  AND CAN YOU READ TO THE JURY WHAT'S HANDWRITTEN APPARENTLY

22  ON THE BACK OF THE CARD?

23  A.  I WOULD APPRECIATE IF YOU MAKE THE DEPOSIT OF THE ATTACHED

24  CHECKS IN MAURICIO COHEN'S ACCOUNT NUMBER SUCH-AND-SUCH.

25  Q.  AND DO YOU REMEMBER TENDERING THIS TO THE BANK?

1  A.   I DON'T REMEMBER AT ALL.

2  Q.   AND IS THAT YOUR SIGNATURE, SIR?

3  A.   IT IS POSSIBLE THAT IT IS MY SIGNATURE, YES.  LIKE HALF MY

4  SIGNATURE.  BESIDES, IT IS MY HANDWRITING.

5  Q.   AND THE TRUTH IS, SIR, THAT YOU ACTUALLY HAVE SEVERAL WAYS

6  THAT YOU SIGN YOUR NAME, CORRECT?

7  A.   NO, SIR, I HAVE JUST ONE SIGNATURE.

8  Q.   WELL, WHAT I JUST CIRCLED, WAS THAT YOUR SIGNATURE?

9  A.   THAT IS WHAT WE CALL IN MY COUNTRY HALF A SIGNATURE, WHICH

10  IS USED TO CONFIRM A DOCUMENT THAT HAS SEVERAL PAGES WHEN YOU

11  DON'T WANT TO PUT YOUR FULL SIGNATURE.  AND THIS SIGNATURE DOES

12  NOT APPEAR IN ANY OF MY ID'S.

13  Q.   MY QUESTION IS TOTALLY DIFFERENT, SIR.  DO YOU AGREE THAT

14  BESIDES THAT SIGNATURE THAT YOU TOLD US ABOUT WITH THE LOOP AT

15  THE END AND THE DOT, YOU HAVE AT LEAST ONE OTHER WAY THAT YOU

16  SIGN DOCUMENTS?

17  A.   NO, SIR, THIS IS NOT A SIGNATURE.  THIS IS WHAT WE CALL IN

18  MY COUNTRY HALF A SIGNATURE, AND THIS IS WHAT I USE IN

19  DOCUMENTS THAT HAVE MANY PAGES IN ORDER NOT TO HAVE TO SIGN MY

20  FULL SIGNATURE ON EACH PAGE.

21       NOT AT ALL, I JUST HAVE ONE SIGNATURE.

22  Q.   AND WE'VE SEEN SOME EXAMPLES OF THAT SIGNATURE.  LET ME PUT

23  BACK UP ON THE SCREEN GOVERNMENT EXHIBIT 250.

24       MR. PASANO:  IS THIS EVIDENCE?

25       MR. NEIMAN:  IT IS.

     1          MR. PASANO:  I APOLOGIZE, YOUR HONOR.

     2   BY MR. PASANO:

     3   Q.  THIS IS A DOCUMENT EXECUTED JULY 21, 2009, CORRECT?

     4   A.  YES, SIR.

     5   Q.  AND THAT'S THE FULL SIGNATURE I GUESS IS HOW YOU DESCRIBE

     6   IT; IS THAT CORRECT?

     7   A.  YES, SIR.

     8   Q.  SO WE HAVE A FULL SIGNATURE AND WE HAVE A HALF SIGNATURE,

     9   RIGHT?

    10   A.  YES, SIR.  IF THAT'S THE WAY YOU WANT TO CALL IT.

    11          THE INTERPRETER:  I'M SORRY, COUNSEL, YOU'RE TALKING

    12   AT THE SAME TIME.

    13   BY MR. PASANO:

    14   Q.  IF THE INTERPRETER CAN REPEAT THE ANSWER.

    15   A.  I JUST HAVE ONE SIGNATURE.

    16   Q.  AND A MOMENT AGO WE SAW YOUR HALF SIGNATURE, CORRECT?

    17   A.  THAT IS CORRECT.

    18   Q.  CAN WE AGREE THAT YOUR HALF SIGNATURE AND YOUR FULL

    19   SIGNATURE LOOK NOTHING LIKE EACH OTHER?

    20   A.  ABSOLUTELY.

    21   Q.  NOW, THIS DOCUMENT WHICH IS ON THE SCREEN, GOVERNMENT

    22   EXHIBIT 250, THIS IS ANOTHER EXAMPLE WHERE YOU SIGNED

    23   SOMETHING, BUT YOU SAY THE HANDWRITING IS NOT YOURS, CORRECT?

    24   A.  THIS HANDWRITING IS NOT MINE, NOT AT ALL.

    25   Q.  SO YOU WILL AGREE THAT FROM TIME TO TIME DOCUMENTS THAT

 1  SOMEBODY ELSE HAS FILLED IN, IN FACT DO CARRY A SIGNATURE THAT

 2  YOU AGREE YOU SIGNED, CORRECT?

 3  A.  THAT OCCURS SOMETIMES WHEN THESE ARE DOCUMENTS THAT HAVE

 4  BEEN WRITTEN IN ENGLISH.  AND THAT IF THEY -- IT IS FILLED OUT

 5  BY THE BANK OFFICER, I READ THE DOCUMENT AND THEN I SIGN IT.

 6  Q.  NOW, WE'VE SEEN A LOT OF DOCUMENTS THAT YOU SAY CONTAIN A

 7  SIGNATURE THAT'S NOT YOURS, CORRECT?

 8  A.  YES, SIR.

 9  Q.  YOU SAY YOU DIDN'T AUTHORIZE THE SIGNATURE, RIGHT?

10  A.  YES, SIR.

11  Q.  AND YOU SAY YOU DIDN'T SIGN THE SIGNATURE, RIGHT?

12  A.  YES, SIR.

13  Q.  FOR EXAMPLE, ONE OF THESE DOCUMENTS IS GOVERNMENT EXHIBIT

14  43.  NOW, THIS IS THE ONE THAT IS THE HSBC PRIVATE BANK

15  BENEFICIAL OWNERSHIP LETTER.

16         DO YOU SEE THAT, SIR?

17  A.  YES, SIR.  I SEE A LETTER HERE.

18  Q.  AND TYPED IN IS YOUR NAME, HABIB LEVY, CORRECT?

19  A.  YES, THAT'S THE WAY IT APPEARS HERE, YES.

20  Q.  IT'S FOR THE COMPANY WHITEBURY, CORRECT?

21  A.  YES, YES, THAT'S WHAT APPEARS THERE.

22  Q.  AND WHEN WE LOOK AT THE SIGNATURE LINE, JANUARY 5, 2006,

23  CORRECT?

24  A.  YES.  THAT IS NOT MY SIGNATURE.

25  Q.  OVER THERE ON THE LEFT, YOU SAY NOT YOUR SIGNATURE, EVEN

 1  THOUGH IT HAS A STAMP BY IT THAT SAYS SIGNATURE VERIFIED?

 2          THE COURT:  MR. PASANO, YOU NEED TO I THINK BREAK UP

 3  YOUR QUESTIONS, BECAUSE THEY ARE TOO MUCH FOR THE TRANSLATOR.

 4          MR. PASANO:  AND I WILL, YOUR HONOR.  THANK YOU.

 5          THE INTERPRETER:  THANK YOU.

 6          THE COURT:  YOU WILL HAVE TO REPEAT YOUR QUESTION.

 7  BY MR. PASANO:

 8  Q.  FIRST, YOU SAY THERE ON THE LEFT OF THE DOCUMENT, NOT YOUR

 9  SIGNATURE?

10  A.  ABSOLUTELY.

11  Q.  EVEN THOUGH RIGHT BELOW THE SIGNATURE AT AN ANGLE IS A

12  STAMP, SIGNATURE VERIFIED?

13  A.  THAT'S WHAT IT SAYS.

14  Q.  NOW, IN CONNECTION WITH THE DOCUMENTS THAT THE GOVERNMENT

15  SHOWED YOU, THEY SHOWED YOU A NUMBER OF DOCUMENTS AT THE BANK

16  RELATING TO THE WHITEBURY ACCOUNT.

17          DO YOU REMEMBER THAT?

18  A.  YES.  I'VE SEEN SO MANY DOCUMENTS THAT --

19  Q.  LET ME SHOW YOU --

20  A.  I REMEMBER THIS ONE.  I REMEMBER THIS ONE.

21  Q.  -- GOVERNMENT EXHIBIT 40.  IT SAYS CLIENT APPLICATION, AND

22  IT SAYS WHITEBURY, CORRECT?

23  A.  YES, SIR.

24  Q.  NOW, THIS DOCUMENT ACTUALLY DOESN'T HAVE YOUR NAME ON IT,

25  DOES IT.

1    A.   THAT IS CORRECT.

2    Q.   BUT FOR SURE IT HAS MAURICIO COHEN'S NAME ON IT, RIGHT?

3    A.   YES, SIR.

4    Q.   AND OTHER PEOPLE, RIGHT?

5    A.   YES, SIR.

6    Q.   AND MAURICIO COHEN'S SIGNATURE?

7    A.   YES, SIR.

8    Q.   SO SOMEONE LOOKING AT THIS CLIENT APPLICATION COULD STARE

9    IN VAIN, BUT THEY WOULDN'T SEE YOUR NAME ANYWHERE, RIGHT?

10   A.   I DIDN'T UNDERSTAND THAT.

11   Q.   ANYONE LOOKING AT THIS DOCUMENT WOULD NOT SEE YOUR NAME,

12   CORRECT?

13   A.   THAT IS CORRECT.

14   Q.   LIKEWISE, THE GOVERNMENT HAD GOVERNMENT EXHIBIT 41, THE

15   SIGNATURE CARD.  THE FIRST PAGE IS ON THE SCREEN.  DO YOU

16   REMEMBER SEEING THIS?

17   A.   YES, SIR.

18   Q.   AGAIN, IF WE LOOK AT THIS DOCUMENT, WE SEE MAURICIO COHEN'S

19   NAME, CORRECT?

20   A.   YES, SIR.

21   Q.   AND HIS SIGNATURE, RIGHT?

22   A.   YES, SIR.  I BELIEVE SO.

23   Q.   AND IF SOMEONE WAS LOOKING AT THE SIGNATURE CARD, THEY

24   WOULDN'T SEE YOUR NAME, RIGHT?

25   A.   THAT'S RIGHT.

 1  Q.  AND I THINK THE GOVERNMENT EVEN SHOWED YOU GOVERNMENT

 2  EXHIBIT 42, THE ORIGINAL BENEFICIAL OWNERSHIP LETTER IS DATED

 3  BACK IN DECEMBER OF 2002.  DO YOU SEE THAT?

 4  A.  YES, SIR.

 5  Q.  NOW, I THINK YOU AGREE WITH US, AND I APOLOGIZE FOR THE

 6  STICKER, THAT THE SIGNATURE BESIDE THE NAME MAURICIO COHEN YOU

 7  DO NOT RECOGNIZE AS THE SIGNATURE OF MAURICIO COHEN, RIGHT?

 8  A.  NO, I DON'T KNOW WHOSE SIGNATURE THAT IS.

 9  Q.  BUT FOR SURE, ANYONE LOOKING AT THIS DOCUMENT WOULD NOT SEE

10  YOUR NAME ON IT, CORRECT?

11  A.  THAT'S CORRECT.

12  Q.  AND THE GOVERNMENT SHOWED A SERIES OF POWERS OF ATTORNEY,

13  THE GOVERNMENT EXHIBIT 46.  DO YOU REMEMBER SEEING THOSE WITH

14  REGARD TO THE WHITEBURY ACCOUNT?

15  A.  YES, SIR.

16  Q.  AND ONE OF THOSE CLEARLY HAS THE NAME MAURICIO COHEN ON IT,

17  CORRECT?

18  A.  YES, SIR.

19  Q.  NOW, YOU CLAIM THAT YOU DIDN'T KNOW ANYTHING ABOUT ANY OF

20  THESE DOCUMENTS THAT WE'VE BEEN LOOKING AT ON THE SCREEN UNTIL

21  AFTER MAURICIO COHEN AND LEON COHEN WERE ARRESTED; IS THAT YOUR

22  TESTIMONY?

23  A.  YES, SIR.

24          MR. PASANO:  THE COURT'S INDULGENCE FOR ONE MOMENT?

25          THE COURT:  YES, SIR.

1          MR. PASANO:  YOUR HONOR, WE WOULD OFFER DEFENSE

2    EXHIBIT 2, GENERAL POWERS OF ATTORNEY.

3          MR. NEIMAN:  NO OBJECTION, YOUR HONOR.

4          THE COURT:  DEFENDANT'S 2 IS IN EVIDENCE.

5          [DEFENDANT'S EXHIBIT 2 WAS MARKED AND RECEIVED IN

6    EVIDENCE].

7    BY MR. PASANO:

8    Q.  NOW, THE GOVERNMENT HAD ASKED YOU EARLIER ABOUT A POWER OF

9    ATTORNEY FORM IN THE NAME OF FIRST HOTELS.  AND I'M PUTTING IT

10   BACK ON THE SCREEN AS PART OF DEFENSE EXHIBIT 2.

11         AND YOU SEE THAT ON THE SCREEN, CORRECT?

12   A.  YES, I DO SEE IT ON THE SCREEN.  I SEE MY NAME THERE.

13   Q.  NOW, IT'S YOUR TESTIMONY THAT YOU DIDN'T TELL ANYONE TO PUT

14   YOUR NAME ON THIS POWER OF ATTORNEY; IS THAT RIGHT?

15   A.  THAT'S CORRECT.

16   Q.  THIS PERSON WHO SIGNED ON THE SECOND PAGE, KAREN MC INTYRE,

17   YOU TOLD US YOU HAVE NO IDEA WHO SHE IS, RIGHT?

18   A.  I NEVER HEARD OF KAREN MC INTYRE UNTIL AFTER THE ARREST OF

19   MAURICIO COHEN.

20   Q.  AND EVEN THOUGH THIS DOCUMENT, EXECUTED IN FEBRUARY OF

21   2003, WAS IN BANK FILES, YOU'RE SAYING THE FIRST YOU WERE AWARE

22   OF IT WAS AFTER MR. COHEN'S ARREST?

23   A.  THAT'S CORRECT.

24   Q.  WASN'T THAT ONE OF THE DOCUMENTS THAT YOU AND

25   MISS CALABRESE TALKED ABOUT IN 2007?

 1    A.   NO, SIR.

 2    Q.   NOW, BESIDES THAT POWER OF ATTORNEY AS PART OF DEFENDANT'S

 3    EXHIBIT 2, YOU SEE THERE'S ALSO IN THE FILES OF THE BANK A

 4    POWER OF ATTORNEY WITH RESPECT TO WHITEBURY SHIPPING.

 5         DO YOU SEE THAT ON THE SCREEN?

 6    A.   I DON'T SEE ANY POWER HERE, POWER OF ATTORNEY.

 7    Q.   YOU SEE IT SAYS THE WORD POWER OF ATTORNEY?

 8    A.   POWER OF ATTORNEY, YES, YES, THAT'S RIGHT.

 9    Q.   AND IF I TURN THE PAGE OF THIS DOCUMENT, YOU SEE ACTUALLY

10    YOUR NAME, HABIB LEVY, ON THE DOCUMENT WITH THE DATE AUGUST

11    15TH, 2000?

12    A.   YES, I SEE MY NAME THERE.

13    Q.   AND YOU SEE THE NAMES OF SOME DIRECTORS ON THE SECOND PAGE

14    WITH A STAMP, CORRECT?

15    A.   YEAH, I DO SEE THE NAMES, YES.

16    Q.   AND ON THE LAST PAGE THERE'S SOMETHING CALLED AN APOSTILLE,

17    DO YOU SEE THAT ON THE DOCUMENT?

18    A.   YES, I DO SEE IT.   YES.

19    Q.   BUT YOU'RE TELLING THIS JURY THAT EVEN THOUGH DOCUMENTS

20    EXISTED IN 2000 FOR WHITEBURY AND 2003 FOR FIRST HOTEL THAT HAD

21    YOUR NAME AND A POWER OF ATTORNEY, THAT YOU KNEW NOTHING ABOUT

22    THEM UNTIL AFTER THE COHENS WERE ARRESTED IN OR AROUND APRIL OF

23    THIS YEAR?

24    A.   THAT'S CORRECT, I NEVER KNEW OF THIS UNTIL AFTER THE

25    ARREST.   AND LATER ON I ASKED THE BANK REGARDING THIS, AND I

 1  DIDN'T KNOW UNTIL AFTER THE ARREST AND I ASKED HOW COME I HAD

 2  NEVER SEEN THESE DOCUMENTS BEFORE.

 3  Q.  AND THESE ARE NOT CONVERSATIONS YOU HAD WITH MISS CALABRESE

 4  IN 2007, IS THAT YOUR TESTIMONY?

 5  A.  NO.  THE CONVERSATION WITH MISS CALABRESE WAS REGARDING

 6  WHETHER THE ACCOUNT WITH THE HSBC WAS REGARDING THE FIRST

 7  HOTEL, IF THAT ACCOUNT WAS MINE.

 8  Q.  NOW --

 9          THE COURT:  MR. PASANO, EXCUSE ME FOR JUST A MINUTE.

10          MADAM TRANSLATOR, LET ME SEE THAT MICROPHONE FOR JUST

11  A MOMENT.

12          MR. PASANO, YOU MAY PROCEED.  GO AHEAD.

13          MR. PASANO:  THANK YOU, YOUR HONOR.

14  BY MR. PASANO:

15  Q.  ONE OF THE DOCUMENTS THAT THE GOVERNMENT SHOWED YOU IS

16  EXHIBIT 52.  THIS IS FROM FIRST HOTELS, YOU SEE THE NAME THERE?

17  A.  YES, SIR.

18  Q.  THIS ONE IS A DOCUMENT THAT LISTS YOUR NAME AS A HUNDRED

19  PERCENT OWNER.  YOU SEE THAT'S WHAT THE DOCUMENT SAYS?

20  A.  YES, THAT'S WHAT I SEE.

21  Q.  AND ALTHOUGH THE SIGNATURE IS HARD TO READ, YOU'VE TOLD US

22  THAT'S NOT YOUR SIGNATURE, CORRECT?

23  A.  NO, THAT IS NOT MY SIGNATURE.

24  Q.  THE NAME WRITTEN UP AT THE TOP, IS THE FIRST NAME HABIB?

25  A.  YES, SIR.

 1   Q.  AND THE THIRD LETTER, IS THAT A B?

 2   A.  YES, SIR, APPARENTLY SO.

 3   Q.  ARE YOU SAYING APPARENTLY BECAUSE YOU RECOGNIZE THE ATTEMPT

 4   TO SIGN YOUR NAME, OR ARE YOU SAYING IT FOR ANOTHER REASON?

 5   A.  NO.  BECAUSE I SEE A B AT THE END.

 6   Q.  BUT THE B AT THE END LOOKS DIFFERENT, WITH ALL RESPECT,

 7   THAN THE LETTER IN THE MIDDLE, RIGHT?

 8   A.  YES.

 9   Q.  AND IF YOU LOOK DOWN AT THE HANDWRITING ACROSS FROM THE

10   SIGNATURE, THAT ONE LOOKS REVERSED FROM THE ONE AT THE TOP,

11   DOESN'T IT?

12   A.  YOU MEAN THE HANDWRITING?

13   Q.  NO, I MEAN THE B'S.

14        I MEAN THE SIGNATURE AT THE BOTTOM LOOKS LIKE THE

15   FIFTH LETTER IS ALMOST LOOKING LIKE A Z, RIGHT?

16   A.  WELL, YES.  I DON'T KNOW, THAT'S HOW IT'S WRITTEN, I DON'T

17   KNOW.

18   Q.  AND I THINK YOU TOLD US THAT AT LEAST AS FAR AS YOU

19   BELIEVE, THAT'S MAURICIO COHEN'S HANDWRITING?

20   A.  YES, SIR.

21   Q.  ARE YOU SAYING THAT MAURICIO COHEN, YOUR BROTHER-IN-LAW,

22   DOES NOT KNOW HOW TO SPELL YOUR NAME?

23   A.  IT SAYS THERE HABIB LEVY.  THE FACT THAT HE MAY HAVE

24   WRITTEN IT WITH DIFFERENT LETTERS, OF COURSE HE KNOWS HOW TO

25   WRITE MY NAME.

```
 1   Q.  NOW, THE GOVERNMENT SHOWED YOU A SERIES OF DOCUMENTS WITH

 2   REGARD TO FIRST HOTEL, INCLUDING GOVERNMENT EXHIBIT 57, WHICH

 3   IS THIS THING CALLED A SUBSTITUTE FORM W-8BEN.

 4           DO YOU SEE THAT?

 5           THE COURT:  WHAT EXHIBIT NUMBER AGAIN IS THAT?

 6           MR. PASANO:  IT'S GOVERNMENT'S EXHIBIT NUMBER 57, YOUR

 7   HONOR.

 8           THE COURT:  THANK YOU.

 9   BY MR. PASANO:

10   Q.  YOU SEE THIS DOCUMENT FORM W-8BEN?

11   A.  YES, SIR.

12   Q.  AND DOWN THERE AT THE BOTTOM, A SIGNATURE THAT YOU SAY IS

13   NOT YOURS, CORRECT?

14   A.  THAT'S CORRECT.

15   Q.  AND THE NEXT PAGE, AGAIN A SIGNATURE THAT YOU SAID IS NOT

16   YOURS?

17   A.  YES, THAT'S RIGHT.

18   Q.  NOT EVEN A HALF SIGNATURE?

19   A.  NO, SIR, NOT AT ALL.

20   Q.  NOW, IN CONNECTION WITH FIRST HOTELS --

21   A.  YES, SIR.

22   Q.  -- THE GOVERNMENT HAS A DOCUMENT MARKED 197.

23           MR. PASANO:  THE COURT'S INDULGENCE FOR A MOMENT?

24           YOUR HONOR, THERE'S A GOVERNMENT EXHIBIT 197.  WITH

25   THE ASSISTANCE OF THE GOVERNMENT, THE GOVERNMENT MOVES IT INTO
```

 1  EVIDENCE.

 2          MR. NEIMAN:  YOUR HONOR, AT THE DEFENSE REQUEST, THE

 3  GOVERNMENT WILL MOVE 197.

 4          MR. PASANO:  TO WHICH I DON'T OBJECT.

 5          THE COURT:  GOVERNMENT'S EXHIBIT 197 IS IN EVIDENCE.

 6          [GOVERNMENT'S EXHIBIT 197 WAS MARKED AND RECEIVED IN

 7  EVIDENCE].

 8  BY MR. PASANO:

 9  Q.  SIR, LET ME PUT THIS EXHIBIT 197, GOVERNMENT EXHIBIT, ON

10  THE SCREEN.

11          YOU SEE HANDWRITTEN AT THE TOP IT SAYS FIRST HOTEL?

12  A.  YES, SIR.

13  Q.  NOW, THE LANGUAGE ON THIS DOCUMENT IS NOT ENGLISH, CORRECT?

14  A.  NO, SIR, IT'S IN FRENCH.

15  Q.  YOUR HANDWRITING?

16  A.  NO, IT'S MR. MAURICIO'S HANDWRITING.

17  Q.  AND THE SIGNATURE IS HERE, CORRECT?

18  A.  YES, THERE IS A SIGNATURE THAT IS NOT MINE.

19  Q.  AND THERE'S A NAME UNDERNEATH IT THAT SAYS FIRST HOTEL AND

20  SOME OTHER WORDS, CORRECT?

21  A.  YES, SIR.

22  Q.  AND YOU'RE SAYING NOT YOUR SIGNATURE?

23  A.  NOT AT ALL.

24  Q.  EVEN THOUGH, AGAIN, THIS IS ANOTHER DOCUMENT THAT THE BANK

25  HAS STAMPED SIGNATURE VERIFIED.  YOU SEE THE STAMP?

 1  A.  WELL, ONE SHOULD ASK THE BANK ABOUT THAT.

 2  Q.  IT IS YOUR TESTIMONY THAT YOU WERE NOT PHYSICALLY PRESENT

 3  AT HSBC BANK WHEN THIS DOCUMENT WAS TENDERED; IS THAT WHAT

 4  YOU'RE SAYING?

 5  A.  OBVIOUSLY IF I DIDN'T WRITE IT OR DIDN'T SIGN IT, I COULD

 6  NOT HAVE BEEN PRESENT.

 7  Q.  AND IT'S YOUR TESTIMONY YOU HAVE NO IDEA HOW THE BANK GOT

 8  IT?

 9  A.  NOT AT ALL.

10  Q.  AND THE SAME, I TAKE IT, IS TRUE OF THE DOCUMENTS WE SAW

11  FOR THESE OTHER COMPANIES LIKE BIGBURY, CORRECT?

12  A.  YES, SIR.

13  Q.  GOVERNMENT EXHIBIT 150-I.  EVEN THOUGH YOU KEEP A PLACE IN

14  MIAMI, YOU SAY YOU NEVER HEARD OF UNION PLANTERS BANK?

15  A.  I NEVER HEARD OF THE UNION PLANTERS BANK EVER.

16  Q.  AND BOTH AT THE TOP OF THE DOCUMENT AND DOWN BELOW WHERE

17  THE SIGNATURES ARE, AGAIN YOU'RE SAYING NOT YOUR SIGNATURE?

18  A.  ABSOLUTELY THEY ARE NOT MY SIGNATURES.

19  Q.  CAN YOU AGREE WITH ME, SIR, THAT THE SIGNATURES THAT YOU

20  KEEP DENYING AS BEING YOURS ALL LOOK ALIKE?

21  A.  AT LEAST THERE'S SOMETHING FOR EVERYTHING.

22  Q.  NOW, YOU LIKEWISE SAID THAT YOU DIDN'T KNOW ANYTHING ABOUT

23  THIS ENTITY EMPIRE WORLD TOWERS?

24  A.  THAT'S CORRECT.

25  Q.  AND DIDN'T KNOW ANYTHING ABOUT YOUR SIGNATURE SHOWING UP AS

 1  GOVERNMENT EXHIBIT 219 --

 2  A.  NO, SIR.

 3  Q.  -- ON THE FORM THAT THE CITY OF MIAMI GOT?

 4  A.  NO, SIR, THAT IS NOT MY SIGNATURE.

 5  Q.  NOW, THE B'S IN HABIB ON THIS DOCUMENT, THEY LOOK A LITTLE

 6  DIFFERENT OR THE SAME TO YOU THAN THE HABIB HANDWRITTEN NAME

 7  THAT WE WERE LOOKING AT A MOMENT AGO?

 8  A.  I DON'T KNOW.  WITH ALL DUE RESPECT, I'M NOT A SPECIALIST

 9  IN HANDWRITING.

10  Q.  GOVERNMENT EXHIBIT 52, HAS A HANDWRITTEN HABIB LEVY, AND

11  GOVERNMENT EXHIBIT 219 HAS A HANDWRITTEN HABIB LEVY.  AND CAN

12  WE AGREE THAT THOSE TWO HANDWRITTEN NAMES DON'T LOOK THE SAME?

13  A.  THE TWO SIGNATURES LOOK --

14          THE INTERPRETER:  THE INTERPRETER WOULD LIKE

15  REPETITION OF THE QUESTION.

16  BY MR. PASANO:

17  Q.  WELL, YOU CAN SEE ON THE SCREEN GOVERNMENT EXHIBIT 219,

18  CORRECT?

19  A.  IT'S THIS ONE.

20  Q.  AND YOU SEE ON THIS ONE THE HANDWRITTEN NAME HABIB LEVY,

21  CORRECT?

22  A.  YES, SIR.

23  Q.  NOW, YOU TOLD US THAT'S NOT YOUR SIGNATURE, RIGHT?

24  A.  YES, SIR.

25  Q.  WHEN WE COMPARE THE HANDWRITTEN NAME HABIB LEVY TO

 1  GOVERNMENT EXHIBIT 52, WILL YOU AGREE WITH ME THAT THE WAY

 2  HABIB LEVY IS WRITTEN IS DIFFERENT, OR CAN YOU TELL?

 3  A.  I WOULD HAVE TO LOOK AT BOTH, ONE NEXT TO THE OTHER,

 4  BECAUSE THIS WAY I CANNOT SEE THAT.

 5  Q.  WELL, LET'S GO BACK TO 219.  THE DOCUMENT DOES IN FACT HAVE

 6  OTHER NAMES ON IT BESIDES YOUR NAME, CORRECT?

 7  A.  YES, SIR.

 8  Q.  AND INCLUDED ON THOSE NAMES, YOU SEE THE NAME MAURICIO

 9  COHEN AND LEON COHEN, CORRECT?

10  A.  THAT'S RIGHT, SIR.

11  Q.  NOW, YOU SAID THAT FIRESTONE IS A COMPANY THAT YOU KNEW

12  NOTHING ABOUT, CORRECT?

13  A.  ABSOLUTELY.

14  Q.  GOVERNMENT EXHIBIT 216, AGAIN YOU'RE SAYING NOT YOUR

15  SIGNATURE?

16  A.  NO, SIR, IT IS NOT MY SIGNATURE.

17  Q.  YOU SEE THE NAME AND ADDRESS OF THE CURRENT REGISTERED

18  AGENT IS A DAVID SHEAR.  IS THAT WHAT IT SAYS?

19  A.  YES, SHEAR DAVID.

20  Q.  S-H-E-A-R?

21  A.  YES, SIR.

22  Q.  DO YOU KNOW WHETHER OR NOT MR. SHEAR IS A LAWYER?

23  A.  NO, SIR, I DON'T KNOW.

24  Q.  AND DID YOU --

25  A.  I NEVER HEARD ABOUT THIS GENTLEMAN.

1   Q.   AND DID YOU SAY THAT THE ADDRESS 429 LENOX AVENUE IS AN

2   ADDRESS THAT YOU'RE COMPLETELY UNFAMILIAR WITH?

3   A.   NOT AT ALL.

4   Q.   IS IT YOUR TESTIMONY, SIR, THAT IN ALL THE YEARS THAT YOU

5   WERE VISITING IN MIAMI EITHER LEON COHEN OR MAURICIO COHEN, YOU

6   NEVER WENT TO THE OFFICES OF MACLEE?

7   A.   WHAT IS MACLEE?  I DON'T KNOW WHAT THAT IS.

8   Q.   YOU'VE NEVER BEEN TO THE OFFICES AT 5TH AND LENOX ON MIAMI

9   BEACH?

10  A.   IF YOU TALK TO ME ABOUT STREETS, I DO NOT LIVE IN MIAMI AND

11  I CANNOT IDENTIFY STREETS.  I MEAN, IF THEY TAKE ME TO PLACES,

12  THEY BRING ME TO PLACES.

13  Q.   SO EVEN THOUGH YOU OWN PROPERTY IN DIFFERENT PLACES IN

14  MIAMI AND MIAMI BEACH, YOU'RE SAYING THAT THE ADDRESS 429 LENOX

15  AVENUE IS A MYSTERY TO YOU?

16  A.   NO, SIR, BECAUSE MY FIRST HOME IS IN SUNNY ISLES, WHICH IS

17  ON COLLINS AVENUE, AND MY SECOND HOME IS IN BAL HARBOR, WHICH

18  IS ON COLLINS AVENUE.  AND I ONLY MOVE AROUND THAT AREA.

19  Q.   AND IN ALL THE YEARS THAT YOU'VE BEEN TALKING TO YOUR

20  BROTHER-IN-LAW AND TO YOUR NEPHEW, NEITHER OF THEM TOLD YOU

21  ANYTHING ABOUT THE BUSINESSES THEY WERE OPERATING IN DOWNTOWN

22  MIAMI BEACH ON LENOX AVENUE?

23  A.   NO, SIR.

24  Q.   AND JUST SO I'M CLEAR, A BIG SHINY BUILDING WITH THE WORD

25  MACLEE, M-A-C-L-E-E, ON IT IS NOT A PLACE YOU EVER VISITED WITH

 1 | EITHER YOUR NEPHEW OR YOUR BROTHER-IN-LAW, THAT'S YOUR

 2 | TESTIMONY?

 3 | A.  THE NAME MACLEE I DO NOT REMEMBER.  I HAVE VISITED A

 4 | BUSINESS THAT WAS A PROPERTY OF LEON COHEN, WHICH WAS THE

 5 | BUSINESS OF PHOTOCOPIES AND OFFICE SUPPLIES AND ALSO RENTING

 6 | OFFICES.

 7 | I DIDN'T GIVE IT THAT MUCH IMPORTANCE.  I PROBABLY

 8 | VISITED IT A COUPLE OF TIMES.

 9 | Q.  YOU WERE PHYSICALLY INSIDE IT, CORRECT?

10 | A.  YES, IT IS CORRECT.

11 | Q.  AND WHILE YOU WERE PHYSICALLY INSIDE THAT OFFICE BUILDING

12 | THAT YOU SAY YOU DIDN'T PAY MUCH ATTENTION ABOUT, DO YOU

13 | REMEMBER MEETING A WOMAN NAMED ANA PEREZ AND A WOMAN NAMED

14 | ERIAN MANZANERES?

15 | A.  I DON'T REMEMBER.  IT IS POSSIBLE, BUT I DON'T REMEMBER.

16 | Q.  NOW, THE GOVERNMENT SHOWED YOU EXHIBIT 139, WHICH WERE

17 | THESE PROMISSORY NOTES.  I PUT THE FIRST PAGE OF THE FIRST NOTE

18 | UP ON THE SCREEN.

19 | DO YOU REMEMBER BEING ASKED ABOUT THESE DOCUMENTS?

20 | THE COURT:  WHEN YOU FINISH THIS AREA, MR. PASANO, WE

21 | WILL RECESS.

22 | BY MR. PASANO:

23 | Q.  DO YOU REMEMBER THESE DOCUMENTS, SIR?

24 | A.  YES, YES.

25 | Q.  AND TIME AND AGAIN WE SEE A SIGNATURE ON THESE DOCUMENTS

1  YOU SAY IS NOT YOUR SIGNATURE, CORRECT?

2  A.  THAT IS CORRECT.

3  Q.  WE DO, HOWEVER, SEE A SIGNATURE THAT YOU RECOGNIZE CLEAR AS

4  A BELL, LEON COHEN, RIGHT?

5  A.  NO, I HAVE ALWAYS SAID THAT I DO NOT KNOW LEON COHEN'S

6  SIGNATURE THAT MUCH.  I SAW IT VERY FEW TIMES.

7  Q.  AND IS IT YOUR TESTIMONY THAT IN 2007 YOU WERE NOT AT THE

8  MACLEE OFFICES IN MIAMI BEACH EXECUTING PROMISSORY NOTES?

9  A.  CORRECT.  I WAS NEVER SIGNING PROMISSORY NOTES ANYWHERE.

10  Q.  EXCEPT A LITTLE WHILE AGO IN NEW YORK APPARENTLY, IF WE

11  BELIEVE YOUR TESTIMONY, RIGHT?

12  A.  IN NEW YORK WHAT?

13  Q.  THOSE DOCUMENTS IN FRENCH THAT WE WERE TALKING ABOUT WITH

14  REPUBLIC BANK, PROMISSORY NOTES YOU TOLD US.  YOU DON'T

15  REMEMBER?

16  A.  I DON'T UNDERSTAND.  CAN YOU PLEASE EXPLAIN YOURSELF

17  BETTER.

18  Q.  LET ME FINISH WITH JUST A COUPLE OF QUESTIONS.

19       THE GOVERNMENT ALSO SHOWED YOU THIS EXHIBIT, WHICH IS

20  220.  IT'S A SHAREHOLDER AFFIDAVIT, THAT'S WHAT IT SAYS,

21  CORRECT?

22  A.  YES.

23  Q.  AND IT'S A SHAREHOLDER AFFIDAVIT FOR THE COMPANY WHITEBURY,

24  CORRECT?

25  A.  YES, SIR.

 1   Q.  AND THIS PARTICULAR DOCUMENT HAS A DATE NOVEMBER 1OTH, 2007

 2   ON IT, CORRECT?

 3   A.  YES, SIR.

 4   Q.  AND IT'S GOT A COUPLE OF PEOPLE WHO APPARENTLY SIGNED UNDER

 5   WITNESS.  YOU SEE THAT?

 6   A.  YES, SIR.

 7   Q.  AND YOU'RE SAYING THAT THAT SIGNATURE UNDER AFFIANT,

 8   A-F-F-I-A-N-T, IS NOT YOURS?

 9   A.  YES.

10   Q.  SIR, ISN'T IT A FACT --

11          THE INTERPRETER:  COUNSEL, CAN YOU PLEASE FINISH THE

12   QUESTION, YOU SAY THAT THAT SIGNATURE THAT IS UNDER AFFIANT --

13   BY MR. PASANO:

14   Q.  IS NOT YOURS?

15   A.  YES, SIR.

16   Q.  ISN'T IT A FACT, SIR, THAT IN NOVEMBER OF 2007, YOU

17   EXECUTED AN AFFIDAVIT REGARDING WHITEBURY?

18   A.  I HAVE NOT SIGNED ANYTHING CONCERNING WHITEBURY, BECAUSE I

19   NEVER HEARD ANYTHING ABOUT WHITEBURY.  INSISTENCE ON THIS IS

20   USELESS.

21   Q.  ISN'T IT A FACT, SIR, THAT IN THE FALL AND WINTER OF 2007,

22   YOU WERE ENGAGED IN NEGOTIATIONS WITH TWO MEN REGARDING

23   WHITEBURY?

24   A.  NO, SIR.

25   Q.  A MAN NAMED DAMON AND A MAN NAMED SCHIMPT?

 1  A.   I'VE NEVER HEARD OF THOSE NAMES.

 2  Q.   ISN'T IT A FACT THAT YOU FIRST OFFERED TO BUY OUT THEIR

 3  SHARES OF WHITEBURY, AND ULTIMATELY THEY BOUGHT OUT YOUR

 4  SHARES?

 5  A.   THAT IS NOT TRUE.

 6  Q.   ISN'T IT A FACT, SIR, THAT BY THE END OF 2007, YOUR

 7  OWNERSHIP OF WHITEBURY WAS OVER, BECAUSE IN FACT YOU WALKED

 8  AWAY WITH MILLIONS OF DOLLARS WHICH YOU PUT IN BANK ACCOUNTS

 9  OUTSIDE OF THE UNITED STATES, AND OUTSIDE OF VENEZUELA?

10  A.   TOTALLY FALSE.

11            MR. PASANO:   THIS IS A GOOD TIME TO BREAK, YOUR HONOR.

12            THE COURT:   ALL RIGHT.   MEMBERS OF THE JURY, AT THIS

13  POINT WE WILL GO AHEAD AND RECESS FOR THE DAY.

14            I WOULD LIKE FOR YOU TO RETURN TO THE JURY ROOM AT

15  9:15, 9:15 TOMORROW MORNING, AND WE WILL CONTINUE ON WITH THIS

16  TRIAL.   DURING THIS EVENING RECESS, DO NOT DISCUSS THIS MATTER

17  AMONGST YOURSELVES OR WITH ANY OTHER INDIVIDUAL.

18            DO NOT DO ANY RESEARCH EITHER ON THE INTERNET OR BY

19  ANY OTHER MEANS REGARDING ANYTHING PERTAINING TO THIS CASE, AND

20  REFRAIN FROM LISTENING TO OR READING ANY MEDIA COVERAGE THAT

21  MIGHT TAKE PLACE REGARDING THIS CASE.

22            HAVE A GOOD, SAFE EVENING, AND WE WILL SEE YOU AT

23  9:15.

24            [JURY LEAVES THE COURTROOM].

25            THE COURT:   ALL RIGHT.   ANYTHING FROM THE GOVERNMENT

1   OR THE DEFENSE BEFORE WE BREAK?

2            MR. PASANO:  NO, SIR.

3            MR. NEIMAN:  NO, YOUR HONOR.

4            THE COURT:  EVERYONE HAVE A GREAT EVENING, AND WE WILL

5   SEE YOU AT 9:15.

6                        -  -  -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2

 3                    C E R T I F I C A T E

 4

 5

 6  UNITED STATES OF AMERICA

 7  SOUTHERN DISTRICT OF FLORIDA

 8

 9

10        I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED

11  STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO

12  HEREBY CERTIFY THAT THE FOREGOING 166 PAGES CONSTITUTE A TRUE

13  TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN

14  THE CITY OF FORT LAUDERDALE, FLORIDA, IN THE MATTER THEREIN

15  STATED.

16        IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS

17  27TH DAY OF SEPTEMBER 2010.

18

19                              /S/CARL SCHANZLEH
                                CARL SCHANZLEH, RPR-CM
20                              OFFICIAL FEDERAL COURT REPORTER
                                299 EAST BROWARD BLVD., 202B
21                              FORT LAUDERDALE, FL  33301
                                TELEPHONE 954/769-5488
22

23

24

25
```